```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :     UNSEALING ORDER
                                   :
LOUIS CORDASCO, Jr.,               :     S1 06 Cr. 1089 (BSJ)
JOHN LISCIO, and                   :
ROBERT DIDONATO,                   :
                                   :
               Defendants.         :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

WHEREAS, the above-captioned Indictment was returned on August 9, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as S1 06 Cr. 1089 be unsealed.

Dated: New York, New York
       August 13, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK