```
                                         USDC SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT             DOC #: _____
SOUTHERN DISTRICT OF NEW YORK            DATE FILED: 8/16/07
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :    06 Cr. 1089 (BSJ)
            v.                      :
                                    :    **Order**
LOUIS CORDASCO, Jr.,                :
JOHN LISCIO, and                    :
ROBERT DIDONATO                     :
                        Defendants. :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The trial in this case will commence on December 3, 2007 at 10:00 a.m. The parties must submit all in limine motions, proposed voir dire questions and proposed jury instructions to the Court no later than November 26, 2007. Opposition papers to the in limine motions shall be served and filed on or before November 28, 2007.

The next pre-trial conference will be held on September 25, 2007 at 4:30 p.m.

**SO ORDERED:**

_____
Barbara S. Jones
**UNITED STATES DISTRICT JUDGE**

New York, New York
August 16, 2007