```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- -X
                                       :
UNITED STATES OF AMERICA,              :    06 CR. 1089   (BSJ)
                                       :
                                       :           ORDER
        -v-                            :
                                       :
LOUIS CORDASCO,                        :
JOHN LISCIO,                           :
ROBERT DiDONATO,                       :
                                       :
                Defendants.            :
------------------------------------- -X
BARBARA S. JONES,
United States District Judge:

    IT IS HEREBY ORDERED that the status conference scheduled for September 25, 2007 is adjourned to October 5, 2007 at 3:30PM to give defendants additional time to review discovery and contemplate whether to file motions and to allow the parties to continue discussions relating to a possible disposition in this matter. For these reasons, in the interest of justice, the period of time from September 25, 2007 to October 5, 2007 is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). I find these reasons outweigh both the interests of the public and the defendant in a speedy trial.

    SO ORDERED.

Dated:   New York, New York
         September 24, 2007

                                                          _____
                                                          BARBARA S. JONES
                                                   United States District Judge