ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :      **UNSEALING ORDER**
        - v. -                   :
                                 :      S3 06 Cr. 1089
DOMINICK DEVITO,                 :
DANIEL FORBES,                   :
ROBERT DIDONATO,                 :
JOHN LISCIO, and                 :
LOUIS CORDASCO, Jr.,             :
                                 :
        Defendants.              :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned Indictment was returned on November 29, 2007 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned Indictment be unsealed;

IT IS HEREBY ORDERED, that, the Indictment docketed as S3 06 Cr. 1089 be unsealed.

Dated: New York, New York
       December 3, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York