USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- -X
                            :
UNITED STATES OF AMERICA,       :    06 CR. 1089    (BSJ)
                            :
                            :         ORDER
        -v-                 :
                            :
DOMENICK DeVITO,              :
LOUIS CORDASCO,              :
JOHN LISCIO,                 :
ROBERT DiDONATO,            :
                            :
                Defendants.   :
-------------------------------------- -X
BARBARA S. JONES,
United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled

for January 4, 2008 is adjourned to January 18, 2008 at 2:00PM to

give defendants additional time to review discovery and

contemplate whether to file motions and to allow the parties to

continue discussions relating to a possible disposition in this

matter. For these reasons, in the interest of justice, the period

of time from January 4, 2008 to January 18, 2008 is excluded

pursuant to 18 U.S.C. § 3161(h)(8)(A). I find these reasons

outweigh both the interests of the public and the defendant in a

speedy trial.

      SO ORDERED.

Dated:   New York, New York
        January 2, 2008

                                    _____
                                BARBARA S. JONES
                     United States District Judge