# Lawrence R. DiGiansante
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldorimlaw@optonline.net

January 18, 2008

**Via Facsimile (212) 805-6191**
Honorable Barbara S. Jones
United State Courthouse
500 Pearl Street, Rm 620
New York, NY:


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/08

*Re: United States v. Robert Didonato*
*S3 06 Cr.1089 (BSJ)*

Dear Judge Jones:

Pursuant to our conversation of today, please be advised that Mr. Didonato will travel to the State of Vermont commencing today January 18, 2008 and returning on Monday, January 21, 2008.

Should you require anything further, please do not hesitate in contacting the undersigned.

Respectfully submitted,

Lawrence DiGiansante *(LSD)*

SO ORDERED:

HONORABLE BARBARA S. JONES, USDCJ
1/22/08

cc: AUSA Kathrine R. Goldstein (212) 637-0097