# Lawrence R. DiGiansante
Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

February 14, 2008

e-mail: Ldcrimlaw@optonline.net

**Via Facsimile (212) 805-6191**
Honorable Barbara S. Jones
United State Courthouse
500 Pearl Street, Rm 620
New York, NY:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/15/08

*Re: United States v. Robert Didonato*
*S3 06 Cr.1089 (BSJ)*

Dear Judge Jones:

I am writing regarding my client, Mr. Robert Didonato. I am hereby requesting that my client be granted permission to travel to the State of Vermont from February 15, 2008 thru February 23, 2008. He will be vacationing with his two minor children who are on break from school.

I have spoken with AUSA Kathrine R. Goldstein and she does not object to this request.

If the court should need any further information to process this request, please do not hesitate in contacting my office.

Respectfully submitted,

Lawrence DiGiansante

Application granted.

SO ORDERED:

Barbara S. Jones
HONORABLE BARBARA S. JONES, USDCJ
2/15/08

cc: AUSA Kathrine R. Goldstein (212) 637-0097