USDC SDNY
DOCUMENT
[illegible]
4/3/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ -X
                                      :
UNITED STATES OF AMERICA,             :    06 CR. 1089  (BSJ)
                                      :
                                      :           ORDER
       -v-                            :
                                      :
DOMENICK DeVITO,                      :
DANIEL FORBES,                        :
LOUIS CORDASCO,                       :
JOHN LISCIO,                          :
ROBERT DiDONATO,                      :
                                      :
                 Defendants.          :
------------------------------------ -X
```

BARBARA S. JONES,
United States District Judge:

IT IS HEREBY ORDERED that a status conference for all defendants will be held on April 8, 2008 at 2:30PM in Courtroom 18B.

SO ORDERED.

Dated:   New York, New York
         April 2, 2008

                                    _____
                                    BARBARA S. JONES
                                    United States District Judge