```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
UNITED STATES DISTRICT COURT                DATE FILED: 4/30/08
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
UNITED STATES OF AMERICA,           :   S4: 06 CR. 1089  (BSJ)
                                    :
                                    :         ORDER
         -v-                        :
                                    :
DOMENICK DeVITO,                    :
LOUIS CORDASCO,                     :
JOHN LISCIO,                        :
ROBERT DiDONATO,                    :
                                    :
                 Defendants.        :
----------------------------------- X
BARBARA S. JONES,
United States District Judge:
```

IT IS HEREBY ORDERED that a status conference for all defendants will be held on May 7, 2008 at 3:00PM in Courtroom 18B.

SO ORDERED.

Dated:   New York, New York
         April 30, 2008

_____
HON. PAUL A. CROTTY, U.S.D.J.
    For BARBARA S. JONES,
United States District Judge