# GEORGE L. SANTANGELO, ESQ.
Attorney and Counselor at Law
111 Broadway
New York, NY 10006
212-269-4488
212-363-6978 (fax)

4 June 2008

**By Fax**
Honorable Barbara S. Jones
United States Courthouse
500 Pearl Street, Rm 620
New York, NY
212-805-6191

    Re:    United States v. DeVito, et al.
            S4 06 Cr. 1089 (BSJ)

Dear Judge Jones:

    The pre-trial motions of all defendants are due on the 13th of June. In light of the government's request to submit opposing papers to our motions for particulars on 13 June and to orally argue in opposition to the motions, please extend the time within which the defendants may file pre-trial motions, except those for severance, to a date 30 days subsequent to the resolution of the motions for particulars. The government, per AUSA Goldstein, has no objection.

    The motions for severance will be filed on June 13.

                           Respectfully submitted,

                           George L. Santangelo
                           Attorney for Dominick DeVito

Cc:
AUSA Goldsstein
All defense counsel
(by Fax)

SO ORDERED      Barbara S. Jones
Dated: 6/4/08      BARBARA S. JONES
                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08