UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA                           :

    -- against --                                               :      06 Cr. 1089 (BSJ)

LOUIS CORDASCO, JR,                                    :      **NOTICE OF MOTION**

                         Defendant.                           :
------------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the annexed affidavit of Lawrence S. Goldman, the accompanying memorandum of law, the exhibits thereto, and all of the prior papers and proceedings in this case, defendant Louis Cordasco, Jr. will move this Court before the Honorable Barbara S. Jones, United States District Judge, at the United States District Court for the Southern District of New York on a date and time set by the Court for an order granting severance pursuant to Fed.R.Crim.P. 14(a) and Fed.R.Crim.P. 8(b) on the ground that Counts One through Thirteen were improperly joined with Counts Fourteen and Fifteen or alternatively, pursuant to Fed.R.Crim.P. 14(a), on the ground that a joint trial will be unduly prejudicial to him, and for such other and further relief as the Court may deem just and proper.

Dated:    New York, New York
               June 13, 2008

LAW OFFICES OF LAWRENCE S. GOLDMAN
500 Fifth Avenue, 29th Floor
New York, New York 10110
Telephone 212-997-7499

Attorneys for Louis Cordasco, Jr.

TO: Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Katherine Goldstein, Esq.
Jonathan New, Esq.
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Edward S. Panzer, Esq.
111 Broadway
Room 1706
New York, NY 10006

George Santangelo, Esq.
111 Broadway
Room 1706
New York, NY 10006

Lawrence Digiansante, Esq.
984 Morris Park Avenue
Bronx, NY 10462

Angelo MacDonald, Esq.
124 West 60th street
New York, NY 10023