# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

26 Federal Plaza
New York, New York  10278

| | |
|---|---|
| File Number: | 281A-NY-289758 |
| Date: | 1/29/05 |
| Time: | 3:00 PM |
| CD Number: | Session 1 |
| Agent: | SA MICHAEL HARTNETT |
| | SA TOM KRALL |

**Participants:**

| | |
|---|---|
| JOHN DEBELLO | JD |
| JOHN LISCIO | JL |

**Abbreviations:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | PH |

/kat

281A-NY-289758


This is SA B, SA Michael B. Hartnett. The time is approximately 3:00 PM. The date is January 29th, 2005, going to make a consensual recording between John DeBello and John Liscio.


(TRAFFIC NOISES)

(CAR DOOR OPENING AND CLOSING)


JD       Hello. Oh, (laughs) can't see ya sitting there like a ghost.

JL       Dude.

JD       What's going on? How are ya, how ya feeling?

JL       I'm okay.

JD       Yeah?

JL       Just started (moaning).

JD       Wad ya think I was gonna let you down today, no ya know during the week I get busy. Running around. How ya been?

JL       Sit. Today I'm just start to feel better.

JD       Yeah, alright.

JL       Today I'm just startin' to ah...

JD       Sit on the couches?

JL       Yeah.

JL       Put (UI) ...

JD       Oh good.

JL       Had a little fuck up last week.

281A-NY-289758

| | |
|---|---|
| JD | Oh yeah |
| JL | Some day's I'm, I got things (UI) so fucked up  I'm in the ah, seven o'clock in the morning, I take my daughter to school okay take the garbage out my garage door breaks.  My wife is under the garage door, I grab the garage door, I pull all the muscles in my chest.  John. |
| JD | Yeah you reacted yeah. |
| JL | A fucking nightmare. |
| JD | Yeah you reacted like yeah yeah. |
| JL | Yeah, yeah.  To the point where between the cold air and the muscles I called up my doctor and I says, I said doctor I says ah, I got this pain on the right side he goes call, 911, go to the hospital right now.  A, I start to have an anxiety attack.  I thought he was gonna tell me take some Motrin you'll be okay.  He goes |
| JD | Oh I guess what after what happened |
| JL | Pulled all the muscles in my chest. |
| JD | Unbelievable. |
| JL | Horrible, horrible yeah |
| JD | You need a little shock collar or something when you do something strenuous. |
| | (LAUGHING) |
| JL | Tough to do ya know why because  my kids don't wanna go out and shovel snow ya know.  So I go out to try to make a little path I get a little pain, that's it. |
| JD | I think, I think that's not right, don't do that. |
| JL | No more, no more. |
| JD | Yeah. |
| JL | No more. |

281A-NY-289758

JD        I'm sure your doctor's gonna tell you don't, don't shovel

JL        Oh he told me don't shovel for the rest of your life he said.

JD        No that's how people die from heart attacks right there.  So whadda ya gonna do.
          How've you been?

JL        Alright.

JD        Alright yeah me too just working, surviving somehow.

JL        Well there's nobody slashing your tires. (UI)

JD        Ah were.

JL        Were?

JD        Yeah.

JL        I tell ya something.  It, it

JD        He's a piece of work ya know.

JL        Yeah.

JD        He's a piece of work ya know.

JL        Whadda ya wanna do?  What's the, what's the objective?

JD        Well I don't know you, you tell me where we gonna go with this?  Ya know, look
          ah

JL        You got a brand new house built.

JD        Right.

JL        I got my house too, I mean there's my house we have a sprinkler system and I
          have my policy with you.

JL        Whadda ya wanna do?

281A-NY-289758

JD        Ya know I, if I got

JL        What's going through ya head?

JD        I'll tell ya what's going through my head is a couple of things.  First, ya know I
          don't wanna get greedy like Dom did.  Ya know what I mean?

JL        Well what are you looking to do?  Ya looking to

JD        If I can make a couple mortgage payments I'll be happy.  Ya know ah, if I made
          fifty thousand dollars I'd be excited.  Ya know what I mean?  I don't know,  what's
          your take on it I mean?  I mean ya know, seven hundred thousand dollar claim
          and what the hell's that?

JL        (UI) ...

JD        It's crazy.

JL        What's my take?

JD        Yeah.

JL        Nothing (LAUGHING).

JD        Whadda ya mean?

JL        What on, what for Brae Burn.

JD        Oh Brae Burn, yeah, yeah, yeah, yeah, yeah.

JL        I got nothing out of that.

JD        Yeah.  Dan Forbes got paid.

JL        I got, I got nothing out of that and I got nothing out of his contents and I, and on
          top of that I lost the company..

JD        So you got screwed all around.

JL        I lost my profit sharing at the end of the year, okay?  I lost Royal insurance which
          I had that my father had for fifty years.  I lost 'em.  And so before all this

281A-NY-289758

|       | happened I said, ya know Dominick I said, I don't mind , but you gotta do the right thing.   He says you could make more money than your profit sharing.  So I told him I was making about thirty, forth thousand a year.  Okay profit sharing was, ya know with Royal. |
|-------|------|

JD     Yeah.  And he didn't give it to ya.

JL     I got nothing.

JD     He still to give you money on his contents too?  And he didn't do that either.

JL     No got nothing on the total amount of the claim.  I get a certain percentage ... I mean everybody does ya know.

JD     Oh is that how it works?

JL     It's not just me.

JD     No it's the, the broker?

JL     Yeah.

JD     Oh.

JL     Yeah.  And he's gotta do the right thing because the claim goes against the broker based on the amount of volume that you have with the company.  Ya know.

JD     Oh I see, yeah.

JL     See I was the general agent with Royal.

JD     Right.

JL     I'm not a general agent with Chubb.

JD     Okay.

JL     So I don't care what happens with them.

JD     Oh, I gotcha.  So I got Chubb at  my house.  With you.

281A-NY-289758

JL          You got with your house.  Right.

JD          So what should I do, should I start a policy in Scarsdale I mean, look, look

JL          Your house is not in Scarsdale yet.

JD          It's not done yet.  I don't have a TCO yet so.

JL          You gotta remember one thing you got a brand new house.

JD          Tell me what does that mean?

JL          Something happening is, is rare.

JD          Okay.

JL          Right now.

JD          You mean my ho, Scarsdale house.

JL          Scarsdale.

JD          Okay.

JL          Okay?

JD          What about my house I live in that's

JL          Is that finished.

JD          Scarsdale?  No that's what I'm saying I don't even have a TCO that's a whole nother story.

JL          Now Dee was the one who built the house.

JD          Well and who's Dee friends with?

JL          Whadda ya mean?

JD          Dom right.

281A-NY-289758

JL          Yeah right but, I wanna tell you something.  He fucked him too.

JD          Oh yeah how did that happen?

JL          Yeah.  He fucked him too.

JD          What happened there?

JL          Ya know he doesn't talk highly of Dominick either.  I'm, I, I, I got very close with
            Dee.

JD          Okay.

JL          Ahm, yeah he, he doesn't talk highly.  He doesn't talk highly of Dom.

JD          Ya know it was very suspicious though that my construction slowed down and
            stopped when I threw Sherri out of my house.  How does that happen?

JL          All I know,

JD          Well

JL          I don't know.

JD          Well how did, how did Dominick screw him too, what happened there?

JL          Lot of money out of jobs said that, that ahm he did for him.  He never got paid.

JD          So Dee did jobs for Dom and Dom never paid him well

JL          (UI) ...

JD          That's Dom's MO obviously.

JL          Right, right.

JD          Yeah, he's a piece of work man.

JL          Ya know now is, is the ah perfect time for broken pipes.

JD          Okay.

281A-NY-289758

JL          Ya know.

JD          I mean you tell me what has to be done.  You wanna come to my house, you wanna look at Scarsdale, you wanna ah, ah, you wanna call your guys.

JL          First,  first thing you got a brand new location.

JD          I mean is that good, bad wh?

JL          It's, it's not good right now.

JD          Okay.

JL          To do anything.  Cause first of all, all you have is a builders risk policy on it.

JD          Right.

JL          That just covers for fire.

JD          Right.

JL          Covers nothing okay.

JD          Right.

JL          Okay?  Ahm let me speak to somebody.

JD          Alright.

JL          Let me speak to, to my friend Lou.

JD          Who the, the guy Dom

JL          Crystal.

JD          Crystal yeah.

JL          Yeah.

JD          He knows

281A-NY-289758

| | |
|---|---|
| JL | (UI) ... |
| JD | He knows what to do right? |
| JL | He knows everything.  Ya know. |
| JD | Did he help, did he help ah, Brae Burn?  Lou?  Or he did it? |
| JL | No, no, no.  No Lou is the one who cleaned it up. |
| JD | Right. |
| JL | No, nobody knew,  who did it.  Probably Dominick did it. |
| JD | Yeah. |
| JL | Or had somebody do it cause he was in Florida. |
| JD | Yeah.  I'll never forget that, man he's a pisser. |
| JL | Oh ... let me tell ya something I'm going out to a dinner and he calls me from Florida, you better get over to my house.  The pipe broke and. and ah, ahm.  You have a sprinkler system in your house? |
| JD | Yeah.  That's what I'm thinking I've got sprinkler system in my house.  That's the better house to do then right?  We're living in it so it's an owner occupied situation, ya know.  So Lou knows what to do, how to set this up?  He's good, he's okay you like this guy? |
| JL | He won't do it.  He doesn't do the actual damage. |
| JD | Oh okay. |
| JL | He'll, he'll tell you where ya know to have it. |
| JD | To make the damage? |
| JL | To make the damage. |
| JD | But he won't do the damage. |

-10-

281A-NY-289758

JL          Mm.

JD          I gotcha.

JL:         You know.

JD          Alright.  Yeah I mean, but ya know the deal is I'm not Dom so I don't know what
            to do ya know what I mean like ya know he obviously done this a number of
            times

JL          Oh he got to be a pro at it.

JD          He got to be a pro at it right?

JL          He got to be a pro at it.

JD          Yeah.

JL          And ah ya know on top of that made a lot of money off of it and, and ah ya know.

JD          Well he did Pur, he did ah Purchase Street at 3801 right, ya said.

JL          Not in the house.  In the

JD          Carriage house?

JL          The carriage house.  That was another hundred and twenty five thousand.

JD          Unbelievable this guy he's, he's amazing.

JL          You know, he only had to be out ten, fifteen thousand.

JD          What's that?

JL          I said the damage only had to been about ten, fifteen thousand.

JD          And he collected a hundred and twenty five huh?  He's a greedy, little bastard isn't
            he?

JL          Yep

281A-NY-289758

JD          Ya know yeah and then he, he sent ah, Dan Forbes in there, his guy.

JL          Dan Forbes yeah and ah I wouldn't, I wouldn't be too surprised about (UI) ya know. Dan Forbes house if something happens.

JD          Yeah huh?

JL          I just have that feeling.

JD          Yeah, yeah. Does he have a policy with you?

JL          Yeah.

JD          Yeah so then yeah.

JL          I have that feeling.

JD          Oh yeah. Well he, he learned from the best I guess ...

JL          What you don't talk to him no more?

JD          Ah Dan Forbes is a scam artist with Dom. Those two are two peas in a pod and Sherri too. Let's be honest.

JL          I'm a little surprised at that little twit man she, she ah, she has more fucking enemies now, ya know she was like a wanna be gangster's wife.

JD          Yeah.

JL          Ya know.

JD          We, ya know we realize things too late honestly ya know. But whatever.

JL          How's your wife holding up?

JD          So so. Ya know it's rough on her I mean.

JL          As well as could be expected.

JD          You know I work for a living ya know I'm doing fine on my own I don't need this nonsense in my life but ya know. You know the whole deal like look I tried to

281A-NY-289758

|  | help this kid get on his feet literally.  He came to me with his sob story.  Ya know and his mother asked me to help him, you know that right?  Yeah.  So ya know how long do we know, I mean how long do I know his mom? |
|---|---|
| JL | What better way than to go to two best friends. |
| JD | Yeah through his mother. |
| JL | Through his mother. |
| JD | That's exactly what he did so technically Patti set me up. |
| JL | Mm. |
| JD | How about that?  You don't think Patti knows what's going on with her kid. |
| JL | I don't know. |
| JD | You don't think his father does? |
| JL | I hate to think that. |
| JD | Tell me about his father.  You don't think his father knows he's involved in organized crime? |
| JL | I think his father yeah. |
| JD | Come on I think his father's helping him. |
| JL | Yeah. |
| JD | Right? |
| JL | Yeah.  I don't know I got this suspicion that ahm, Patti and ah, Sonny are sitting on all this money. |
| JD | Oh yeah I think so too. |
| JL | Ya know and ah, they're playing so fucking stupid.  Ya know. |
| JD | My personal opinion somehow, someway, I don't know this for sure but I, I think |

281A-NY-289758

|   | |
|---|---|
|   | Sonny introduced Dominick to Patsy somehow.  That's my suspicion somehow I don't know why, I don't know why I get that.  But I can't prove it ya know but whatever, ya know it's water under the bridge ya know. |
| JL | Yeah. |
| JD | But ah, it's just, it's just.  His father to me just smells now at this point.  Ya know what I mean?  Because if you, if you know ya kid like doing something wrong.  I mean ya spank them and throw them in the house ya, ya know what I mean.  His father's condoning it, he's in, he's in on it with him.  Right? |
| JL | Yeah. |
| JD | Yeah.  He's in on it with him so whatever Dom scams are |
| JL | (UI) ... cause that's the impression I get.  That's the impression I get that you know Dominick did all the damage.  Dominick says that, dad do this keep you mouth shut, |
| JD | Yeah. |
| JL | Do what I tell ya, come, ya know what I mean and, and, and ya play fucking stupid and ya doing |
| JD | And that what, exactly that's what Mr. DeVito does he plays stupid. |
| JL | Plays stupid that's right. |
| JD | He plays stupid ya know but ah, he knows, he knows exactly what's going on, exactly.  Well whadda ya wanna do, I mean tell me. |
| JL | (UI) ...gotta know one thing. |
| JD | Yeah. |
| JL | Ya cause some damage in your house. |
| JD | Okay. |
| JL | Okay this better be, okay ya can't live there anymore. |

281A-NY-289758

JD          Alright I mean

JL          Ya gotta live somewhere else so it better be, ya know

JD          Well does my policy call for renting or something I mean?

JL          Yeah.

JD          Yeah alright I'll rent something I mean I do have, I have Brae Burn, I mean I have
            another house to go to.

JL          Right ...  I'm just saying

JD          No I gotcha go ahead.

JL          There's gonna be time, it's not gonna happen over night

JD          Right.

JL          There's gonna be a process of a, of ah, ya know first we gotta call in the right
            people to clean up your house.  There's gonna be a lot of damage.  There's gonna
            be a lot of water damage.  Ya know what I mean?

JD          Okay.

JL          Ahm now what you can also do is, on top of.... Lou from Crystal does the
            construction also.

JD          Mm mm.

JL          So if you have wall damage, see Lou's in with the Chubb ahm,

JD          Adjustors.

JL          With the Chubb adjustors.

JD          Okay.

JL          You understand?

JD          So he, he knows the guys to call.

281A-NY-289758

JL          Right.

JD          Okay so he's got the Chubb so no problems.

JL          Right.

JD          So his adjustors will come no problems, no, no suspicions, got it.

JL          For example, say you need this wall up, this wall costs twenty five thousand dollars.  Technically the wall is gonna cost only five thousand, ya getting twenty five thousand for it.

JD          I gotcha.

JL          You understand?

JD          I gotcha.

JL          New, new ah, new this

JD          What's Lou's take on this?  He gets a percentage or what?  Ya know what it is, ya know

JL          No he gets the jobs.

JD          I gotcha.

JL          He'll get the clean up job, okay the water damage job, he'll get the ah, ahm ya know construction.

JD          Okay.

JL          So on top of that is, ya know I mean that's his profit.

JD          I gotcha.

JL          So, so ya like giving him a job and then, and then giving him more money.

JD          Right, let me, let me ask ya this.  See this, this one part that bothers me I'll be honest with ya.  Dominick got all these checks, right around me.  Didn't even know he got these checks.  How did that happen, I don't want that to happen this

281A-NY-289758

|       | time where all of a sudden I see like, ya know I say hey, great guys thanks for the fifty thousand and I find out Lou Todasco got four hundred thousand. See what I'm saying, that I don't want to happen. How do we avoid that, that's |
|-------|----|
| JL    | Well, ah, I'm gonna be honest with ya. Dominick hired a outside adjustor. |
| JD    | Okay. |
| JL    | Phil Mellilo |
| JD    | Okay, right, okay. |
| JL    | Okay? Phil got him all this money, on top of that Phil collected seventy thousand dollars that was his take. Okay? Phil got seventy thousand dollars |
| JD    | From who? Where? |
| JL    | From the insurance company. |
| JD    | Oh God. |
| JL    | Oh yeah. Oh yeah. |
| JD    | So he beefed up the claim, is that what you're saying. |
| JL    | The quote... beef up the claim and ya know |
| JD    | Then he gets his percentage |
| JL    | And ya know and then Phil ahm, ya know public adjustors know, know company adjustors ya know. |
| JD    | They work together |
| JL    | And they, well they send ya know so much money here and then they wait a while to do some work, send some money here ya know but these checks made out to you had to be sent to somewhere that Dominick got them and signed them and ah |
| JD    | Bypassed me. |
| JL    | Very easy to do. |

281A-NY-289758

| | |
|---|---|
| JD | Right I got ya, okay. I'm just saying this time I don't want that to, I don't wanna find out like thanks guys for the fifty thousand but meanwhile |
| JL | No, ... no ya not gonna have an outside adjuster. |
| JD | Cause we're not getting the public adjustor? |
| JL | Ya not getting a public adjustor, the public adjustor takes his, his cut, you know. |
| JD | Okay, alright so, right so the deal is Crystal's going to figure out, you want him to come to my house and figure out what pipe? |
| JL | We're gonna talk first but ... |
| JD | Ah talk to him, have him come to my house, show me what pipe, then I have to figure out who's gonna break the pipe, I don't know how to do it. |
| JL | Him, he might, he might know some people. Who knows sometimes well tap, tap, tap and then it breaks by itself, you know. |
| JD | On the soldering or whatever. Alright. And I have a sprinkler system so that's probably good right. |
| JL | Yeah. |
| JD | Alright. And then he'll come, he cleans it up. |
| JL | He cleans it up |
| JD | Do whatever he does. |
| JL | He'll take his men right. |
| JD | He'll deal with the Chubb adjustors, I don't have to deal with, ya know he'll, they already know what's going on. |
| JL | What they, what he does that he'll come and with his men and he'll take, oh my God all your furniture is destroyed. |
| JD | Right. |

281A-NY-289758

| | |
|---|---|
| JL | Ya know we got to take all your furniture out, ya know he'll, he'll, he'll do that. He's got the big pumps, the water.  Like all of a sudden if the water is going for a while your hard wood floors, the whole floor needs to be taken up and ah redone. |
| JD | It's best during the week or on the weekend or I should be away or what?  I don't know. |
| JL | It don't matter. |
| JD | Alright. |
| JL | It don't matter.  But as long as the water is coming in for a long time. |
| JD | Well that's why Dominick planned it when he was away. |
| JL | Of course. |
| JD | Of course yeah. |
| JL | Of course. |
| JD | Cause then the water built up, built up, built up, built up. |
| JL | Right.  But let me talk to ah |
| JD | Alright then you decide yeah. |
| JL | I'll speak to Lou this week ya know and ah |
| JD | Tell him |
| JL | Lou's a good man. |
| JD | He's a good guy alright. |
| JL | He's a good guy. |
| JD | Alright. |
| JL | Ya know and ah, matter of fact Lou was gonna get the Brae Burn job.  Lou went out, me, Lou, Lou's partner in the contracting business and Dominick went high |

-19-

281A-NY-289758

|       |                                                                                                                                                                                                                                  |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | and low throughout Brae Burn about what we're gonna do with this, what color we're gonna make this wall and the molding and this and that and when Lou came back with a price Dominick says what are you fucking nuts.  I could do it for about ninety thousand less |
| JD    | Mm mm.                                                                                                                                                                                                                             |
| JL    | And then charge ninety thousand more, put the ninety thousand in my pocket.  So Lou almost had the job with his contractor.                                                                                                         |
| JD    | Okay.                                                                                                                                                                                                                               |
| JL    | Okay?                                                                                                                                                                                                                               |
| JD    | I gotcha yeah.                                                                                                                                                                                                                      |
| JL    | So ah, Dominick said nah you fucking guys are too high.  I'll do the work, I'll bang the insurance company and I'll take the money.  So.                                                                                            |
| JD    | That's what he did.                                                                                                                                                                                                                |
| JL    | Why Dominick did all the work.  And he duped the insurance company and Phil Mellilo ... ya know, just ah                                                                                                                            |
| JD    | Yeah                                                                                                                                                                                                                                |
| JL    | But                                                                                                                                                                                                                                 |
| JD    | He's unbelievable.  Ya think he paid any of his wise guys friends from that job or what?                                                                                                                                            |
| JL    | This was such a cut and dried di, job ya know huh.  Look, you have John DeBello owned the house,  There was structural damage, ya know there was walls, there was, okay the pipe had to be re, ya know the ceilings, the flooring ya know.  But ah, he said he had a Persian ah, a Persian rug. |
| JD    | Yeah.                                                                                                                                                                                                                               |
| JL    | That he paid fifteen thousand he got seventy five thousand for the fucking rug.  Ya know and ah, me I'm going along with it, going yeah no problem Dom is, ya know.  And ah, so they found out certain things weren't ahm, they found out that, |

281A-NY-289758

|      | that ah, ahm, they came to me and they thought that I was in cahoots with him. |
|------|--------|
| JD   | Who they, Royal? |
| JL   | Royal.  And Royal wanted to take me to court.  Ahm, and, and |
| JD   | Well why would they think something like that? |
| JL   | I don't know.  From |
| JD   | No I'm just |
| JL   | Ya know.  Phil Mellilo is ah a was known for hanging around down Patsy's ya know. |
| JD   | Okay. |
| JL   | Ya have other people ya, ya know now ya have a claim that's six, seven hundred thousand dollars |
| JD   | A little out there... |
| JL   | You have investigators on top, investigators looking at certain things. |
| JD   | Yeah. |
| JL   | Ya know. |
| JD   | Well that's, that's why I said to like we're gonna do a claim I don't want this five hundred thousand dollar claim out there I mean it's ridiculous.  Ya know I don't wanna call attention to myself. |
| JL   | John you had a broken pipe. |
| JD   | Alright. |
| JL   | Shit happens. |
| JD   | Shit happens alright. |
| JL   | Ya know what I mean ya had a broken pipe. |

-21-

281A-NY-289758

| | |
|---|---|
| JD | Alright. |
| JL | Ya know regardless the prick wanted as much money as he could get. |
| JD | Mm mm. |
| JL | Redo the house, he knew he was going away, regardless he meant to live there, he, he's figuring on let's take all.  That's a lot of fucking money he took. |
| JD | Took a lot of money man. |
| JL | On top of fi, look he had to fix the house. |
| JD | So he got money on every end. |
| JL | He profited three hundred thousand.  From the insurance company.  Did the work, upgraded everything in the fucking house.  I mean how old was the house to begin with? |
| JD | Two years. |
| JL | Got stuff that was brand, brand new, stuff that he wanted put in the house and profited three hundred thousand dollars.  Ya know what kind of fucking score that is, huh?  And |
| JD | Well he had his whole network, he had the whole network set up of people obviously.  So this guy Phil... |
| JL | Kept all the money for himself. |
| JD | Yeah. |
| JL | And said fuck everybody else.  Okay?  That's, that's too hard to, ya know I can't swallow that. |
| JD | No he shouldn't of did that to you. |
| JL | You know. |
| JD | He should of did that to you.  He should at least given you something. |

281A-NY-289758

JL   That's too hard to swallow.

JD   He should have given you something, ten percent something.  But then he said go to Sonny right?  He throws ya off by going to Sonny and Sonny says I don't know nothing right?

JL   Told me, he says look, he says go see, ...  John let me tell ya I was going up, I was driving up to fuckin' Brae Burn to fucking beat the shit out of him and something told me not to.  Ya know

JD   Nah don't get yourself into

JL   I'm just gonna get into fuckin' trouble.

JD   Yeah.

JL   An, and when Sonny said I don't know what ya talking about.

JD   Yeah.

JL   I said that cocksucker fucked me, like he fucked DeBello, like he fucked LaManna ya know I mean look fifty, sixty thousand dollars out of a fucking three hundred thousand dollar

JD   That's what he, he should have paid you.

JL   That's what I should of gotten.  Ya know, I mean that was understood before this whole thing went down and when it went down we talked about it and, ya know so ah, and

JD   Well, whadda ya gonna do, ya know.  The worse part is when he talks badly about it, like John's got a cocaine habit and I helped him.  For, ya know like he, he said shit about people like ya know well DeBello he needed help.  How did I need help?  Whadda ya mean I need help.

JL   Whadda ya doing.  He gave me a hundred thousand dollars and ah, I was like where is it.  Whadda ya give me a fucking check?  Did ya give me cash?  And then to tell everybody that I had a fucking cocaine habit that fuckin' scumbag.  I hope he fucking rots.

JD   That's really just wrong.

281A-NY-289758

| | |
|---|---|
| JL | Ya know years ago, years ago I've done a lot of drugs, I smoked pot, I did some coke, I, I, I drink |
| JD | Alright. |
| JL | That was a long time ago. |
| JD | Okay. |
| JL | Ya know I mean, when I was going to fucking discos. |
| JD | Right. |
| JL | Ya know.  Never had a fucking problem with it.  But when he was telling everybody that he gave me a hundred thousand dollars. |
| JD | That's the number he told me. |
| JL | A hundred thousand, gave me a hundred thousand. |
| JD | That's the number he told me. |
| JL | If he gave me a hundred thousand I wouldn't be breaking his fucking balls like I am |
| JD | Right. |
| JL | To get with the fucking claim.  So he, he, he makes things up in his fucking head. |
| JD | He, he's a sociopath I mean let's be honest. |
| JL | Ya know |
| JD | You see him ya know. |
| JL | And then who I see one day I see ah, Wild Bill. |
| JD | Oh yeah what's he up to? |
| JL | So ah, ya know he just come out of jail.  He, he was over here, no, he was at Chows and he walked by and we, we were talking and ah so I said Bill did you |

281A-NY-289758

hear about the fuckin' rumor that Dominick started about me.  He goes about
what?  He says ahm, ya know Dominic gave, now Wild Bill was always around
Dominick.  Ya know.  I used to go to Dominic and fight for the insurance
premiums.  Dominick give me, somebody gotta fucking pay the premium.  Oh no
you pay, no I'm not paying the premium for you Dom.  Give me the money I,
every fuckin' month.

JD      He wanted you to pay that too?

JL      He wanted me to pay the premium for him and then he would pay me back.  So I
said to Wild Bill I says, Wild Bill did ya hear the rumor going on Dominic gave
me a hundred thousand?  He goes he gave you a hundred thousand.  He goes how
did he give it to ya, by check, he give ya cash?  The only thing Dominic gave me
was seven hundred and fifty dollars to go into the fucking, take the girl upstairs..
That's the only thing he gave me.

JD      That's right?

JL      Only thing he gave me.

JD      Did he ever give you money on the other claims though?

JL      Zero.  The claim for ah, Purchase Street?

JD      Yeah.

JL      925?

JD      Yeah.

JL      Nothing.  His stolen car, nothing.

JD      What car, what stolen car he had?

JL      Oh no, no oh he had a fuckin...he had a stolen car.

JD      He was doing all that shit.

JL      Rigght!  Killed me, he killed me.  Ya know my company's paying out to (UI) ...
ya know whatever it is, whatever it is he had a brand new car, he keep it for about
four or five months, gone.  Oh yeah, oh yeah.  He fucking destroyed me.  At least

281A-NY-289758

|    |    |
|----|----|
|    | throw me a fucking bone or something. |
| JD | He was making ya look bad hah. |
| JL | Throw me a fucking bone |
| JD | Well you looked bad to the insurance companies obviously. |
| JL | Ya know how tough it is to make up a seven hundred thousand dollar claim?  So now the company says, ya know we're doing this and doing this ya know we need to talk to you, you know there's ...  two options either we're gonna sever ties okay and ah, and, and now I see my fucking life coming down on me, oh my God.  I had a relationship with this company that my father had for fifty years.  And they're telling me they don't wanna do business with me no more because of this claim. |
| JD | Yeah why'd you allow him to do that then to you? |
| JL | It was done already.  It was done already, I was under the impression that I was making fifty thousand from this claim. |
| JD | I gotcha so it would have covered you either way then. |
| JL | But I think fi, I would've took the fifty thousand.  I, I, I would of been very happy |
| JD | Yeah. |
| JL | And then replaced all the business with Royal.  Who cares if I would of lost the company ya know I'd take all the, so now I got no money, I got aggravation and I have to replace all this business. |
| JD | Alright. |
| JL | Ya know boom, boom, boom.  It just, just sits like a fucking pit in my stomach.  This fuckin' scumbag.  So now |
| JD | You think Wild Bill knew what he was doing, all this shit? |
| JL | He might of known something. |
| JD | Yeah? |

281A-NY-289758

JL      But ya know a lot of things, a lot of things he didn't know.

JD      No huh?

JL      No.  I, I really think

JD      Sonny, Sonny's the one.

JL      Oh yeah.  Sonny would probably know everything.  Sonny probably knew everything after the fact.

JD      Did Sonny ever have any claims at his house?

JL      No.

JD      Really?

JL      Zero claims.  Zero claims.

JD      Cause his father's name.

JL      Ya know how many times, I'm gonna tell ya something when fucking Dominick couldn't get insurance that the mother and father had to put the insurance in their name for their cars.

JD      Why cause

JL      Cause when his credit was so bad and, and

JD      He was reporting cars stolen or something?

JL      Yeah.  Yeah.  He had to put the car names in his father's name and his, and, and Patty's name because he couldn't get insurance.  He would have to be in the assigned risk, he could get insurance but

JD      Yeah but it'd be really high yeah.

JL      Right.  That's right.  (UI) ...

JD      He's a piece of work I gotta tell ya that.  I gotta give it to, give him this he's a good criminal.  Right?  I mean he's a good criminal he's good at what he does.

281A-NY-289758

JL          When's he gettin' out ... ya know?

JD          Ya know that's one thing that bothers me I don't know when he gets out am I
            gonna have a problem with him or not I have no idea.

JL          I don't think he really gonna wanna fuckin' see you guys.

JD          My personal opinion he's gonna run for the hills ya know cause he's not gonna
            wanna, he's not gonna wanna talk to us.  He knows, he knows he scammed us
            what he's gonna go around somebody he scammed?  Ya think he's gonna come
            and see you?  No he, he scammed you.  So ya think he's gonna wanna come and
            see you?

JL          No.

JD          He don't wanna see me and Joe.

JL          Definitely not.  He definitely won't come and see

JD          Cause ya know he'd be afraid ya know his, his, in his mind

JL          You got money in your meter?

JD          No.

JL          Huh?

JD          Why, no leave the ticket.

JL          No!  please

JD          Hold on.  Why is there someone there?

JL          Yeah.

JD          Let me throw it in, hold on,  throw a quarter in?

JL          (UI) ...

UM          Sorry.

281A-NY-289758

| | |
|---|---|
| JD | Where's your car? |
| JL | It's in the (UI) I didn't have a quarter. |
| JD | You want, here I have a quarter, ya want me to put it in? |
| JL | Yeah, sure let me have it.                    . |
| JD | Alright go ahead. |
| | (OTHER VOICES) |
| JD | He left to put money in his ah, meter. |
| | (NO CONVERSATION FOR A WHILE) |
| | (VOICES IN BACKGROUND) |
| JL | You remember her? |
| JD | No.  Ya know she |
| JL | Went to school with you. |
| JD | What is her name? |
| JL | Ah Tul, ah Turney, Tony. |
| JD | Tony no |
| JL | Tony, ah |
| JD | Tony, no |
| JL | She's your age. |
| JD | No ah, ya know the truth is she did look a little familiar.  I, She gained a lot of weight, I'll tell ya that. |

281A-NY-289758

JL          Oh geez, She's a fuckin moose

JD          Yeah I mean she gained a ton of weight but, alright so you'll call me?  Let me
            know, let me know what's up.

JL          I'll speak to him this week.

JD          Speak to him this week, it's still freezing out so we gotta get a move on this month
            obviously.  Before March rolls in and ah, you tell me what's next that's it.

JL          Life.  Life is too short bud.

JD          Who opted for this nonsense right?

JL          Mm let me tell you.   Ya know there's so much bull shit going on and I remember
            the day, the day before my operation ya know, I'm having a fuck, a massive heart
            attack ya know and I saw my fuckin' life pass in front of me.  And ah

JD          Yeah everything becomes irrelevant at that point.

JL          It becomes irrelevant ya know but when you're in a situation that it's tough to get
            out of ya gotta deal with it the best that you can

JD          And move on.

JL          Tough, but it's tough to do.

JD          Whad ya think I'm doing?

JL          Tough to do.  I mean, what are ya doing?

JD          Just working.  I'm paying my bills as best as I can I'm trying to refinance what I
            can refinance and

JL          Why did you have this house built?

JD          It's not like I started yesterday, it's like a, it's a year and a half ago.

JL          Why don't you sell it?

JD          Ya, don't ya think I'm trying?

281A-NY-289758

JL          What the new house?

JD          I'm trying to sell everything I own.  I'm trying to sell

JL          What's the problem?  Too much money?

JD          Let me tell ya  most of the problem is my personal opinion is, that Dominick
            DeVito has put out there through Robert DiDonato to hurt me anyway he can.
            And supposedly from what I heard through the grape vine like when realtors
            come and look at the house ya know already the stain is on there like ah, ya know
            say don't buy that house ah, there was something wrong with it, there was water
            damage or ah, ya know they do anything they can to ya know don't, don't  go look
            at that house that's bad, ya know this guy was in there that this mob guy hates or
            something.  I'm telling ya all this shit believe me.

JL          So Brae Burn right now is vacant?

JD          Vacant.

JL          Vacant.

JD          Tell me why a nice, beautiful, new house is not selling or renting?  Tell me why.

JL          First of all the price is too much.

JD          Has nothing to do with it.  Why isn't it renting?

JL          I don't know.

JD          Yeah because there's a stain on it ya know what I mean.  Someone put a black
            mark on it.

JL          So what are ya gonna do?  Whadda ya gonna

JD          Trying to survive until I can, look eventually something's gonna sell and
            something's gonna rent and something ya know that's why I got my own house up
            for sale.  If I sell my house I move into one of my other houses I mean what am I
            gonna do.  I'll survive until I can't survive anymore.  If I go bankrupt I go
            bankrupt  I'll start over.  Press the restart button what am I suppose to do.  Ya
            know get upset about it.  Ya know what am I suppose to do at this point.  Who am
            I suppose to take it out on Dominic DeVito who's in jail and tag me?  Ahh how

281A-NY-289758

|     |     |
|-----|-----|
|     | am I suppose to fix that, ya know how am I suppose to fix that.  Ya can't fix it, it's done.  Ya know so I'm just gonna survive any which way I can and then move on that's it. |
| JL  | And the house in Scarsdale? |
| JD  | Yeah it's being built it's right there.  Ya know once it's |
| JL  | Why don't you sell it. |
| JD  | John ya can't sell something that's not finished, ya know what I mean? |
| JL  | Al, almost. |
| JD  | Ah but ya know I'm not a reputitable builder where people |
| JL  | Ya need money to have it finished. |
| JD  | Well I got it like through the bank but the problem is I gotta refinance it and it's still taking time.  I'm in the works. |
| JL  | Okay. |
| JD  | I'm trying to get myself, ya know together. |
| JL  | Okay. |
| JD  | But look, ya know, an extra fifty grand does that help me, of course.  Of course get me through two, three, four months of mortgage.  Yeah that helps that's huge, huge. |
| JL  | The fucking nut's gotta be crazy for you  (UI) ... |
| JD  | Oh whatever, whatever. |
| JD  | It is what it is ya know. |
| JL  | But ya surviving though. |
| JD  | I'm a worker, I'm a workaholic you know that.. |

281A-NY-289758

JL        But you're surviving that's huge.

JD        Yeah exactly.

JL        That's huge.

JD        Literally this guy took a baseball bat and broke a leg and I'm still, I'm still
          standing.

JL        So nothing was done on Brae Burn.  No, (UI) can't even rent it.

JD        No.

JL        And Robert DiDonato he's a fucking scumbag too?

JD        Whadda ya think he basically works for Julie B. Fee and Dominic DeVito you
          don't think come on let's be honest.  Ya know.  How Robert DiDonato. I mean
          what, what, what's up with Oak Valley?  Don't ya know it passed through Robert's
          hands somehow or something.  Ya know Joe just heard Robert got paid some
          money because he flipped it from Dan or something I don't know the details.  Ya
          know so Robert DiDonato's in Dominick's corner let's be honest.  Ya know that's
          his friend.  I, how did I get introduced to Robert DiDonato?

JL        Through Dominick.

JD        Okay.  So is he on my side?  He's not on my side.  He doesn't wanna help me, he
          wants to help the guy that's giving him money.  Ya know what does he wanna
          help me for.

JL        Mm.

JD        He's not looking to help me.  Dan Forbes how did I intro, how did I get
          introduced to Dan Forbes?  Dominick Devito.  So obviously these are his people,
          not my people.  No one's looking, they're not looking to help me they want to hurt
          me.

JL        Yeah but didn't Dan get fucked somehow with ah Oak Valley didn't something
          happen?

JD        Ah, Dan Forbes got screwed, he got paid on Brae Burn.  Okay?  Didn't Dan
          Forbes get paid on Scott Circle?

-33-

281A-NY-289758

JL        I don't know.

JD        I'm assuming, right?  Dan Forbes is out here doing stuff for Dominick, you don't
          think he is.

JL        Mm.

JD        You don't think he's still running Dominick's little whatever empire he's doing?

JL        I don't know.  I don't know.

JD        Look at this guy Dominick Carpenito ya know who he is, ya ever meet him?

JL        I don't, him, I never met him.

JD        Yeah.

JL        Yeah.

JD        Supposedly he's he's still running numbers or something and giving Dominick
          money.  Supposedly he drops money off to Sherri.

JL        Yeah.

JD        Hey I don't know, I don't know these things.  Ya know I don't know these people.
          But you know.  Ya think, you think he's interested in not earning money while
          he's in prison that's the, you know that.  How's he buy a house in Florida?  Does
          the average guy in prison go buy a two million dollar home in Florida?

JL        I don't know how true that is.

JD        Ah come on.

JL        And I heard that too.

JD        Yeah you heard it too right yeah.

JL        I heard it.

JD        Come on.  If everybody's hearing that there's gotta be some truth to the rumor
          then  right?  Yeah okay.  So it is what it is.  It is what it is but

281A-NY-289758

JL        Ya know but ya know ya gotta remember one thing you had no alternative but to do what you had to do.

JD        What throw his wife out?  I had no choice.

JL        Had no choice.

JD        I had no choice at that point.  I'm not him, I'm not part of his clan.  Ya know what I mean I had no choice at that point I had to prove to myself I'm like no, no, no, no, out, goodbye.  Goodbye.

JL        When was the last time you had a claim at your house?

JD        Where?

JL        At your house.

JD        Which house?

JL        Where ya living?

JD        Never.

JL        Never had a claim?

JD        No I never had a claim in my life John.

JL        Okay.

JD        Brae Burn that's it.

JL        Okay.

JD        Wel, you said that it look, Scarsdale I never had a claim there.

JL        Okay.

JD        Ya know never.  Ya know do the research yourself on me or something.  I'll give you my social security number, my wife's I mean there's nothing, I have nothing so.  But get back to me then.

281A-NY-289758

JL          I'll speak to him this week?

JD          Yeah get back to me, call me, leave me a message, just say, ya know just make it
            very benign

JL          (UI) ...

JD          Ya gonna call him now?

JL          My boy, Louie.  You play golf?

JD          Mm attempt to.

JL          Yeah?

JD          Attempt to.

JD          Not answering?

JL          He'll call me back.  I leave a message he'll probably call me back.

JD          Yeah alright.

JL          (ON PHONE)  Whadda ya doing?  Yeah?  Pipes are breaking left and right.
            That's a beautiful thing.  Oh you and I gotta sit down.  Nothing, I'm not gonna talk
            over the phone.  Okay?  We have to go visit somebody.  No, no.  Yeah.  It's me
            and you.  Yeah.  (LAUGHING)  Ahm, tomorrow.  Heritage, Heritage Hills you
            don't have that mold problem do ya?  Yeah.  Oh okay because Bobby Laturcie's
            brother Douggie lives in Heritage Hills and ah, he's gotta move out of his place
            because of the water damage and the mold.  I don't, I don't know, I don't know.
            It's the association that's doing it.  Whole family had to move out.  Ya know what
            ya do why don't ya call me tomorrow okay.  I'll call you at ten o'clock.  No before.
            They were really before, hey I don't get up till about nine.  Come on.  I'm still
            sore.  Hey Bud, hey, and ya giving me three and three this year.  Ya giving me six
            strokes.  I only got half a swing and the doctor says (LAUGHING)  That's what
            they said, that's what they said.  They said my swing is gonna be best.  He said my
            swing is gonna be better than ever.  I don't want that to happen I want my
            handicap to go up.  There ya go, there ya go.  I, I, I'm gonna go up to about an
            eight or a nine this year.  Hah?  I'm telling ya, I'm telling ya I'm going up.  What?
            I'll call ya, okay.  I'll call ya ten o'clock you got it.  Thank you.  (END OF CALL)

281A-NY-289758

JD          Alright well.

JL          I'll call him tomorrow.  Give him something ah, he lives up near you.

JD          Where White Plains, Purchase, Harrison?

JL          Harrison I forgot it's like back from Brae Burn.

JD          Oh in Harrison though?

JL          It's back there.

JD          Ah like near Silver Lake?  I don't know.

JL          I don't know.

JD          Alright he's up there though now.  Well he could stop by one night or whatever right?

JL          Maybe tomorrow.

JD          I'm a little busy tomorrow but tell me  ya know.  I'm a little, I got my kids playing games, hockey and

JL          Me too.

JD          Oh yeah.

JL          When ya gonna be free?

JD          Tomorrow's a bad day actually we're just out like all day.  We're gonna be out all morning, there's church.  We got tickets to a hockey game.

JL          Hey ya (UI) ya know what I mean.

JD          I, I'm just, I know what ya saying I, but I'm, I mean, call me, call me.

JL          Or maybe he could come Monday or Tuesday and

JD          Yeah call me.

281A-NY-289758

JL          Ya know.

JD          It's probably better at night like during the week.  Or next weekend or whatever I mean the sooner the better.  Obviously,  right?

JL          And I'll call him and ask him alright.

JD          Alright?

JL          I'll call ya tomorrow.  (UI) ...

JD          Alright I'll see ya thanks.

JL          Alright kiddo ...

JL          I'm gonna try alright ... every day, every day is ah, every day is an adventure and I ya know, just deal with life .

JD          Yeah move on. What are you going to do?

JL          Alright.

JD          Thanks alright so call me tomorrow or whatever to tell me.

JL          Tomorrow I'll let ya know what's going on.

JD          Yeah.  Okay.

JL          Alright.

JD          See ya later thanks.


            (TRAFFIC NOISES)


            Time now is 3:49 PM we're gonna be shutting the equipment off at this time this is Tom Krall.


            (END OF CD SESSION 1)

281A-NY-289758

'