**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**


26 Federal Plaza
New York, New York 10278


File Number:                281A-NY-289758

Time:                       6:53 pm

Telephone Number:

Overhear Date:              2/8/05

Tape Number:                1483

Monitoring Agent:           SA MICHAEL HARTNETT

Participants:


John DeBello                JD
Lou Cardasco                LC
Robin Midollo               RM


Abbreviations:              IA   Inaudible
                            UI   Unintelligible
                            PH   Phonetic

/crd

281A-NY-289758


       This is SA Michael B. Hartnett along with SA John Penza (PH).  Today's date is February 8th 2005.  The time is approximately 6:53 pm.  We're going to make a consensual recording between John DeBello, Lou Cardasco and an Unknown individual.

       (Background voices)

       (Sounds of television on)

       (Sound of a telephone ringing and dogs barking)

       (JD speaking on phone...hello, okay, I'm gonna let you in, come in the front (UI) it's the bottom (UI) door alright.  Okay...hangs up phone)

       (JD speaking to dog...(UI) quiet...dog barking...quiet)

       (JD opening door.)

RM:      (UI) today.

JD:      How's it going?

RM:      Good, what are you doing?

JD:      What's going on?

RM:      Not much.

JD:      How you doin'?

LC:      Good, is your wife home?

JD:      No, no, no. (UI) with ya.

       (Sounds of dog barking)

LC:      (UI) hydra (UI)

JD:      I know I've been thinking about that.  What happens if, ah...

281A-NY-289758

LC:          (UI) it'll come just, you know...

JD:          Hmm.

LC:          ...you get one, ya know, a couple of days in a row
             and bada bing, and then we let it go.

JD:          Alright.

LC:          Then you have sixty degrees (UI) and what are you
             out of your mind.

JD:          I know that's what I'm saying.

LC:          Yeah.

JD:          I was thinking what about fire damage or something?

LC:          Well, I'm sure we can (UI) some kind of accelerant

RM:          No

LC:          No we won't do that.

RM:          No you don't want to fuck with that.

LC:          (UI) water is worse.

RM:          You don't wanna fuck with anything that can be
traced.

JD:          No, huh.

LC:          Let's go.

JD:          What do you wanna go to the basement first?

LC:          Attic, attic.

JD:          Oh, attic.

(walking sounds)

JD:          I was thinking about (UI) electric damage... the
             water is gonna make a huge mess.

-3-

281A-NY-289758

(Muffled voices, inaudible)

JD:        Cause then I gotta leave, I gotta....

           (Dog barking)

RM:        Reminds me of Joe's dog.

LC:        Yeah.

RM:        Remember Joey?

RM:        (UI) Joe's friend's name?

LC:        I don't know.

RM:        (UI) Shot himself yesterday morning, all my friends
were there.

JD:        Joe Debello?

RM:        No, Cabella.

JD:        Oh.

RM:        He livesd right next door to Lisa Salvador (ph.).

LC:        You okay.

RM:        Yeah, what's his name?

(overlapping voices)

JD:        Huffin' and puffin' after two flights of stairs..

RM:        No, no, (UI).

JD:        (UI) problem?

RM:        Um, what's his name?

LC:        Um....(UI).

RM:        (UI) What's his name....John Pa....

LC:        Oh John Partana (PH) he killed himself?

-4-

281A-NY-289758

RM:        Yeah, yesterday morning.

LC:        John Partana!.

RM:        What's the guy.  Am I saying it right?

LC:        The tile, the tile guy on...that lives on Oak (UI).

RM:        No, what's the other guy's name?

LC:        (laughs), Because I talked to him two days ago.

RM:        Okay, what's the guy's name that lives on the
           corner, right near, Nickels court, Joe's friend.

LC:        Oh the doctor.

RM:        He was the chiropractor.

LC:        Yeah.

RM:        What's his name Bob...

LC:        Bob ....

RM:        Chemoya (PH).

LC:        Chemoya (PH)

JD:        He was a chiropractor.

RM:        (UI) big investigation, put a bullet in his mouth,
           put a (UI).

LC:        His kids are fuckin' (UI) had some mental problems
           the kids.  The wife is a fuckin' lunatic.

RM:        Oh let me tell you something....

LC:        That and whatever other problems he had.  I know he
           had some money issues too, but...

RM:        I don't know about that, but, but, he's, he fucking
           killed himself yesterday morning.

LC:        I don't care what kind of trouble you have man, you

281A-NY-289758

                    can't fucking (UI)...

(overlapping voices UI)

LC:         (UI) Hyrda. This is above the master and this is
above the (UI).

LC:         John if there's anything that you cherish...

RM:         (UI)

JD:         You gotta move.

LC:         Get out of your fucking house like, you know, before
            we do this. Any piece of furniture sentimental, any
            kind of sentimental shit.

RM:         Pictures and shit.

JD:         Yeah, I got it. That's what I'm saying again I mean
            you gotta....

LC:         You wanna (UI) Robbie or what?

LC:         By the way this is gone now in Harrison, ya know.

RM:         For what?

JD:         What do you mean?

LC:         Code, with the sprinklers in the house I heard.

JD:         You don't have to have them anymore.

LC:         No.

RM:         Who said that?

LC:         Heard it today from, ah, Griffen one of the firemen.
            (UI).

RM:         You don't need to have them?

LC:         Don't need to have them.  That's what he told me.

RM:         Who said that?

                            -6-

281A-NY-289758

LC:         The guy from the fire department, Phil Griffen.  He
            knows Steve (UI).

RM:         Yeah.  You don't need to have them.

LC:         No.  New construction.

RM:         Don't need to have it.

LC:         You better check on the house over here...

RM:         I just put it in, I just put it in $22,000.00.  I
            just put it in, I just finished it yesterday.

JD:         (UI) so funny.

 (Laughter)

LC:         (UI) problems with this fucking house.

JD:         Well, let me ask you this, what if I did a little
            damage.

RM:         First of all I want to say two things.

JD:         Yeah.

RM:         I'm gonna speak out loud for a second.  You got
            black iron up here.

JD:         What's that?

RM:         That shouldn't break.

JD:         You mean that doesn't break usually.

RM:         No.

JD:         So you can't say that broke then.

RM:         No.

JD:         And what's black iron? That?

RM:         Yeah, see the (UI).

281A-NY-289758

JD:         Yeah.

RM:         This is high end stuff,  nobody does that.

LC:         It's not pvc, it's not copper.

RM:         It's not copper.

JD:         So Marrianne put high end stuff in this house, you
            know.

RM:         But that's, that's a good system.

RM:         That's what I put in my house.

LC:         What about all this Robbie, all this copper line?.

UM:         (UI) (static)

RM:         I understand that, but you gotta make sure it
doesn't have glycol (PH)

JD:         What is it?

RM:         Glycol.  It's that...

JD:         Oh that anti-freeze.

RM:         Which  I'm sure she does (UI).

LC:         Oh I'm sure she does.

LC:         Well, we're gonna recheck.

RM:         What, what, what are you trying to achieve here you
            don't want the house no more? (UI)

JD:         See this is the problem.

RM:         Yeah.

JD:         This is the problem.

RM:         This house is going.

LC:         That's what we want to do.

-8-

281A-NY-289758

JD:         Yeah, hold on let's talk about this for a minute
            alright.


(static ....break in recording)

RM:         John's face dropped when he seen me get out of the
            car you know that..

JD:         No, I was like, I didn't know you were the master
            plumber.

RM:         (Laughing)

JD:         Well anyway here's the problem.  Now, I either do
            all this damage to the house and collect the whole
            nut on the house and then I got get another house.

LC:         Right.

JD:         How am I gonna sell this house with severe, with
            severe water damage.  Listen, I don't wanna put in a
            million dollar claim and I say great guys thanks for
            the two hundred thousand and now I can't sell the
            house and I can't do anything with it.

LC:         It's gotta be fixed too.

JD:         Yeah, you know, it's like the kiss of death and you
            know real estate in this area what happens if I
            can't do anything with Brae Burn either.  People
            have said that to me, realtor have said that to me.
            Oh this house had water damage.  Isn't this that big
            water damage claim.  So that's the problem.

RM:         Are you gonna keep this house or you're selling it.

JD:         I mean I'm gonna try and sell it because of my
            financial problems.

RM          Alright, but okay...

JD:         If I didn't have financial problems I would stay
            here.

RM:         That's what I was saying that's what I thought when

                            -9-

281A-NY-289758

> me and you were talking on the couch I thought you were staying here.

JD:        I would like to stay here okay. What has ensued since (UI).

RM:        I wouldn't do this house.

JD:        Don't do it.

RM:        I wouldn't do it. I'd do Brae Burn.

JD:        Yeah, but Brae Burn has already been done.

RM:        Oh.

JD:        I mean Dominic did it, right?

LC:        Dominick did very well doing it (laughs).

JD:        Which pipe did he break exactly? He broke that?

LC:        Copper line.

JD:        (UI) not that.

RM:        No, no.  They'll know if you do this if they investigate, sometimes they don't.

LC:        See when it gets cold these copper lines, I mean, I've must've of done fifty of them already this year.  You know, ten thousand dollars sometimes two hundred thousand in damages.  I mean it just happens.  People are away on vacation and fuckin' guy comes back to two feet of water in his basement. Shit happens.

JD:        Cause I'm tryin' to think what else can we do smoke damage, can we break a pipe in the basement and say, ah, I don't know that I had some valuables in the basement can we, ah, less damage to the house. Cause truth is my wife would like to stay here if we could, but if I think if I do a million dollars worth of damage here I think the house is done, what am I gonna do with it after that.

281A-NY-289758

RM:          Well, no, then your gonna repair, rebuild it.

JD:          Yeah, but then I'm also trying to sell it.  So I may...

RM:          That's what I'm saying to ya (UI).  Are you gonna do it and then, and then rebuild it and then still sell it.

JD:          I don't know.

LC:          You're gonna have to. You're gonna have to. Your not gonna sell it destroyed.

RM:          That's what I'm trying to tell you.  Unless it, it, it's an accident.  If your gonna do it and take the chance and sell as salvage to Lou, this one or Joe Camatza (PH) or whoever then that's a different story.

JD:          I, look,  truth is you guys got to take me through the steps and I don't even know what step...

JD:          Ah, I don't know.

LC:          What, what is your goal on this.  What do you want?

JD:          When I talked to Liscio I said you know I have some problems and stuff and he said what do you want to do after this.  I said, ya know,  if I get a couple of mortgage payments I'll be happy, you know, but I didn't expect to leave the house, I didn't expect to...

LC:          The whole thing is you're leaving yes, but their paying for it too.  Your not, your not the money is not coming from your pocket.

JD:          You know it's still stressful.

LC:          (UI) the house.

JD:          No, I know, I can I have another home, I mean I can...

LC:          You can go to Brae Burn right?

281A-NY-289758

JD:        I mean I could move there I mean, but it's still stressful, you know.  Is it, it worth that, that's what I have to think about.  Is it worth it.

LC:        We're here to help, we're here to try and help you out.  I mean...

JD:        Yeah, I know.

LC:        ...you have to tell me what you want to do if that's what you gotta do.

JD:        Once we break that pipe.

LC:        It's all over.

JD:        Exactly.  You can tell me if I break that pipe or whatever we do and go away for the weekend and I come back.  I don't know if I'm gonna come back oh my bedroom is messed up or the whole house is flooded.  How do you know that?

LC:        Well you gotta say the whole left side of your house will be pretty fucked up.

JD:        Yeah, but it would be like a rental.

LC:        You got the continuous flooring.  The kitchen is like right off of your yard.

JD:        Hold on it is safe to say if that pipe breaks right there...

LC:        And you're not home for the weekend you come back...

JD:        I'm done with this house you can't move back in or...

LC:        You're done with the house for months.

RM:        Months, say seven months.

JD:        Six, seven months.

RM:        Oh easy.

281A-NY-289758

LC:        I wouldn't say six or seven months.

RM:        Six months, five months.

LC:        I would go four to six.  Four being the minimum and
           six the maximum.  You know (UI) your house.

RM:        This is the master over.

JD:        Yeah.

RM:        (UI).

JD:        Let me ask you something, let me ask you something.
           These other ones that you did these houses are as
           big as this or, or is that why the claim was less.
           I mean explain that to me.  You said you've done
           other ones that were two hundred thousand, three
           hundred thousand.

LC:        Sure the buyer did,  if the water runs for ten
           minutes or ...

JD:        Right.

LC:        ...or three fucking days (UI) there's a big
           difference.

JD:        You're saying as a result of the time the water is
           running.

LC:        Right

LC:        Exactly.

JD:        Alright.

LC:        (UI) Like if you're away, let's say you're away...
           you go away for two weeks and it's fuckin'
           cold...and someone whacks this out for ya' and they
           leave.....and then fuckin', ya' know...ya' come back
           and

JD:        So if I break that pipe...

LC:        Holy shit, look what happened.

281A-NY-289758

JD:        So if I break that pipe and I come home in two hours
           I mean then what.

LC:        You could have ten thousand, twenty thousand dollar
           damage.  But..if you're gonna put a fuckin' claim in
           you got a deductible here too correct.

JD         Yeah, don't even ask me what it is.

LC:        So...

JD:        I have no idea that's Liscio.

LC:        I mean...

JD:        I don't know.

LC:        I mean between me and you...

JD:        Yeah.

LC:        But you make your own decision - you have coverage.
           Now the other house we talked about this before last
           time we were here with John.  Whose house, whose
           name is there on the house.

JD:        That was under my name and this is under my wife's
           name.

LC:        This is under your wife the other house is...

JD:        On a different policy.

LC:        I know it's Royal, it's Royal.

JD:        Yeah, I had Royal over there and I have Chubb here.

LC:        Chubb here.

JD:        So it's different.

LC:        That's not good because you can't rent your own
           fucking house (laughs).

RM:        That's what I said, that's what I said to him.
           Didn't you hear me say that.

-14-

281A-NY-289758

JD:        No, I didn't hear you say that.

RM:        Oh yeah when you said, when you said I have another
           house I said yeah, but is it in your own name.

JD:        I didn't hear that.

RM:        Yeah.

JD:        What if, what if, ah...I'm just thinkin'...

LC:        What about Scott Circle.

JD:        What about Scott Circle.

LC:        Who's got that one?

JD:        That's Joe Lamanna's house.

LC:        That's Joe's house okay.  And the other one by his
           house is that's Danny Forbes' house.

JD:        That's Danny Forbes' house I have nothing to do with
           him.

LC:        Okay.

JD:        You know we don't...

LC:        Any other houses...

RM:        Yeah, don't associate with him.

LC:        How about the mansion?

JD:        That's Joe Lamanna's.  I mean I could technically
           rent it from him I mean...look I'll find a place to
           rent.

LC:        Listen to me...

JD:        I mean I have to.  I'm just what I'm trying to
           figure out is...

RM:        Stay away from all that.  Do yourself a favor stay
           away from Joe, stay away from this one, stay away

281A-NY-289758

                    from renting that house.

JD:          Yeah.

RM:          Do it all on your own.

JD:          Yeah, just don't get involved.

RM:          Joe blow you don't know who's house your renting
             just go out and rent it.

JD:          Yeah, just rent from somebody else.

LC:          They'll find you something or you could stay at the
             (UI).

RM:          You got kids?

JD:          Yeah.

RM:          How many kids?

JD:          Three.

LC:          Three.

JD:          I'm just trying to figure out to what degree I want
             to do this and what are my options.

LC:          (Laughing)

RM:          (UI).

JD:          And what are my options.  Like I was thinking of
             everything.  What about smoke damage, what about I'm
             thinking crazy thoughts like what happens if the
             pipe breaks, but I catch it in a hour I don't know
             spray down the some of the sheet rock or something.

LC:          See the thing is...

JD:          Yeah, I don't know.

LC:          But let me put it this way.

JD:          Yeah.

                              -16-

281A-NY-289758

LC:         If it's a major claim they're gonna put the top
            adjuster on.

JD:         Like what...

LC:         That I associate with.

JD:         Okay, alright.

LC:         I know him very well and he only handles the big
            stuff.

JD:         Chubb.

LC:         Yeah.  So he'll be put on it.  If the smoke damage
            claim is fifty, sixty, seventy thousand...

JD:         Then you...

LC:         Then you may get some other guy, you know, who's not
            gonna be in the game.

JD:         I got ya.

LC:         So I can't, you know...I don't know what the number
            could be.

JD:         (UI) let me give you the scenario (UI).

JD:         See what bothered me when I found out about Dominic
            afterwards.  But I didn't know that he did that
            claim at Brae Burn.  He did that all on his own
            behind my back (clearing throat).  So what bothered
            me is I said to myself afterwards (UI) look at this
            scumbag what he did.  He wrecked the house right.
            Now put the claim in, if the claim got paid and he
            made his money, he made his money.  Right.  If the
            claim didn't go through, let's say an adjuster came
            in something's wrong here this looks fraudulent he
            would have walked away from the house and left me
            holding the bag.

LC:         Without a doubt.

JD:         Tell the truth.

-17-

281A-NY-289758

RM:      Without a doubt, I'm agreeing with ya.

JD:      Okay.  So now he...

LC:      (UI).

JD:      ...I know, here but let's say what's bothering me
         is...

LC:      Fuck it, they had people coming from the home office
         to look at the job.

JD:      They did and still they couldn't catch him.

LC:      They had a top adjuster who I knew from upstate who
         approved and took the loss.  I gave him a little
         background, but I didn't give him any details on who
         the guy was and what he did.

JD:      Right.

LC:      All that kind of bullshit.  Listen, I happen to know
         the guy... let it go.  Obviously they saw the claim
         (UI) million dollars and (UI) million dollar house.

JD:      Sure.

LC:      Let's go check this fuckin' job out.  So two guys
         came in they saw the picture of Tony Soprano and
         they just walked out the fucking door and  says just
         pay the guy. We want nothing to do with this. Just
         pay him..

JD:      Oh they got scared.

LC:      They were there a half hour and they left.  They
         wanted nothing to do with guy.  They were
         intimidated, they were.

JD:      Yeah.

LC:      I heard them talking, you know, pay the guy.  We
         don't want no fuckin' problems. Ain't my fuckin'
         money the insurance guy says. It's the company's
         money. Fuck it. Pay it.

281A-NY-289758

RM:        Right.

JD:        Let's say it happens here that's what I want to
           avoid.  Let's say the pipe breaks and I'm away for
           the weekend and I come back and I'm thinking it'll
           be two hundred and fifty thousand worth of damage.
           Meanwhile it is a million dollar claim right, right.
           That's gonna send up flags right.

RM:        Yeah.  A claim is a claim no matter if it was a
           dollar.

LC:        Yeah, if it's a dollar or a million dollars. .

RM:        (overlap).....million dollars.

JD:        (UI).

LC:        If you live in a two dollar house it's a two dollar
           claim.  If you live in a million dollar house it's a
           bigger amount.

RM:        (UI).

LC:        Because you have to add up your furnishings.

JD:        Alright.  The adjuster comes out and this is guy is
           gonna come out and you sure it's gonna be him.

LC:        Once....see the thing is it's a game..  Once you
           report the claim, John's gotta, Trieber (ph) was
           your broker not even John.  John co-brokered it with
           a company out on Long Island he told me.  The (UI)
           Treiber (ph) is a big exclusive agency out in Garden
           City.

JD:        Alright, gotta go through them too.

LC:        Johnny's gotta put the claim in and Johnny's got to
           report the claim a five million dollar house and the
           claim has got to be hundreds of thousands of
           dollars.  So once they hear that.  They're gonna put
           the big cheese on the job.

JD:        I got it.

281A-NY-289758

LC:         He only handles the big cheese jobs.

JD:         Alright.

LC:         He can't just say it's a little water damage.
            They'll send any Tom, Dick, and Harry out here

JD:         Alright.

LC:         I mean it's a claim that's gotta be worth in the
            hundreds, two hundred fifty thousand dollars.  And
            John, John can say I want your best adjuster, I want
            your general adjuster.  Or you can even recommend
            the guy say I want Dennis on this job period.  I
            just did a job in Rye...

JD:         With this guy?

LC:         Yeah, this guy Dennis

LC:         The broker called,  told his supervisor I want
            Dennis on this fuckin' job in a hour.  Surer than
            shit, the guy was there.

JD:         Alright.

LC:         John, you know, John makes the money for the company
            and he can dictate how the job has to go down.

JD:         He can dictate who...alright take me through this
            now.  The pipe breaks, I come home and I see the
            water damage...

RM:         You call John.

JD:         I don't call the fire department or, ah, I don't
            know the police department.  I mean...

RM:         No, you call, you call...basically you call your
            insurance company.

LC:         Well you call your broker.

RM:         You call your broker.

JD:         Yeah.

-20-

281A-NY-289758

LC:        Call John.

RM:        Call John.  And you say what happens.

JD:        Okay, I call John and what do I do.

UM:        And John...

JD:        No matter what Sunday night or whenever.

LC:        John would either call Treiber (ph) or call Chubb
           direct.

JD:        Okay.

LC:        Or he can even call the, you know, the guy and the
           supervisor...

JD:        Alright hold it...what if I come in and the water is
           running the water is actually still running.

RM:        Oh it's definitely gonna run.

JD:        Alright, what do that's what I'm saying.

LC:        Shut the main off.

JD:        Alright, I got to figure where the main is prior to,
           I don't even know where that is.

LC:        It's in the basement.

JD:        Okay, I'm assuming.

LC:        We'll, show you where it is.

JD:        Okay.  So I shut the main off so it stops the water.

LC:        You'll be running to the (UI) (laughing).

JD:        Oh alright.  You got to understand, you know, my
           wife gonna...that's why I threw her out of the house
           tonight so that she doesn't know what's going on.

RM:        Yeah, you can't.

-21-

281A-NY-289758

JD:        No, I can't tell my wife.  So, alright, I shut the
           main off and I call John Liscio right?

LC:        You say John I had a tremendous pipe break.

JD:        Okay.

LC:        If you call him on a Sunday, obviously he's gonna
           report it on Monday cause...

JD:        Right.

LC:        If he calls the 800 number (UI) Chubb all the calls
           get re-routed through Chesapeake, Virginia.  So
           you'll get some fucking asshole, okay we have a
           claim, write your name down,  but they're not gonna
           do anything until Monday anyway.

JD:        Right.

LC:        So John is gonna call the supervisor in White
           Plains.

JD:        Okay.

LC:        Who's ten minutes from here.

JD:        Okay.

LC:        And say hey listen I have a bad water break I
           need...it's a five million dollar house.  I got a
           shit load of damage in the hundreds of thousands I
           need your top general adjuster can you get Mr....on
           this loss right away.

JD:        So he'll call this guy Dennis.

LC:        Yeah.  Well he'll call the supervisor...

JD:        Of Dennis.

LC:        Yeah and say listen I need this guy on the loss.

JD:        Alright, so he can, he can do that.

UM:        John, John has the power to do anything he wants.

-22-

281A-NY-289758

JD:         OK, alright, I just want to, you understand, cause I
            don't want any...

LC:         And then, and then, and then what John would do is
            call me and then obviously the supervisor would say
            what have you done.  Well I call Crystal, Crystal is
            doing the emergency work for me now.  That's it.
            And just don't...the less you say the better.  Just
            be to the point...

JD:         Right.

LC:         Serious water damage (UI) hundreds, five million
            dollar house, it comes from the attic and it's from
            the hydro air system, the pipe broke.  Water is
            coming down from the attic to the second floor, to
            the first floor to the basement.  Beautiful
            furnishings.

RM:         You have a finished basement.

JD:         No.  Should I finish it before I do this.

LC:         No.

RM:         No.

JD:         Alright.  I just didn't think that the claim of that
            magnitude you know, like...

UM:         (UI).

JD:         ...you know, tear a room up.  What I was looking to
            do is like say to you guys, do me a favor, let's
            tear this room up and come and, look
            honestly...that's what happened to Brae Burn.  When
            I saw Brae Burn.  I walked in I said, looked at the
            walls and the floor it's not that much.  And Dominic
            even lied to me, he goes this is not that much.
            Like fifty or hundred thousand dollars.  I said oh
            look at this.

LC:         Then the check came in for seven fifty and it's
            like...how you doin'...

JD:         I had no idea.

-23-

281A-NY-289758

| | |
|---|---|
| UM: | (Laughs) |
| JD: | You know he circumvented me with the check. |
| LC: | I heard. |
| JD: | I had no idea, I had no idea that claim was that big. |
| UM: | (UI). |
| JD: | I had no idea. |
| LC: | I'm glad I got fuckin' paid. |
| JD: | I had no idea. |
| JD: | Liscio, the other night, you heard him.  What did Liscio say the other night? |
| LC: | The shit I did for him and the money I got for him. |
| JD: | Dom.  Scumbag. |
| LC: | The content stuff that he had bought right off the internet.  I got the guy to appraisal it at like over hundred thousand dollars.  They were worth like fucking five thousand dollars.  They were shit. |
| | (Voices overlapping) |
| RM: | Everything...all the chandeliers....like oh cos, these used to be worth this much money. |
| LC: | That cocktail table he had – where that fucking thing fell on it – said it was a gold leaf. |
| JD: | He said it was gold leaf. |
| LC: | Fuck it. |
| UM: | How much? |
| LC: | Forty thousand, they gave him thirty. |
| JD: | For a cocktail table. |

281A-NY-289758

LC:         A cocktail table.

RM:         and he kept it anyway.

LC:         Yeah, well, ya know.

JD:         That's unbelievable.

LC:         All I remember is the guys sitting around the
            fuckin' kitchen with the fuckin', with the copper
            line and saying that this fuckin' thing caused so
            much fuckin' damage marone (ph) they said.

JD:         That's what they said.

LC:         Yeah.

JD:         Oh they cut the piece out.

LC:         Yeah, the plumber had to replace, said you have to
            keep...

JD:         You had to keep like the...

LC:         ...yeah, the evidence.

JD:         The evidence.

LC:         Yeah.  I mean it was ice cold up there.

JD:         Yeah.

LC:         It was fucking cold.

JD:         Yeah, so let's talk about temperature now so
            obviously if it's 52 degrees out...

LC:         No,

JD:         [UI]

LC:         Gonna need a snap of....

JD:         So I gotta wait until it's like in the 30's
            obviously.

281A-NY-289758

RM:        (UI) No, you gotta wait until 18 degrees shit like
           that.

LC:        A couple of days in a row.

JD:        Okay.

LC:        So now, my question is how we bang the pipe.

JD:        Alright, so what do I do, ah, I wait for a...

RM:        You ain't gonna do it because you got anti-freeze in
           the system.  This is a anti-freeze system right
           here.

JD:        What do that mean, what does that mean?

RM:        That means – how does it freeze?

LC:        You sure (UI) anti-freeze in there.

RM:        I'm positive.  There's nothing surrounding the unit.

LC:        How can we check?

RM:        I can tell you right now by just looking at it.
           It's got anti-freeze in it.  I know it for a fact.
           It does, it's definitely.  There's nothing around
           the unit.  There's no heat warmer, no nothing around
           no...(UI)

JD:        So it's got to have anti-freeze in it.

RM:        It's gotta unless it would've literally frozen
           anyway.

           (JD phone ringing)

JD:        Oh shit that's my phone.  That's what I'm saying now
           how do you get around that.

LC:        Good question.

JD:        Who broke Dominick's pipe?  I mean he did an
           unbelievable job.  They believed the hell out of
           him.

-26-

281A-NY-289758

LC:         Someone did it.

RM:         He drained the system and pumped it back up with
            water.

JD:         Ah.

RM:         And put a screw in it and when the screw, the cold
            thing hit the screw, the screw ice (UI)

LC:         Fuckin' thing split

RM:         ...and split the rest of the pipe.

JD:         No shit.

RM:         He had regular water in it.  He went to Florida
            nobody knew nothing and he knew, he, he knew, he
            knew the whole, the whole procedure.

JD:         Yeah, he set me up to go with him.

RM:         He did the alarm and when the system breaks like
            that you're automatically notified by the alarm
            company.

JD:         Okay.

RM:         That was disconnected (UI) the phone call they
            happened to working on the basement so the guy
            must've removed the thing off the alarm box.  Let
            the fucking water run.  Robert periodically went
            back and forth, checked it and it had enough, and it
            hit the basement and that's when they made the call.


JD:         So Didonanto went and checked it.

RM:         Absolutely he was checking it.

JD:         Yeah, he was right.

RM:         He was.  Oh definitely.  He was.

LC:         He was the one who called me.

-27-

281A-NY-289758

RM:        Who called you?

LC:        He did.

RM:        DiDonato.

LC:        Yeah.

JD:        He called you first.

LC:        Yeah.  Fucking live around the corner so (UI) don't
           give a fuck.

JD:        You see I didn't even know it.  I figured he was in
           on it.

RM:        Let me tell you something I had nothing, I, I, I
           just don't like it, so I don't even waste my breathe
           talking about it.

JD:        No, you don't need this too.

RM:        It's not worth it for me. I cut my losses.

JD:        But you what's funny I always knew that.  I always
           said man he's down deep with DeVito.

RM:        Oh yeah.

JD:        Yeah.

RM:        Well let me tell you something he's,  it's not over
           and neither with Forbes, it's not over.

JD:        What do you mean?

RM:        Like in other words their, their coming about it's
           just a matter of time.  It could be a year, it could
           be up to I think four years to come get you.  Four
           years.

           (Cell phone ringing)

JD:        Oh for these guys.  You mean for someone is gonna
           get them.

-28-

281A-NY-289758

RM:         Oh yeah.

JD:         Yeah, why do you think Dan Forbes is ah...

RM:         Dan Forbes...

JD:         You can tell me I don't give a shit.  I don't like
            Dan...

RM:         Dan, I'll tell Dan Forbes if he was standing right
            here he's a piece of shit.

RM:         He's in on it...he's on it with them guys.

JD:         Yeah.

RM:         He's still a nut.  And, and I'll tell you to be
            honest with you John,  I 'll shoot it to you
            straight, I don't trust Joe, Joe Lamanna either.  I
            know Joe is a good friend of yours (UI).

            (Static - UI conversation)

JD:         It looks that way.

RM:         (UI) You know...with the house in the back, with all
            the grief he's giving the woman I'm building the
            front house for.  And it just don't add up.

JD:         What, what the house you're building you mean.

RM:         Yeah, I'm building a house for the woman Nancy in
            the front.

JD:         Oh yeah.

RM:         He's giving her so much of a hard time that they're
            making...

JD:         Oh is he, I don't know nothing about it.

RM:         Unbelievable.  Man, she's doing nothing wrong.

JD:         I mean you got to understand is that Joe got stiffed
            there.

-29-

281A-NY-289758

RM:        Oh Joe got stiffed big one.

JD:        Let's be honest.

LC:        He got left holding the bag.

RM:        He got left holding the bag.

JD:        So let's be honest...

UM:        (UI).

JD:        ...so I mean how do you expect the guy to act when
           he's going down I mean...

RM:        Yeah.

LC:        He's, he's, he's got a lot of stuff in mind.

JD:        Yeah, he's going bankrupt.  I mean you gotta
           understand that.  I mean that's a....

           (Voices overlapping)

RM:        I didn't know that, I didn't know that.   Okay so
           that's why he's (UI) I thought he was (UI) guy.

JD:        No.

RM:        I, I, I really believed that after all the, all the
           shit that was...

JD:        Do you know what they're doing to him at that
           mansion, they stole the cooper gutters, they just
           broke windows.  You have no idea.  They harassed him
           once a week.  You not gonna tell me Dominic is not
           behind that.  Of course he is, of course he is.  He
           harasses him once a week.  The only reason they
           haven't done anything to Brae Burn for what I
           assume...

RM:        Because of you.

JD:        No, no, no, you know why, because he thinks he's
           gonna come back and steal the house from him
           somehow.  He thinks I'm gonna go into foreclosure

281A-NY-289758

|       | just like he told me about you that time. |
|-------|------------------------------------------|

UM:         (UI).

JD:         What did he say you remember the words I said, he
            goes, Robbie is gonna run of money soon.  He thinks
            that's gonna happen to me.

RM:         Yeah.

JD:         Yeah.  So I said yeah, sure, have a nice day.  I'm
            holding on man, I'm holding on.

RM:         Yeah.

JD:         Longer than he thought.

RM:         Oh yeah.

JD:         That's what he thought.  But as soon as I knew he
            was a piece of garbage I told him that.  Dominick
            never do anything (UI) from (UI) I'm running.  He's
            a piece of garbage.  But I knew Forbes is frontin'
            stuff for him you know that.

RM:         Managing property, property in Greenwich.

JD:         Oh he owns a property in Greenwich.

RM:         Oh he's got property in Greenwich...

JD:         For Dominick.

RM:         For Dominick, yeah.

JD:         Didn't he get, did he get a house in Florida too?

RM:         That I didn't hear. I heard from the day you told
            me.

JD          Yeah.

RM:         But I never heard that.  To this day I've never
            heard that, I only heard that from you.

JD:         Alright.

-31-

281A-NY-289758

RM:          But, ah, so I don't know if that's true or not.

JD:          But they bought property in Greenwich.

RM:          The property in Greenwich and I know the property up
             in Fishkill.  All that shit with Bud and stuff.
             That's why I got all out of there.

JD:          Well, yeah, you had to get away from those guys.

RM:          It's been, it's been almost three years.

JD:          Well Bud and him are doing...

RM:          Doing deals.

JD:          Oh absolutely I know that.

UM:          Oh yeah.  That's why I got out of Bud.

JD:          Ralph Berrardi (ph) I don't like any of them.

RM:          I hate them guys.  I said here's your money (UI).

JD:          You know they all doing the legal stuff.

RM:          I took my, I took my hit, I took my hit and I left.

JD:          That's what they do.  They take a guy like you...

RM:          Oh yeah.  Well he knew, he knew because of my cousin
             Val, he knew, he knew I had money so he came to
             me...

JD:          See that's what happened to me.

RM:          Just like you.  He came to you John help me out we
             back a long way.  Come on we knew Dominic since he
             was in fucking you knew Dominic since he was in
             kindergarten.

JD:          Basically.

RM:          Basically right.  At least Joe did right.

JD:          Yeah.

-32-

281A-NY-289758

RM:        Right.  I mean we all grow up together.

UM:        (Coughing).

RM:        So it was like when, you know, when he did that I
           was like fucking floored man I said to him...

JD:        But you never expected that.

RM:        He called me up six years ago I remember it to the
           day.  My wife still tells me that was the worst
           fucking phone call you ever got.  Cause I told him
           he goes cousin I'm living in Purchase now.  I said
           bud you don't belong here get the fuck out.  Just
           like that I told him.  Just exact my words.  And my
           cousin Val told me you don't know him he's not the
           same person.  And I couldn't believe he was...

JD:        (UI).

RM:        ...I wouldn't have believed him until it happened to
           me.  Then I just zapped out pulled all my money out
           and got my money back.  You know they wanted me to
           do that deal with the mansion and I said nope give
           me my money back.  Then I knew when he wasn't giving
           me my money back I said this guy is gonna fuck me
           out of my money.  Sure shit that's what he did.  So
           I left, that's why I threw Robert off my fuckin'
           house.  I threw everybody out of there.  I got
           everybody out.  I own my own house, I own my own
           property and everything.  I got rid of Bud, I rid of
           Ralph Berrardi (ph.), I got rid of all those fucking
           guys.  Because they were fucking two face.

JD:        Well you know they were in with those guys.

RM:        I know they are.  You see what they did to that old
           lady up in Fishkill.

JD:        I know.

RM:        They stole the property from her like that.  That
           takes a, that's a fucking scum on a bottom of the
           barrel to do that to that little old lady.  Fucking
           takes a (UI) smoke cigarette and fucking screw her
           out of her fucking money.  She has no family no

                              -33-

281A-NY-289758

|       |                                                                                                                                                                                                                     |
|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | nothing and sons no nothing.  She said what the fuck is wrong with you.                                                                                                                                             |
| JD:   | That money was...                                                                                                                                                                                                  |
| RM:   | Bud's a piece of shit.                                                                                                                                                                                             |
| JD:   | Hmm.                                                                                                                                                                                                               |
| RM:   | I got the fuck out of here John.  That's why I told you sincerely when I came and sat down in your dining room that night that me and you talk.  I said sincerely right to ya stay away from the fucking guy.  Cause I still thought you was being... |
| JD:   | No, it was after the fact you know.                                                                                                                                                                                |
| RM:   | One of my friend's Suzie called me and she said how are they.  I said no Antonella and John are real people.   Cause they were afraid to take these houses.                                                         |
| JD:   | I know.                                                                                                                                                                                                            |
| RM:   | She was fucking deathly afraid.                                                                                                                                                                                    |
| JD:   | I know.                                                                                                                                                                                                            |
| RM:   | I said no they're real people.  I said I don't know too much about Joe because I really don't know Joe.                                                                                                             |
| JD:   | Yeah.                                                                                                                                                                                                              |
| RM:   | I really don't remember Joe when, you know, I really don't remember him.  And that's why (UI).                                                                                                                      |
| LC:   | Dinner Saturday night.                                                                                                                                                                                             |
| RM:   | Yeah.                                                                                                                                                                                                              |
| JD:   | Oh really.                                                                                                                                                                                                         |
| RM:   | I just cut my lawsuit Dominic (UI) fuck me he's no good.                                                                                                                                                            |
| JD:   | No, he's a piece of garbage.                                                                                                                                                                                       |

-34-

281A-NY-289758

RM:        Remember in the kitchen you wanted to buy my house.

JD:        Yeah.

RM:        What did I say to you.

RM:        You walked away.

JD:        Yeah, I knew...

RM:        I knew he was settin you up.  And here he is and I'm
           saying to myself what you do this is your fucking
           good friend and let alone forget me throw to the
           curb cause you already fucking ruined me, you know,
           I'm related through your marriage.  I knew you
           twenty fucking eight years.  Since you were fucking
           eight years old.  What are you out of your fucking
           mind.  I'll fucking kill ya.  And, and he was like
           he was putting you in a fucking mix all through the
           house and John is gonna buy your house.  He's not
           selling to John.  Trust me I ain't selling to John
           that's all.  To protect you I didn't even really
           know you that way.

JD:        (UI).

RM:        I knew you and we hung out.  so I said to myself,
           this guy is no fucking good.  And I called the
           fucking shot from day one.  Day one I told, I told a
           buddy of mine John, I was with him down in the
           Bronx.  And I told him I said (UI) (static) throw
           him right in front of the fucking bus and I never
           forget me and my wife were down two years ago on
           Arthur Avenue (UI) on line getting pastries, you
           threw your friend in front of the bus, huh.   I said
           I knew their real people I said.  I told ya he's a
           fucking piece of shit.  And I see Dominic before he
           come talk to me before he went jail and I knew it.
           He couldn't even look me in the face.  I said have a
           nice time I'll see you in a year and a half when you
           get out and we'll sit down and a fucking real talk.
           And I heard he was getting out , but now someone
           told me September.  Two years they said.

JD:        Really.

-35-

281A-NY-289758

RM:        He was only doing.  Not five years or something like
           that.

LC:        Three and a half I heard.

RM:        Oh it is three and a half.  Well someone told me he
           was getting out in September.

JD:        This September.

RM:        This, this September, 05.  He went in November,
           right.  November.

JD:        Beats me.

RM:        Best thing to do like I told (UI).

LC:        (UI).

JD:        No I wasn't gonna take his shit, I wasn't part of
           his group.  I never signed up.

LC:        Um hmm.

JD:        I didn't sign up, I didn't make, I didn't put John
           Hancock on the paper.

LC:        Thank God.

JD:        No...

RM:        Cause you wanna know why.

JD:        I'm not one of him.  I said no way.

RM:        Fucking, he's fucking bad news.

JD:        You know let me tell you what a liar he was (UI).

RM:        I got my old phone line.  You wanna see (laughs).
           What's that say, what's that say?

JD:        (UI).

RM:        Bad news when he calls (laughs).  I just had to get
           my old phone out of reitrment (laughs).  He's still

281A-NY-289758

```
                 in my fucking phone.

JD:              Unbelievable.

RM:              Fucking bad news.

JD:              He's just a piece of shit.

LC:              It's all about him man.

JD:              So what I don't know what should I do.  Wait for,
                 you know, a cold spell.

JD:              What happens if a cold spell doesn't happen now?

LC:              No, it should.

JD:              Well, you know...

                 (overlapping voices)

LC:              (UI) anti-freeze issue that's the problem now.

JD:              Why don't you research it and get back to me as soon
                 as you can so when a cold spell comes...

RM:              All you got to do is practice.

JD:              ...we got the answers.

RM:              He, he, he's got to go practice (UI) go downstairs
                 (UI) backflow system.

JD:              You're asking me, I don't know.

RM:              Should be, should be and, and you know your lines
                 are protected to isolate it from domestic water
                 coming into the house.

RM:              It's gonna have to go through a backflow (ph.)
                 system.

JD:              Oh it's a separate system.

RM:              Separate system it's gonna...
```

-37-

281A-NY-289758

UM:          (Coughing)

RM:          ...thing on the bottom and it's gonna feed these
             mains.  It's gonna feed this, and it's gonna feed
             the sprinkler and the units.  See all this, all
             that...

JD:          I'm looking at it now.  It's all connected.

RM:          It's all connected (UI).

JD:          Alright.

RM:          They don't have them.

LC:          (UI)

RM:          They don't have them, they don't have them.

JD:          Oh, then it's easier to do?

RM:          Unless you drain the system and pump it back up with
             fucking water and then definitely gonna happen
             without a doubt.

JD:          Then it's just a matter of time.

RM:          It's just a matter of time.  One day your gonna be
             sitting down and having...

JD:          Yeah, but I need someone to do that for me.  I'm not
             Dominic I don't know.  You got to show me where the
             main is at.  I don't, I don't know.

LC:          Get someone to pump this baby up.

RM:          That's what you gotta do...drain it.

LC:          Can't have a fuckin' fire.

RM:          No, no.  If you, if you, if, if, if you plan on this
             is the house you plan on keeping  (knocking) I will,
             I'm just speaking (UI)...

JD:          No, I know.

-38-

281A-NY-289758

RM:         I personally wouldn't fuck with this one, I'd fuck
            with the other two.

LC:         The other one you can't cause you already had a
            fuckin' enormous claim already.

RM:         What about the one in Scarsdale you just got?

JD:         I don't have a TCL yet.  (UI) Dee Carnavale from
            Dominick Devito.   You don't know my life right now
            man.

RM:         Dee too?.  I thought he said he broke away from
            that.

JD:         Oh, yeah, let's see now the construction is supposed
            to be done in July, finished.  May came when I told
            him to have a nice day and threw his wife out of my
            house.  All of a sudden my construction stopped for
            six months.  Let's see how did that happen.

RM:         Hmm.

JD:         Right to the day.  Literally right to the day.

RM:         Really.

JD:         I literally, I called ...

RM:         So that house in Scarsdale is not finished.

JD:         No, I'm getting a TCL soon.  The only reason (UI)
            cause he's feeling the pressure from my attorney.
            I literally pay my attorney thousands of dollars to
            call him every day.

            (Coughing)

JD:         He shows up at his office, he tells him Dee if you
            don't finish we're gonna sue ya.  It's gonna be a
            major problem.  And we're just gonna harass you
            until the end don't do it, don't do it.

RM:         Shit.

JD:         And Dee says oh no, no, no, I'm not doing it for

281A-NY-289758

|        |                                                                                              |
|--------|----------------------------------------------------------------------------------------------|
|        | Dominic really.  But this guy comes up a new problem every week.                             |
|        | (Coughing)                                                                                   |
| JD:    | (UI) building.  How long is it gonna take you to finish this house?                          |
| RM:    | This one right here.                                                                         |
| JD:    | Yeah.                                                                                        |
| RM:    | Hopefully I'll be done by September is my due date.                                         |
| JD:    | Yeah.                                                                                        |
| RM:    | September 1st.                                                                               |
| JD:    | Alright, so five thousand square feet should it take, ah, sixteen months.                   |
| RM:    | About ten months.                                                                           |
| JD:    | Okay thank you.                                                                             |

OVERLAPPING VOICES:     (UI)

|        |                                                                                              |
|--------|----------------------------------------------------------------------------------------------|
| JD:    | Okay.  So I'm over, I'm really over four to six months.  So why does that happen?           |
| RM:    | So you're eighteen months there.                                                           |
| JD:    | Why is that happening when I owe sixteen thousand a month on the house.  Let's see so they can hurt me. |
| LC:    | Their trying to take the house.                                                             |
| JD:    | Oh yeah that's his game, you know that's his game.                                         |
| LC:    | I know his game.                                                                            |
| UM:    | (UI).                                                                                       |
| LC:    | I know his game.                                                                            |
| JD:    | Why do you think he's not damaging Brae Burn, cause                                        |

281A-NY-289758

    he's thinks I'm gonna go bankrupt and he's gonna pick it up for a song through Dan Forbes, tell the truth right. He's gonna pick it up through Dan Forbes or Robert DiDonato and he's gonna walk back in and say see I screwed him out of the house too. You know that's what he wants to do.

RM:    (UI) you know the guy is, is don't take the money.

JD:    No, I already know that.

RM:    He, he is a genius when it comes to scheming...

LC:    He's an evil genius.

RM:    ...he masters, he masters it, he masters it.

JD:    Who's better than him tell the truth? No body.

RM:    He fucking, let me tell you something he fucking some (UI) big shot attorney. He fucking (UI) and I was there.

JD:    Lou Cherico, Lou Cherico tell the truth.

RM:    Yeah.

JD:    Tell the truth.

RM:    He fucked with Lou, he fucked with Lou, he fucked with Lou. No question about it.

JD:    What did he do with Lou in the front lot.

RM:    He got him, he got him for four hundred thousand, charged Nancy four hundred thousand dollars. He pocketed that money.

JD:    This is Lou Cherico who's a...

RM:    Big time.

JD:    ...let's say he's a mob attorney.

RM:    Oh he's fucking big time yeah.

281A-NY-289758

JD:         Okay.  Lou Cherico who's pretty slick.  Is Lou
            Cherico slick.

RM:         Real slick.

JD:         Real slick, real slick.  He took him.  I, I was like
            a sheep.  I, I, I who knew, I had no idea.  That's
            what I was saying with Joe.  We were two sheeps.  We
            had no idea.  At least, you know, at least Lou (UI).

RM:         See I didn't know, there again I didn't know Joe
            like when I knew you, like I told you the day, the
            day in my house I'm saying to myself why is fucking
            Dominic doing this with John man.

JD:         Like the two of you.

RM:         Yeah the two of you.  I'm saying what the fuck is he
            setting this guy up for.

JD:         (UI).

RM:         I was fuckin' floored.  And when I went to the
            widow's house and when he said come check the
            widow's house out before you got involved in it
            when, when you said this is the house I'm gonna buy
            and all his shit and when it went down.  And I'm
            saying to myself you fucking with this lady and she,
            she is so vulnerable right now and he was fucking
            dwelling on it and feeding on it.  I'm saying you
            fucked her out of two hundred and fifty grand.
            Fucking got her too man.  He got her good.  He made
            a whole paper put the note (UI) subordinate to the
            second and he fucking never paid her the money under
            the table.  He fucking took it.  And she had to go
            after him.  And then when that check came I think, I
            think that's how she got settled is from the check
            that she was on the lien or something.

LC:         (UI).

RM:         (UI) yeah (UI).

OVERLAPPING VOICES

LC:         I'll tell you what happened (UI) okay but now I know

-42-

281A-NY-289758

        the story (UI) damage. He knew she would be on the
        check and he said something like you better (UI)
        fucking money or shut your mouth. They had little
        act before the insurance people came.  You know good
        cop, bad cop we'll make this thing go away.

RM:     Yeah, because he knew and he knew, he knew he tried
        to out smart the lady and he knew that she hired a
        fucking good attorney and Dominick was running real
        scared and shitting in his pants how the fuck I'm
        gonna get out of this and he pulled it off and he
        got out of it and he pacified her, pacified
        everybody

LC:     (UI).

RM:     That's how he fucking thinks.

JD:     He's unbelievable man.

RM:     Fuckin', his mind is constantly thinkin,' constantly
        thinkin'.

JD:     He's unbelievable, he is better than a lawyer.

RM:     I told ya (UI).  I'm telling you right now, I don't
        know about him passing the bar, but I'm telling you
        right now he has...

LC:     (UI) law degree.

RM:     Huh?

RM:     (UI) he's gonna come out with one, he's gonna come
        out with one.

LC:     (UI).

RM:     Yeah.

LC:     And he bought it.

RM:     Yeah, that's why I won't fuck with it though.

LC:     So what I'm sayin',  why the fuck did he, why did
        she sell the house and she tried to fuck him the

281A-NY-289758

first time.

RM:        No, no, before he bought this house he tried fuckin'
           with her.  Then after he did this house then he
           bought Brae Burn.  See Berliner bought this house
           and she lived in this one.  Then she sold it to some
           guy...

JD:        What do you mean, this?

RM:        This house...

JD:        No, she sold it to someone and I bought it from
           someone else.

RM:        You bought it from somebody else.

JD:        I bought the other one for Maryann.

RM:        Yeah, yeah, you didn't buy this one from Maryann.
           Maryann sold this one.  You bought this off the
           second guy actually..

JD:        Yeah.

RM:        That's who bought it off.   Cause my buddy...

JD:        The first one I bought off Maryann.

RM:        My friend bought the first one.

JD:        Yeah.

RM:        And he sold it right away to this guy and you bought
           it off the guy.  That's how that went down.

JD:        Yeah, yeah.

RM:        Yeah.  But Maryann he, he, he, you know, she got
           out...

JD:        Ah, cause I bought that house.

RM:        You bought that house.

JD:        It was my house always.

-44-

281A-NY-289758

RM:        No, no, no I know that, I know that.

JD:        What he wanted to do was when he say when we make
           some money off these other, um...

RM:        Deals.

JD:        Deals.  He said I want you to sell me the house at
           cost.  I said okay.  No problem.  I said I'll give
           you house at cost.

RM:        Right.

JD:        But he must have had, now I'm learning stuff too.  I
           didn't know he dealings with Maryann behind my back.

RM:        Oh absolutely he did.  He tried, he tried to do the
           deal, he tried to do, I'm gonna refresh your memory.
           He tried to do the deal on Lincoln Lane that I bring
           to him three years prior before he did anything to
           me.  He tried to go back after I got out of the
           picture he tried to go to Maryann and do, um,
           Lincoln Lane, you know...

JD:        So he knew Maryann from before.

RM:        Oh yeah.

JD:        I didn't know that.

RM:        Yeah.

JD:        I didn't have any idea.

RM:        He knew Maryann...before he met you, before he got
           you involved he knew Maryann a good eighteen months.

JD:        I had no idea.

RM:        Cause he was dealing with the two, you know the guys
           over here, the builders over here, um, ah, Richie
           Dinunziado (ph.).

JD:        I heard those names, yeah.

-45-

281A-NY-289758

RM:         Were ya,' who's that your wife's uncle the (UI)
            yeah.

JD          Yeah.

RM:         (UI) Purchase Estates.

JD:         Yeah, Larry Newman.

RM:         Larry.  He bought off Dinunziado (ph.)

JD:         (UI) oh yeah, yeah.

RM:         Dominic was in with them guys.

JD:         He was.

RM:         Oh yeah.  He tried to get the lots and he threw
            DeVito out of Purchase Estates.  He threw him out.
            He said get the fuck out of here.  That's why
            Dominic got all that problems. I mean they seen
            right through him. Those big guys seen right fucking
            through him.

JD:         What guys, the contractors.

RM:         The contractors in there.

JD:         Cause they, they, they fought him off.

RM:         They, they got rid of him real fast.  They through
            Richie Dinunziado (ph.) all of them guys out of
            there.   He built them three house and built your
            uncle's house and that's it he was thrown out of
            there.  Ya know all the other guys came in.  I said
            Dominic, man, you making a lot of (UI) get the fuck
            out, be low key.  He goes I'm gonna buy the mansion.
            I said oh my God.  When he bought that I said he's
            finished.  Cause when he first came back and moved
            in he bought my friend's house off (UI).  He bought
            his mother's house on Century Ridge.

JD:         Yeah, yeah, yeah.

RM:         And that poor lady can't sell that house she got
            like seven liens that were never recorded, she can't

281A-NY-289758

                    sell the house.

JD:         He did that to the woman too.

RM:         He did that to that woman.  She wants to kill...her
            husband wanted to kill him.

JD:         No kidding.

RM:         She wanted to kill him.

JD:         He never put a claim in over there.  I betta he
            broke a pipe over there.

RM:         Oh I don't know, that I don't know.

LC:         I wouldn't doubt it.

JD:         No.

RM:         No, I don't know (laughs) that I don't know, but,
            ah...

LC:         (UI).

JD:         That's what he does.

RM:         This is how he outsmarted everybody.  I went to a
            closing and I, and he goes your gonna, your gonna
            buy the house and you gonna flip it to me.  Well me
            and my attorney go to this closing right.  I go down
            there and I put my house up and get the money and
            gonna buy this fucking house.  I said wait a minute
            this lien is not satisfied...this lien is not
            satisfied.

JD:         Yeah.

RM:         Dom goes don't worry about it come on outside (UI).

JD:         (UI).

RM:         Yeah.  Come back.  The guy comes back in...

JD:         Who's that.  That guy Howard.

                             -47-

281A-NY-289758

RM:        Yeah.

JD:        He uses the same guy every time.

RM:        Every time, every time.

JD:        He pays off Howard.

RM:        Five million boom, sits down (UI) guy overlooks the
           (UI) that's what happened with Didonato

JD:        No shit.

RM:        (UI).  I had a, I had a, I had a lien against the
           house for Forbes' house. Bud was in on it that's
           when I threw that's when I said Bud's no good.
           Bud's no good because Bud wanted my fucking house.
           I said how much I owe you.  (UI) one point seven and
           said to my friend I'll give you a million and half
           dollars.  He said for how long I said one year.  He
           gave it to I said Bud I'll see you later.  Your not
           fucking taking my house man.  And that was it.  And
           I've been there ever since.

JD:        I heard that, ah, Dan had liens at Oak Valley and he
           got them relieved.  Did you hear that.

RM:        Yeah, I was just saying that, that guy did it.

JD:         Howard just did it now.

RM:        They just did it, they just did it maybe three
           months, four months ago.

LC:        You know next time comes around you got to do a
           thing (UI).

RM:        (UI) something is very wrong.

LC:        (UI) fucking (UI).

RM:        Everybody that you think that you know I, I see
           right through, I went just like this boom, boom,
           boom, boom, too fucking smart for these guys.  And
           the only one that got me is Dominic and Dominic
           knows I was too smart for him.  Dominic knew in the

                              -48-

281A-NY-289758

> long run don't fuck with me.  I'm not gonna fuck
> with my cousin.  Because even though he called me
> his cousin because marriage and everything.  He knew
> he wasn't gonna fuck with me and everybody said you
> ain't scared of Dominic.  Me and Dominick go head to
> head he ain't gonna never fuck with me.  Never fuck
> with me.

JD:     What's is (UI).

RM:     Dominic no...he's, he's...

JD:     No, cause...

RM:     No he ain't gonna fuck with you.  I mean he ain't
        don't think I...

JD:     I threw his wife out of my house.

RM:     Yeah, but I wouldn't worry about it.  Trust me I
        wouldn't worry about it.

LC:     Wannabe.

RM:     Yeah.  He knows, he knows, he knows people, but
        there's always somebody else who knows somebody else
        a little higher than him and you know...

JD:     Cause ya know when I went to see him in jail he saw
        like that I was starting to go away from him.

RM:     He got nervous.

JD:     Oh he started throwing shit at me like who he was
        and you know like you know he didn't say any thing
        against me.  Like don't do this or I'll kill you
        like you know when I get out I'm gonna be like a
        made guy.  I'm like whoa...I don't wanna hear from
        things and this, this trouble.

RM:     Yeah.

JD:     This is trouble, you know.

RM:     When they talk like that they ain't  nobody.  People
        who don't talk them are the people that you gotta...

-49-

281A-NY-289758

JD:        I, I mean he was talking up a storm about who he was
           and he got his stripes by going to jail that's the
           way he felt.  He felt he's gonna do his two years.

RM:        Oh yeah.

JD:        And he's gonna come out beating his chest and you
           know who's better than him.

RM:        Right, right, right.  He's taking a smack on the
           chin right now.

JD:        Oh yeah.

RM:        And he's gonna come out, but guess what he just did
           he throw all your good real fucking people in front
           of the fucking bus you ain't a fucking man, he ain't
           no fucking man.

JD:        No.

RM:        And your hiding behind the system and you got
           fucking eleven million dollars, fifteen million
           dollars (UI) fucking Johnston family trust and
           fucking accounts I mean come on Dom ...

JD:        You think he has that much money.

RM:        Him.  I bet you if he ain't got eleven, ten million
           he ain't got a million dollars.  He got none.

JD:        He does.

RM:        That, that I can assure you I know.

JD:        He does, huh.

RM:        From a very, very good source, but nothing is in his
           name.  Come on Sherri's driving the S500 again.

JD:        I know.

RM:        How do you figure that out.

JD:        We're all struggling and she's...
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

-50-

281A-NY-289758

UM:           Come one we're all struggling and all of a sudden
              (UI) you start working.  When my cousin (UI) had
              that big painting contract for (UI) he was making a
              ton of fucking money.  Then he got hooked up with
              all them guys down in the city that's when he
              fucking changed.  That's when he (UI) all the
              fucking started playing around with the girls and
              you know, he always wanted to have something like
              say, say you, you know, like all us guys are all the
              same family based come on we'll hang out and (UI)
              take me to the strip bar.  Go take care of my
              friends don't you get it.  Yeah, yeah, she's sucking
              my dick.  Boy, now he's got something on them.  Now
              he's got that thing (UI).  That's he wants, that's
              how he operates.  That's exactly how it fucking
              happened with my cousin...

JD:           With the video or something.

UM:            My cousin Val use to tell you have fucking no idea,
              you have no idea.  I said Val tell me fill me man.
              It's been such a long time I, I when he told me he
              lived in fucking Purchase that's the first thing out
              of mouth I told my cousin Val.  I said Dom (UI) get
              out of here.  You do not fucking belong here, you do
              not fucking belong here.  Get the fuck out of here.

UM:           (UI) fucking (UI).

JD:           So  John paid the crew and then he suppose to pay
              them and he didn't.

UM:           Yeah, he never compensate that's the...he did it to
              my sister-in-law, he did it to my sister-in-law.

JD:           I was just saying this like...

UM:           They threw him out of the (UI).

JD:           (UI).

UM:           They threw him out of the office.  My brother,
              Freddie threw him out of the fucking office.

JD:           What do you mean?  Oh insurance.

281A-NY-289758

UM:         He (UI) with the insurance when he had the dry wall
            company.

JD:         Oh he never paid his premiums.

UM:         He never paid his premiums and then, then he
            eventually he use to pay them at the end.  He use to
            pay after all (UI), but still...

UM:         (UI) heart attack.  He's completely stress out.

UM:         Stress out at least for the last eighteen months.

UM:         Stress out.

UM:         For the last eighteen months.

UM:         You mean you got fucking people breathing down your
            fucking neck (UI).  (UI) fucking  (UI) you want to
            associate with guy like that.  I got my (UI).  That
            was the thing that fucking happened to me, the best
            thing.  Pick up one day and fucking never forget.
            After I got him out and I fucking beat me out of the
            last hundred (UI).  I said that's the last hundred
            thousand dollars (UI).  (UI) him to bat.  This one
            came to bat.  Everybody came down to bail him out.
            Patty and Sonny got me in the fucking car.  Drove me
            down there fucking went in there.  Dominic (UI) my
            cousin blah, blah, blah, blah, hundred thousand and
            that's the (UI) fucking hugging and kissing me.  I'm
            gonna pay you back .  I'll fucking give you my
            business to you.  We go back a long ways.  Dom just
            do me a favor don't ever fuck that money out of wife
            because if she finds out I'm fucked.

JD:         He did.

UM:         He did.  He fucking did.
JD:         It's the same statement  (UI) about helping...

UM:         Even to this day he can't say that I'm not a stand
            up guy cause I fucking (UI) have a good life you
            fucking lost it.   You lost a real friend that's
            thicker than blood, water and fucking never ever
            tell to the day that I die right now that the shit
            that me and you did.  I would never ever fucking

-52-

281A-NY-289758

> tell you fucking throw me in front of the bus.  I
> cut my (UI).  That was it.  That's what I do now.

JD:      He's a piece of crap man.

UM:      That was it.

JD:      (UI) like you said how does he sleep at night.  I
         just don't understand.

UM:      (UI).

JD:      I just do not understand it.

UM:      He has a sickness the fucking guy.  He...

UM:      (UI) thought process.

UM:      Yeah, (UI)...

UM:      (UI) in a game.

UM:      He wouldn't think twice about this you know why he
         can get over on fucking honest workers.  He can get
         over cause...

JD:      Well your not looking and your working twelve hours
         a day.

UM:      Yeah.  Not realizing thinking your doing (UI) in his
         pocket and he makes the appeal so good.

JD:      Oh yeah.

UM:      And, and I saying to myself Dom I'm not in the (UI).

JD:      Oh yeah.

UM:      Then after a while I'm saying to myself one, two,
         three times, I'm saying you should (UI) what's going
         on here.  Then I started saying let me back up.  And
         then I started backing up and started seeing it and
         just (UI) he's a fucking.

JD:      He's unbelievable, huh?

281A-NY-289758

| | |
|---|---|
| UM: | But was (UI) I got fucked.  I bought (UI) property with a lien on it no body knew about because of that guy. |
| JD: | Howard. |
| UM: | Howard. |
| UM: | Howard. |
| JD: | That's how it happened here.. |
| UM: | That's how it happened to me and you know how I pick it up (UI) and the only reason why because (UI) panic and called me up and he was fucking panicking. (UI).  I bought a clean piece of property... |
| JD: | So (UI) is gonna have (UI) too. |
| UM: | Oh yeah.  When I went to her she... |
| JD: | Somebody should get trash on her.  (UI) for her. |
| UM: | I said Sherry where's the fucking money.  Where's the money.  We don't have no money. |
| JD: | Yeah, it's always (UI). |
| UM: | Yeah.  I said Sherry it's impossible I know (UI) fucking cash.  Don't tell me where's the fucking money.  (UI).  Give it to my friend.  My friend is gonna give you the check in return and get the fuck out of jail, you know and one thing lead to another and I said to myself then the fucking guy is blaming me upstairs.  (UI) down to the two attorneys.  (UI) so I sat down and he said your property has five hundred thousand dollar lien on it.  I said what... |
| JD: | You must have hit the floor. |
| UM: | I fucking my heart went into my stomach.   I said (UI) and we ain't gonna foreclose because we see you struggling building the house.  We can't believe you got involved with him.  I said well I'm not (UI) with obstruction I was (UI) with a lot of (UI) guys and that was it.  So I went to the person that owned |

-54-

281A-NY-289758

the fucking property through Dominic and I said to
Dominic I got to get this motherfucker (UI) and I
said to Dominic you scumbag you fucking told me that
there was no lien my attorney did a fucking title
search and it came up fucking (UI) because it was
never recorded.  And when the shit hit the fan the
guy just went like this (UI).

JD:        Oh man.

UM:        (UI) overrides the bank you know.  Overrode my bank,
           overrode my fucking bank.

JD:        So he put a lien in your favor now.

UM:        So that's what happened.  So he did that listen,
           listen what he did.  He did that.  I said no
           problems I had it out.  He said I'm gonna make it up
           to you, I'm gonna don't worry about it thing and
           that.

JD:        Yeah.

UM:        I said alright (UI).  He was already telling my
           partners I said stop right there I'm not your
           partner.  Never was and never will be.  I said and I
           said (UI) bought a lot and (UI) and now you fucking
           and I didn't buy off you.  I bought it off a friend
           so I had to go to the owner of the sub-division, go
           to the owner of the sub-division and buy the
           property.  Rebuy, refile, rebuy the property and
           spend five hundred, four hundred and fifty thousand
           dollars.  Out of my fucking pocket.  Then (UI)
           that's when they got me and I was already got
           involved with Bud.  Not knowing that this happened,
           but Bud knew for (UI).  (UI) fucking (UI).  Don't
           worry Dom we'll get the house back for you if you
           want his house.  Cause we already know the loop
           holes not knowing.  And thinking I was fucking some
           guy that came down with the ring and didn't know
           what the fuck was going on and when I found that out
           and I went upstairs and file (UI).  I fucking signed
           the notes here it is, here's your money you will get
           paid.  (UI) sold my house and paid everybody off and
           now I own my fucking house.

281A-NY-289758

JD:        See Bud's trying to squeeze me like that.

UM:        Oh Bud's definitely trying to squeeze you.

JD:        (UI).

UM:        You can't John, John you can only carry the juice so
           much.  It's gonna fuckin' (UI) it's gonna bite you
           in the ass, it's gonna bite you in the ass.

JD:        They're trying to take my house.

UM:        That's what they're trying to do.  I, I hate to say
           it, but that's what they're trying to do.  Not (UI)
           straight.  I've been there, I've did that and I, I
           came from...

JD:        (UI) and Bud are working together I think.

UM:        Oh their definitely are, their definitely are.
           Their slowing it down on you because they said for
           one month goes by (UI) got to pay the dues.  Next
           month goes by I got to pay...you ain't gettin' no
           further.  Six months he's fucking hold you up that's
           six months of fucking (UI).

JD:        Oh yeah.

UM:        (UI) will kill ya.  You can't fucking do it.  If you
           have a deep pocket you can't do it.

JD:        They set me up for that right now.

UM:        I thought you sold the, I thought you sold (UI).

JD:        No, I got (UI) into do it.  I think I got talk into
           building because they're gonna set me up.  And
           Dominic knew that he was probably gonna get money
           from Bid for setting me up.

UM:        I wouldn't be surprised Bud, I wouldn't be surprised
           if Dominic had piece of construction from (UI), and
           I wouldn't be surprised if Bud got a kick back from
           Dominic on the big end of it of...

JD:        Of (UI).

281A-NY-289758

UM:         Yes taking the twenty.  And you know, you hear, when
            you hear first thing, first thing he knows it's
            guilty as soon as they say it.  Well, we'll gonna
            (UI) this as points and this what your gonna pay up
            front and your gonna give it to me come in the
            office.  Then you knew.  And that's when I knew.
            And I said just like this I said trust me there's no
            prepaid penalty cause I'm getting out of the red and
            I'm satisfying this (UI) that's fucked up and, um,
            I'm gonna do this satisfy and I will take you out
            and Bud goes I'll never forget the smirk on Ralph
            (UI) face.

JD:         He's a (UI).

UM:         (UI) he a little wise punk.  He's a wanna be, he's a
            wanna be fucking wise guy.  (UI) (static) when I
            went in there with the fucking check for (UI) I said
            he goes like this we ain't pressuring for the money.

JD:         Yeah.

UM:         I said don't worry I'm gonna finished the house
            myself.  How you gonna finish it where you getting
            the money.  Don't worry about it thank you have a
            good day.

JD:         Right.

UM:         Just like that.  I said hey Dom (UI).

JD:         He thought you were...

UM:         He thought he had something and he couldn't believe
            it.  I dropped a million and half dollar check on
            the fucking table.  The fucking (UI) here.  Lou will
            be back with the fucking closing.  I fucking went
            right in there and said Lou go down there and close
            it and you make sure you give me my hud one.  And
            fucking make sure all my liens and everything is off
            my fucking property.  He fucking did it.  He went
            down there and said (UI)...

JD:         You know you just confirmed it I knew they were
            squeezing you.

                              -57-

281A-NY-289758

UM:        Oh yeah.

JD:        I said that.

UM:        Lou knew why he was there and Lou said after all set
           and done he goes why did you take the fucking young
           man like that an honest business man busted his ass
           (UI) his kid and you fucking took advantage (UI)
           cause that fucking piece of shit.  That's what he is
           a fucking piece of shit.  That's what he is.  He's a
           piece of shit.  Dominic is a piece of shit.  He
           knows it, he knows it.

JD:        You know (UI) like six months ago.  I haven't talk
           to him since.

UM:        (Coughing)

JD:        And said Ralph I know exactly what your trying to
           do.  I can's stop it I'm just be all over with my
           attorney and, ah, these guys are trying to take the
           house.  No, no, no (UI) he just wants the loan money
           and I'm like bullshit I said I knew.  But what am I
           gonna do, what am I gonna do now.

UM:        They foreclosed on that guy's place upstate on him.

JD:        That's what they looking to do.

UM:        (UI) four guys, (UI), two kids, and his family, his
           wife and his two kids out in the fucking cold.
           Foreclosed on them.  Didn't even give them a month,
           three months, fucking as soon as he was late after
           the thirty, ninety days period foreclosed on the
           fucking guy, foreclosed on him.   Took it and that's
           what they did to the lady when that (UI) was in on
           that.  They did that to that old lady.  She was like
           fucking 78 years old.  Looks like she was (UI0
           standing up she was so fucking old. like she can't
           hold herself up.  He had taken advantage of a
           fucking lady who's trying to help you out.

JD:        That's unbelievable (UI).

UM:        They were fucking bad news.

-58-

281A-NY-289758

JD:        (UI).

UM:        Bad fucking news, man, bad news, John.  That's why I
           got out of there.  I got out of there...

JD:        (UI).

UM:        (UI) before he got out, before he even went in I got
           out of it.  I got out of it when I think I was on
           the, I was on the roof of my house and I got out and
           I got out, I got away from those guys.  And then he
           came back into the picture and he hasn't seem me in
           (UI) and when I was all done with selling the house.

JD:        Right.

UM:        He was friend Robert.  I know Robert since he was
           fucking grown up and I (UI) high school with his
           brother, Ralph (UI) not Robert, you know..

JD:        Um hmm.   So Robert was in (UI).

UM:        He was in (UI).  He was giving Dominic the one
           percent or whatever the hell through the back.  I
           said forget it.  I said I gave Robert the house for
           five weeks.  He couldn't do shit.  He had the guy
           from Scarsdale that wanted.  Some of other guy and
           he had, ah, the listing for five weeks.  Until this
           day I still have all the paperwork and all the
           signature on everything.

JD:        (UI) you know, did you hear that.

UM:        I didn't hear nothing.

JD:        No, I was just curious.  Cause you know why...

UM:        Honestly, I haven't heard anything to be honest.
           The only thing I heard that was, ah, was ah, was, ah
           Joe DeManchi (PH).  That's the only think I've heard
           about that.

JD:        (UI).

UM:        (UI).

281A-NY-289758

JD:         Why can't I rent the house.  Hmm, I mean come on.
            When I put it Robert not knowing I didn't think
            Robert was like that.  I didn't think he really was
            with him.

UM:         He's with him.  That's why he's staying in his
            house.  (UI).

JD:         (UI).

UM:         Which one?

JD:         (UI).

UM:         (UI) is Joe's.

JD:         It's Joe's.  I bought that I renovated with Dom.

UM:         Ah, and then you sold it to Joe.

JD:         Sold it to Joe.

UM:         And Robert was supposed to buy it from Joe.

JD:         And was...

UM:         And that never happened.

JD:         What happened was Dominic schemed us there by saying
            look Robert who's a broker wants to buy this house
            for a million six a year.  You see he says I told
            you.  He goes your gonna make money in real estate.
            But a year comes and Robert doesn't want to buy the
            house.

UM:         So he rents it.

JD:         So he just rents it and now he's trying to get it
            from Joey at a cheaper price.  But he schemed us.

UM:         Oh man fucking...

JD          So he's out there saying wow this house is worth a
            million six and Roberts saying I want the house, I
            want this house.  I'll pay a million six in one
            year.

                                -60-

281A-NY-289758

UM:         (UI).

UM:         Hmm.

UM:         Oh yeah.

JD:         He's unbelievable right.

UM:         Oh man.

UM:         Unfucking believable.

JD:         Unbelievable.

UM:         That your phone.

JD:         No, I don't think so.

UM:         The, ah, it's just unbelievable.   I go on (UI) he's
            fucking no good.

UM:         I just wish, I just wish you could get out of it.

UM:         Yeah.

UM:         (UI).

JD:         (UI).

UM:         You need a real, you need real money down I got it.

JD:         Yeah, but I'm not taking any...

UM:         No, no, but if you need a real legit person to bail
            you out and get out of (UI) and stuff I will hook
            you up.

JD:         What's his percent though?

UM:         He's a (UI), he's a regular fucking bank.   He's a
            legit bank.

JD:         Oh he's a legitimate person.

UM:         He's a legit bank.

-61-

281A-NY-289758

JD:         Cause their charge me 14 and 4 which is really a
            (UI).

UM:         You know (UI) 16, 14 and 4...

JD:         That's illegal.

UM:         Yeah, yeah.

JD:         (UI).

UM:         What you got to do, what you have to do is, you got
            to (UI), you got to show it to an attorney that
            knows.  There's a guy in Manhattan that a friend of
            mine sent me to and he's the guy for the, for the
            (UI), for the thousand dollars I paid him it was
            worth ten thousand to me.

JD:         What's his name?

UM:         I don't, I don't remember.

JD:         (UI).

UM:         And he was the fucking guy that went though all my
            paper works to make sure I had a case.  If it ever,
            if it ever surfaced and (UI) that I just didn't do
            nothing.

JD:         (UI).

UM:         I didn't do nothing to them...

JD:         Yeah.

UM:         ...I just turned my back and walked away.

JD:         Yeah.

UM:         Took my fucking, took it on the chin and I said Dom
            I said to him when he was across the street (UI) I
            said Dom when you get out me and you gonna fucking
            we're gonna have a little talk.

JD:         And what did he say to that?

281A-NY-289758

UM:        He, he, he looked, he knew, he didn't say anything.
           He just said, he goes, he, he didn't, he didn't
           first of all he didn't say he was gonna make good,
           but he, he, he knew.

JD:        He's gonna go to Florida I'll tell you right now,
           he's not gonna come back here.  Your not gonna see
           him.

UM;        Oh he ain't coming back here.

JD:        No, I mean New York either.  He's gonna go south.

UM:        He's gonna go south.  But he's either gonna go there
           or he's gonna go to (UI).  I told you about that.
           He's not gonna go far...

JD:        (UI) cause he can't get to it can he.

UM:        Listen he's not gonna go, I know he ain't gonna go
           down to Florida.  (UI) I don't believe (UI).

JD:        Yeah, but if he settled that money in (UI).

UM:        He's not gonna go there.  (UI) out of state, Jeresy
           or he's gonna go to...

JD:        (UI).

UM:        (UI).  Cause he can't get touched in his son's (UI).
           My (UI).

JD:        (UI).

UM:        He's not gonna go, Dom is not gonna go.
           Trust...that I do know.  That I can almost bet put
           bets on.

JD:        You know who is a (UI).

UM:        (UI) shocked me too yeah.

JD:        You know he's on it with him.

UM:        Oh (UI) shocked me, (UI) shocked me.

-63-

281A-NY-289758

JD:         His mother's in on it.

UM:         (UI) shocked me.  I know fucking Pat since five
            years old.

JD:         And she (UI).

UM:         She fucking shocked me, she shocked the shit of me.

JD:         She help schemed me.

UM:         She shocked...no, well, she, she didn't know, she
            didn't know he was (UI) until I told her.

JD:         And what did she say to it.

UM:         She said...

UM:         (UI).

UM:         No, no,  no...she said you know, you know, we know
            each other to long for you, your not gonna get hurt
            and, and appreciate you helping Dominic getting out
            and well make sure that you...

JD:         Yeah, yeah, I got the same lines.

UM:         We make sure we make it right, we make sure he makes
            it right through the fucking (UI) pretty (UI)
            brother.

JD:         Sonny, Sonny is holding all his money you know that.

UM:         I don't know, I don't think that they have the money
            to be honest with you.

JD:         Where is he keeping his money.

UM:         I think...

JD          He can't get to it right.

UM:         I think, I think...

JD:         He's got offshore accounts.

281A-NY-289758

UM:        You know who's the account?

JD:        Yeah who?

UM:        Jeff (UI).

JD:        Really.

UM:        That's why he did what he did.  He (UI) his position
           and he lost his bar.  They, they disqualified the
           medical attorney and everything and he said he was
           mentally distraught.  When him and Danny (UI)
           scanned that big fucking thing in (UI)...

JD:        (UI).

UM:        ...well that's what Danny (UI) and got paid and slip
           down the driveway.

JD:        What he didn't break his neck.

UM:        No, it was all like a fucking ah, they got paid from
           that law suit.  Ah, Jeff was in on everything and
           Dan got all that money and (UI) fucking money and I
           think they (UI), I think they fucking that ah, what
           you call it they formed this thing...

JD:        Little alliance.

UM:        Yeah you got out and their never check you because
           your an attorney and they won't bother with you and
           your gonna lose your bar and you can't become an
           attorney in New York State and I think he said (UI)
           that you have a (UI) next month.  And was the point
           guy cause Danny knows how to do it and Danny was
           socializing with him on the side and he's got the
           money (UI) and he's making money.  Cause all of a
           sudden here's an attorney who's fucking on the balls
           of his ass can't even afford a car payment and
           losing his building and everything and all of a
           sudden he turns his life around...

JD:        What does he do now?

UM:        Well, he's out (UI) they say he's fucking mental.
           He claims he's...

281A-NY-289758

JD:         Mentally incompetent.

UM:         Some shit...

UM:         (UI) his property.

UM:         Oh yeah that was a big...

JD:         Was a big scam, huh?

UM:         A big fucking scam.

UM:         (UI) fuck, but he got fucked up don't get me wrong.

JD:         But he probably got more hurt...

            (Overlapping voices)

JD:         But Dominic...

UM:         Whatever, whatever transpired it was all, it was all
            set up, it was all the way it went.  When I, when I
            see, when I see Jack, when I met him and I said to
            him that (UI) this guy (UI) I'm to fucking smart for
            this motherfucker and when I seen that what he was
            doing for Dominic and he was going here and he was
            making (UI) I said Dominic what the fuck he's an
            attorney don't you worry about it.  Don't you know
            if you put attorney, if you put money in an
            attorney's account that nobody can ever question
            your attorney...

JD:         Ah.

UM:         ...because of private privilege or whatever the fuck
            it is.

JD:         Oh like an escarole account.

UM:         Exactly and that's what they did.  And then they
            made him, they made him (UI) (static) and he never
            made it as a big shot attorney like he wanted to be.
            Take million dollars in cash, hid the money and work
            for us (UI) so that's what he did.  That's what all
            these guys do, that's what all these guys do.  I
            seen them do that.  (UI) that's why Dominic never

            -66-

281A-NY-289758

        (UI) cause he's under too much.

JD:       Yeah, cause you can get back at him.

UM:       Oh I can fucking keep him there for ten years. He's lucky I don't, but I know, I know, I know this, I know in my heart that there's gonna be the right time where he, he, he one day he's gonna make it right. And if it don't happen...

JD:       (UI) he will.

UM:       No, but it will I'm just...

JD:       I mean then your saying they're gonna make it right by me. He's...

UM:       No, no, no, no, no, what I'm saying, in another words what I'm saying that is not gonna make it right that way, but one day he's gonna realize and try, you know, and try to come back.

JD:       Do you think so?

UM:       I believe so.

JD:       I think he's the biggest fool than he is.

UM:       No, no, no, no, I don't mean here Rob here's your money that I beat you out of. I don't mean it that way. One day...

JD:       He'll have a reevaluation that he did the wrong thing.

UM:       Exactly.

JD:       Oh well yeah that's gonna have on his death bed.

UM:       (Laughs) well, but you know...

JD:       Please I hope so for his sake.

UM:       You know, you know what I'm saying.

JD:       Yeah, I know you hope so for his sake, but do you

281A-NY-289758

                    think it's gonna truly happen.  I don't think so...

UM:        No.

JD:        ...let me tell you something I was just asking  (UI)
           and it comes up to me like 666 like the devil.

UM:        Yeah.

JD:        I said to DiVito it looks like the devil.  DiVito
           right it's very close.

UM:        (Laughs)

JD:        It's very close.  Let's be honest.

UM:        (Laugh)

JD:        Right.

UM:        Yeah.

JD:        And my (UI) Dominic is that six or seven letters.
           And in DeVito Jr. if you misspell his first name by
           one letter it comes six, six, six.

UM:        (UI).

JD:        Come on what do you think he is. To do this...

UM:        (UI).

JD:        To call me up and say Jonathan you help me I end up
           helping the guy out and then (UI).

UM:        You know where to go call me up I know where to go.

JD:        Yeah, but then if I'm helping him why, why did he do
           this to me.

UM:        Well, that's what I'm trying to tell say.

JD:        He's just unbelievable.

UM:        (UI).

                              -68-

281A-NY-289758

JD:        He's unbelievable.

UM:        He took advantage of he could of make his knowledge
           he could've went a long way (UI).    He could've
           made it big...

JD:        (UI).

UM:        He could've made a fortune.

UM:        He could've made a fortune (UI) and did the right
           thing by people.  But he was (UI) in this fucking
           fantasy world...

UM:        (UI) too.   Somebody was talking (UI).

JD:        I think so too.

UM:        (UI).

JD:        Like he beat the insurance  company.

UM:        Yeah, (UI) yeah (UI).

UM:        (UI).

UM:        He called me (UI) this and that the (UI).  I said
           relax (UI) fucking day relax.  You need a fucking
           pill.

UM:        Yeah.

UM:        Relax.

UM:        Thank God (UI).

UM:        He beat my friend...

UM:        (UI) pay me (UI).

UM:        He beat my buddy, he beat my buddy out of his horse.

JD:        (UI).

UM:        He beat my friend, he beat my friend.

281A-NY-289758

JD:         The little guy, the little guy.

UM:         Yeah.

JD:         The little guy.

UM:         He beat him, he beat him.   I said you fucking (UI)
            I said I told you...

JD:         This guy got a list like...

UM:         This guy...

UM:         That's what I'm saying, what I'm trying to say to
            you is, is when he comes out he's gonna fuck the
            wrong guy.  This is what I'm trying to say, he's
            gonna fuck the wrong guy and that's when he's gonna
            get that's what gonna happen.  (UI) he's gonna fuck
            around and he's gonna fuck the wrong guy.

JD:         (UI).

UM:         Trust me I believe that.

JD:         (UI) he can't stop.

UM:         In my heart, in my heart I think...

JD:         (UI).

UM:         (UI) finally met the guy that's gonna kick his ass
            it's that simple.

UM:         Yep.  Who put this in Rob?

JD:         I don't know.

UM:         (Laughs)

JD:         (UI) what is that?

UM:         (Laughs) (UI) header or some shit it looks like.

JD:         Oh maybe for the radio or something.

UM:         Yeah.  (UI) noise or something.

-70-

281A-NY-289758

UM:        What are you gonna do with this.

JD:        Well, I mean, you know look I gotta think about
           roughing the whole house I mean that's like he said
           I mean I got to think about this.

UM:        (UI).

JD:        I mean, you know...

UM:        Well...

UM:        Let me...

UM:        (UI) like you got like two months.

UM:        Yeah.

UM:        And that's it.  And the best thing to do is...

JD:        Alright., (UI) drain and put the water in and it's
           takes step by step.  So let's (UI) is and you gotta
           figure out who's gonna do this and who capable of
           draining the system.

UM:        Yeah you got to drain the system its all backed up.

JD:        Alright, who's into that?  I mean you know, (UI) toe
           nail I can do that I can't do.

UM:        Right, right, um, um, I mean (UI) drain the system
           for.  (UI) drain the system for.

JD:        He's gonna question it?

UM:        Sure. They, they ask you did you ever have the
           system drained or did you ever it repaired or
           anything.

UM:        How long you have it?

JD:        A year and...

UM:        See their gonna no.  Last year it didn't happen last
           year at all. They get a note that somebody tampered
           with the system from now until then.  You only

-71-

281A-NY-289758

|       | living here you just moved in.  This (UI) happened now I never knew the system was drained.  You know what I'm trying to say.  They gonna know. |
|-------|---|

JD:        That's what I'm saying what about...

UM:        Their gonna know...

JD:        ...(UI).

UM:        I can come up here, I can come up here and (UI) in other words (UI) in the system.  There's fucking nothing, there nothing protecting the cold.  There's nothing protecting it.

JD:        So it has to be in there.

UM:        Has to be or it would have happened.

JD:        It would have happened the first winter.

UM:        Fucking it would have happened...

JD:        The first fall.

UM:        ...the (UI) water in my (UI) room I keep the heat down so fucking low just the bear minimum that I kept down so low that I didn't realize.  My (UI) when they keep the cap they shut the switch off right.

JD:        Wait say it again.

UM:        In my house I have switch (UI) the heat in the back...

JD:        Oh your daughter...

UM:        Seven zones in the house or seven (UI) right.  And, ah, she (UI) and fucking water got so cold...

UM:        It frozed.

UM:        It frozed and it almost frozed where...

UM:        (UI) all fucking over.

281A-NY-289758

UM:        Yeah.  There was still little what happened was (UI)
           so fucking (UI) what the fuck.  I looked and I put
           the seat up and I said what the fuck and I went like
           this...

UM:        (UI).

UM:        ...I went like this I said what the fuck I touched
           the fucking water and (UI) a little bit of water was
           still left.

JD:        And (UI).

UM:        No it didn't.

UM:        Thank God.

UM:        ...cause it didn't get the chance to freeze all the
           way out, but if it stayed and I didn't see that...

UM:        It would of broke.

UM:        I would of broke the toilet and what would have
           happened the fucking would have fucking running.
           And I didn't see it.  And went there and I seen my
           daughter have the switch and one of the kids turned
           the switch off by accident and said hey if I put the
           switch up and bought one of those things that you
           put over the switch.

UM:        A protector.

UM:        A protector so they can't hit it.  (UI) walk out of
           the house (UI) and hit the switch and the fucking
           house is (UI).  But that's what I'm trying to say
           it, it happens...

JD:        But I don't wanna, I don't wanna come up here, you
           know, break the pipes...

UM:        If you have it you would know about it.

JD:        And ah...

UM:        If you know like you know, you wold question it..

281A-NY-289758

UM:         Now, that's that's my question.

JD:         Now you want to know something, now hold on now see
            I need a little bit of a guarantee.  I...

UM:         How you gonna guarantee you can't...

JD:         I'm just from this guy that he's gonna come and do
            the right thing.

UM:         John's gotta request him.

JD:         That's when we gotta know if he's on that weekend I
            can't take that chance.  Cause I can't have a
            million dollars worth of damage...let's say (UI)
            says,  you know, were gonna send Vince up and I
            don't like this claim.  (UI) comes up and says he
            doesn't look right.  Now I'm sitting there with a
            million dollars worth of damage.  Now what do I do?
            What happens if (UI), you know, this looks funny,
            you know something Mr. (UI) we're not gonna pay for
            this claim.  Fight us.  Right, could that happen.

UM:         I highly doubt that.

UM:         I highly doubt that.

UM:         I highly doubt that.

UM:         Listen, listen, listen...

JD:         What if he sees something and he things it's (UI).

UM:         Listen, listen to me there on the (UI) of this they
            don't want you suing them that they didn't, you
            know, the clients and you (UI) deny it that's the
            last thing that they want.

JD:         Alright, hold on, (UI).

UM:         You look...

JD:         That's what I'm trying to do.  Alright, hold on,
            let's say I come home and the damage is like in the
            millions of dollars whatever the hell it is...

-74-

281A-NY-289758

| | |
|---|---|
| UM: | Um hmm. |
| JD: | ...I can't live here now I gotta go and live somewhere else in an house that I could be renting, doing something with while I'm fighting them and this house is sitting here what do I do.  That's my biggest fear you got to understand that, that's my biggest fear.  That the house is wrecked great, okay.  Now what? |
| UM: | I've been doing check claims for twenty years and I've never seen them... |
| UM: | Deny. |
| UM: | ...deny a claim. |
| UM: | Deny a claim.  They'll pay out (UI), but they'll pay out. |
| UM: | Alright in twenty years I mean, I mean, he had a claim taken care of. |
| UM: | Legit, legit claim, you know, you got, you got, you... |
| JD: | Alright. |
| UM: | You gonna, your gonna.... |
| JD: | Because your not (laughs). |
| UM: | That's what I'm saying. |
| JD: | (UI) problems. |
| UM: | If, if, if, if, if, if it makes you feel better... |
| JD: | Go ahead. |
| UM: | Doesn't leave the room. |
| UM: | I had a claim on my house. |
| JD: | Okay. |

-75-

281A-NY-289758

UM:        I had a hard time...

UM:        Collecting it.

UM:        No, your not gonna collect on hard times I figure
           what I was gonna do once I figured it out...

UM:        What?

UM:        (UI) I didn't have no problem.

UM:        Right.

UM:        I had (UI) on my house.

JD:        Okay.

UM:        And the insurance companies know  that's a bad thing
           now.  It's a problem.  We, we ain't paying for any
           of that shit.  How the fucking am I gonna get this
           fucking thing paid for.  I had a guy come over and
           we talked and we'll take care of this (UI).

JD:        Where's that guy?

UM:        Oh he's the guy that's coming to your house.

JD:        That's what I need.

UM:        Yeah so...

UM:        That's the guy (UI), that's the guy...

UM:        The case is everything.  And once he (UI)...

UM:        They have experts in the company who we also know.
           Who write estimates like the guy that came to your
           house.

UM:        Right.

UM:        Who'll do the right thing and you know...

JD:        He's a (UI).

UM:        He's independent, he doesn't work for (UI) he

                              -76-

281A-NY-289758

|  | works... |
|---|---|
| JD: | Okay explain that to me.  What does he do? |
| UM: | He's their, their, their proving consultant. He's... |
| JD: | For like the insurance company. |
| UM: | Right. |
| UM: | For Chubs, for Chubs. |
| JD: | For Chubs. |
| UM: | He's an outside consultant. |
| JD: | Alright, so... |
| UM: | Who I happen to know for twenty years. |
| JD: | Okay.  How does he factor in? |
| UM: | Well... |
| UM: | (UI) hired them to... |
| JD: | Hold on wait.  So you get your adjuster he comes in he hires this guy who he already knows is involved. |
| UM: | He, Chuck pays him a fee for his consulting in the what the damage is of worth building worth, construction was.  (UI) telephone number, you know, that would be good because he's representing Chub, and Chub can't deny the number because he's their expert. |
| JD: | Oh. |
| UM: | You got, you, you, you have to... |
| JD: | (UI) you know... |
| UM: | You got... |
| JD: | You definitely (UI) I got to think about this (UI). |

281A-NY-289758

| | |
|---|---|
| UM: | Oh yeah. |
| JD: | I don't wanna jump in... |
| UM: | John, John you call the shots. |
| UM: | You call the shots it's your house. |
| UM: | You call the shots. |
| UM: | What he's trying to say to you is, it's 99 percent thing nothing can happen because their gonna call your, your gonna call your... |
| JD: | As long as it's done the right way and Johnny submits it right and the size of the claim, the size that you wanted to be...all the players... |
| UM: | (UI). |
| JD: | You don't have the lesser adjusters around. |
| UM: | They do, but it would out of their hands cause they don't the authority to write it. |
| UM: | Authority to write.  Anything over two hundred thousand dollars... |
| UM: | They go to the top guy. |
| UM: | ...they go to the big guy. |
| UM: | They go to the big chief. |
| UM: | The small crane then they (UI).  But what you have here if you do here it's gonna (UI) before. |
| UM: | You know that. |
| JD: | Yeah. |
| UM: | So your gonna be...yeah. |
| UM: | (UI) they had (UI). |
| JD: | I mean my office is over there which is Cherry Town |

281A-NY-289758

```
                (UI).  That's expensive as hell.

UM:             Sure.  (UI).  It's gonna come straight down.

UM:             What?

UM:             Whatever is under here (UI).

UM:             (UI) up here and your gonna dry it all out.

UM:             It's gonna take some time.

JD:             It's gonna take months to repair.

UM:             Absolutely, absolutely.  Your looking at...

JD:             How much six months?

UM:             Your looking at like we said 4 to 6 months

UM:             Four to six months.

JD:             Alright.  Then step one you got to find this guy and
                let's talk to him.

UM:             (UI) coming up.

JD:             Alright.

UM:             I could alert him that something maybe happening in
                then next thirty days.

UM:             That your on.  That your not on vacation or anything
                like that.

JD:             Alright, so that's, that and then we got to wait for
                a cold day.

UM:             Then you got to drain the system.

JD:             When you gonna come and drain the system.

UM              You gotta get, you gotta get someone to drain the
                system.  You gotta get...

UM:             (UI).
```

281A-NY-289758

JD:          So if you drain the system it may happen on it's
             own.

UM:          Well...

UM:          Oh it will happen on it's own.  There's no question
             about it.

JD:          So I don't have to do anything, but just drain the
             system.

UM:          You drain the system and you pump this, you pump
             this (UI) and pump the water and you put the
             circulation and you hit the switch on that's gonna
             circulate domestic water through the house.  (UI)
             come up here and get a suitcase it was fucking ice
             cold.

JD:          Oh.

UM:          It's gonna be ten degrees colder in here than
             outside automatically because you have nothing.  You
             only have (UI) and everything the cold air is
             popping.

JD:          Alright.

UM:          (UI) the insurance company may ask you have you had
             this serviced recently.

UM:          Right you can't say yes because they're sue the
             fucking (UI).

UM:          Exactly.

UM:          (UI).

UM:          That's when you get fucked.

UM:          That's what I'm trying to say, you know (UI).

JD:          Alright.

UM:          (UI).

281A-NY-289758

| | |
|---|---|
| UM: | I lived in the house a year and a half I moved in (UI). |
| UM: | You say nothing. |
| JD: | Alright, no problem. |
| UM: | No, that system is connected to this one. |
| UM: | No.  This system, this system (UI) and I'll show you (UI). |
| JD: | So this and that are tied in. |
| UM: | Yeah (UI). |
| UM: | (UI). |
| JD: | (UI). |
| UM: | And with the main and everything. |
| JD: | And my wife is (UI) to me. |
| UM: | (UI). |
| JD: | I don't know. |
| UM: | (UI). |
| | (Pause) |
| UM: | You have two. |
| JD: | What are those, those are switches.  So he needs to come and drain those. |
| UM: | (UI). |
| JD: | That's an expensive job in itself.  (UI) damage. |
| UM: | How much oil you have in the tank. |
| JD: | (UI). |
| UM: | (UI). |

-81-

281A-NY-289758

JD:        That I can't answer.

UM:        (UI).

UM:        See the one (UI).

JD:        What the (UI)?

UM:        That's gonna (UI).  Once you (UI) the system...

UM:        It'll go off.

UM:        It'll go off.

UM:        And then the (UI) is gonna call and say is there a
           problem oh I'm just a plumber working on the system
           and I'm draining the water.  He's got to know how to
           disconnect that without (UI) together.

JD:        Then hold on and then the alarm guy and then you
           have a record.

UM:        That's what I'm trying to say, that's what I'm
           trying to say to you.  Who's your (UI) guy?

JD:        Ah...

UM:        Just tell him to shut the system down...

JD:        Maybe ah, Ralph.  He's (UI).

UM:        (UI).

JD:        I don't know (UI).

UM:        (UI).  But that's you could say the system right
           (UI).  But what's gonna happen is if you drain the
           system it's gonna you got to disconnect that
           where...

UM:        (UI).

UM:        (UI).  I'll tell you how to do it.  And then the
           pipe goes from here all the way up to...

JD:        This is, this is so the whole house is gonna get

                              -82-

281A-NY-289758

            (UI).

UM:        This whole section and that one over here.

UM:        (UI).

UM:        It could break over here, it could break over here.
            See these pipes (UI) at all.

            (Sound of phone ringing)

JD:        No, I'm not gonna get the phone.  I'm not home.

UM:        That's what will happen.

JD:        Okay your gonna have to get back to me on, um, on
            this guy and let come and look at it let's...

UM:        He's not gonna come look trust me.

JD:        No, no.

UM:        He's gonna come look when you got the damage and he
            ain't coming before that.

JD:        No, alright.

UM:        (UI) purchase a little bit later, you know...

JD:        No, no, I'm saying what do you mean (UI).

UM:        Yeah.

JD:        No, no, I mean (UI) this guy.

UM:        Who, who could we send out for the...

UM:        I'm trying to think who, who could do it on the
            side.

UM:        Who do you know.

UM:        (UI).  But then (UI).  You have a lot of fucking
            pipes in this basement bud.

JD:        (UI) pump it up.

281A-NY-289758

UM:        No he did pump it up.

JD:        (UI).

UM:        (UI) anti-freeze, you know...

UM:        So their feeding it with anti-freeze and you got a
           little electric pump and it's taking domestic water
           from the garden hose and screwing it into the value
           up here.  (UI).

JD:        (UI).

UM:        (UI) fucking water in that value and you put it
           back...

JD:        You need the plumber here for two hours.

UM:        (UI).

UM:        At least, at least, at least an hour and a half.

UM:        An hour and a half.

UM:        At least an hour and a half, at least an hour and a
           half to take to drain the system.

JD:        (UI) my wife home to.  I mean how's that gonna
           happen.

UM:        When is she, when is she not home?

JD:        During the day (UI).

UM:        Where the kids are with her right now.

JD:        Yeah.  It's not looking good.

UM:        (UI) the plumber if you would.  If the guy comes...

JD:        The truth is that she takes care of the house I
           don't take care of the house.

UM:        Yeah, but you gotta get him here without anybody
           knowing (UI) is here.  (UI) when I came home John
           she just call you up from work....

-84-

281A-NY-289758

JD:         Right.

UM:         ...I came home the fucking water is running and look
            in the house.  What do you mean?

UM:         (UI).

JD:         (UI) she runs down and shuts the main.

UM:         Who's your plumber?

JD:         I don't have a plumber.

UM:         No, what I'm saying...

JD:         Oh, oh I thought you meant...

UM:         (UI).

JD:         I don't know.  I could tell who my dentist is.

UM:         No, no, what I'm saying call a fucking plumber (UI),
            you know, how bad, you know, she's a woman, she
            (UI).  Well John (UI).

UM:         The only thing, the only thing if you do all this
            and it don't fucking freeze up (laughs) and you
            don't get those fuck cold days it ain't gonna
            freeze.

JD:         Why?

UM:         It ain't gonna fucking freeze.

JD:         (UI) February, March (UI).

UM:         Can I tell ya...

JD:         Your gonna have to get back to me (UI) I can't (UI)
            I got to go to trade school.  Alright, I here (UI)
            to break the pipe.

            (Laughter)

JD:         (UI) in the pipe.

-85-

281A-NY-289758

        (Laughter)

UM:        What about the (UI).

JD:        That's (UI) she builds a good house, she builds a nice house.  She does.

UM:        She built a nice house the woman....

JD:        Yeah.

UM:        ...she, she smart lady.

UM:        Um hmm.

JD:        Yeah.

UM:        She smart lady.

UM:        (UI) something with the system.

JD:        She did.

UM:        She built the fucking house, she knew it was fucked up.  She gets to see the (UI) and she gets the write off from (UI).  And they check the system.  They hit the value (static) open up your (UI) and if that shit spits out he knows it's got the stuff in the system and he gives you a certificate and signs off and a (UI) box is hook up and your good to go.  She sell the fucking half to Dominic and (UI).

JD:        (UI) I buy....

UM:        To you, okay.  She knew Goddamn well from the (UI) fucking system down that how the fucking water get up there on three, on two stories, two floors up in the fucking dinning room.  How the fuck did water get in there when it's got the system it's to be deluded with, ah, 7/30 they fucking know.

JD:        I think he set me up with that too.  I'll tell you what...

UM:        She did ten of them.

281A-NY-289758

JD:        No, no, no (UI).

UM:        I said what the fuck happend.

JD:        No, no, everybody knew that I didn't know that.
           But, ah, I think he set me up to buy a house that
           had a sprinkler system in it.  I didn't the house
           had a sprinkler system in it.  I have no idea.  I
           didn't know that sprinkler systems were in homes.

UM:        So (UI) since 96 in this area.

UM:        Yeah, yeah.

JD:        With him and Robin said this a great deal she's
           hurting for money and you should buy this house.

UM:        (UI).  I know that one (UI).  She had to hide money
           from her fucking husband from taking it from the
           divorce she was going though.  She had to hide money
           because he was trying to (UI) on her.  Usually when
           you pay when you leave and you separate (UI).

JD:        As a male you pay.

UM:        You pay.

JD:        She paid..

UM:        Her last two husbands she had to pay off (laughing).
           A couple of hundred, (UI) get the fuck out of here.
           Huh?

UM:        (UI).

UM:        She bought off that house and up and dies.

JD:        Where Robert (UI).  He's his partner no, he just
           sold it there.

UM:        No, what happen was Robert (UI) knew the guy that
           owned it.  The guy that owned the lot...

JD:        Oh.

UM:        ...(UI) owned the lot was going, was going broke.

-87-

281A-NY-289758

|  |  |
|---|---|
|  | Dom said I'll get you out.  He reached out to everybody and he and Maryann had money and I have a good deal for you.  Buy this lot privately from this guy and put this two together and she bought the lot. |
| JD: | Oh I got you.  With contaminated soil that something you know. |
| UM: | Yeah. |
| JD: | Right. |
| UM: | Contaminated.  She had to get it all out. |
| JD: | Did you have that problem? |
| UM: | No. |
| JD: | You sure. |
| UM: | No I never had that problem. |
| JD: | You know I heard (UI) did that shit to you he throw contaminated soil there or something. |
| UM: | No Dominic tried to bring (UI) and I throw them off the job. |
| JD: | Oh you did. |
| UM: | He tried to pay them (UI). |
| JD: | Oh you did. |
| UM: | And I throw them out of there.  I got they tried dumping and I got them out of them. |
| JD: | So they were gonna dump contaminated... |
| UM: | They did, they dumped, they dumped dirt with 4 by 4s with shit in it and I fucking had my guys scoop it up and put it in the truck and go 110 Sands Street and get the manifest sheets and get out of there. |
| JD: | He's unbelievable man. |

281A-NY-289758

UM:        He was (UI).  He (UI) poison.

JD:        Bad news man.

UM:        Bad new man.  I called him bad news.

JD:        He's got ever angle...

UM:        When I see this phone ever ring that number my wife
           said why do you keep in there.  Because that's Patti
           DeVito's home number.   So if that ever ring I
           didn't recognize the number, but if rings it's gonna
           say bad news and I'm gonna know it's Patti DeVito.
           Mrs. DeVito and son.

JD:        What's up with Sonny is he ever involved with those
           guys?

UM:        Nah, Sonny...

JD:        He plays dumb, he plays dumb, but I don't trust him.
           No, I don't trust him at all.  I think he was in on
           the scam.

UM:        I don't trust none of those guys.

JD:        I think he's enjoying his son's money that's my
           personal opinion.

UM:        It's possible.

JD         He goes to Atlantic City every week.

UM:        He always did that though.

JD:        He told me one time how he threw twenty thousand
           dollars like down on numbers and stuff.  I said to
           him what (laughs).

UM:        (UI).

JD:        No, Mr. DeVito.

UM:        I know, but you never met (UI) use to fly to fucking
           Atlantic City you remember that.

-89-

281A-NY-289758

JD:         No, I don't.

UM:         They use to (UI) in the city.  They use to get
            picked up...

JD:         Yeah.

UM:         ...and glide in the helicopter to Atlantic City.

JD:         Where from Manhattan or from or over here.

UM:         No, the circle down in...

JD:         Dominic was in need of that kind of money, huh?

UM:         He was considered a big roller, he was considered a
            big roller.

UM:         (UI) they pick you up.

JD:         Oh they picked them up.

UM:         They pick you up...

JD:         I understand.

UM:         And then they fly you down.

JD:         You know what's funny he such a degenerate.  Then
            you add up all the other guys...

UM:         You think about it, you think about it.

JD:         ...the gambler (UI).

UM:         You think about it, you think about what I'm gonna
            say.  Here the fucking FBI, CIA and everything they
            can figure out everybody, right..  They bust these
            people they get these fucking people, terrorist and
            all this right.  Here they got a fucking guy...

UM:         Pee on.

UM:         ...he's fucking nothing and he outfucking trick them
            and he's doing his time was...

281A-NY-289758

JD:     And he said that to me in jail, you know that.

UM:     Yeah, I know it.  You really don't have to tell me I
        know the real deal.

JD:     He said that to me in jail.  He says I think the
        FBI....

UM:     Oh I know that.

JD:     So I looked at him and I took a turn back, what do,
        what do you mean by that.  So he said they don't
        know who I am.  He says they have no clue as to
        really who I am.  And I went I started (UI).

UM:     Uh hmm.

JD:     And I said holy shit is this guy like some high up
        mafia guy that I don't know about and I got...

UM:     (UI).

JD:     I mean...

UM:     Yep (laughs).

JD:     Yeah, he did.

UM:     He outsmarted them.

JD:     He outsmarted them.

UM:     He definitely did.

UM:     (UI) twenty-five years three and a half fucking...

UM:     Who said that?

UM:     Johnny.

JD:     Johhny.  He should be doing twenty-five years.

UM:     Twenty-five years.

UM:     He should, he should, he should, he should be doing
        at least minimum doing sixteen and you half of that

-91-

281A-NY-289758

eight years.  How he got three what ever...

UM:        Three and half.

UM:        I have no fucking idea.

JD:        It's unbelievable right, it unbelievable.  It really
           just amazing.  And he, and he, and he's (UI) scam
           artist.

           (Laughing)

UM:        Hey (UI).

JD:        He's just got a list of people that he's just
           continuing screwed just a list.

UM:        Oh yeah.

JD:        I mean it's gotta be hundreds of people.

UM:        When I came...do you know what baffles me.

UM:        I already got the book on it.

UM:        No, what baffles me is that you have Dee.  I know
           Dee I went to high school with him.

JD:        Alright yeah.

UM:        You have Dee. now Dee's father is well off.  Big
           builder.  Dee inherited the business.  What baffles
           me is how these guys are still in that fuck click.
           That baffles me.  Here he fucked him out of two
           hundred grand or maybe even more  on that house next
           door from me (laughs)...

JD:        (UI) house.

UM:        Yeah.  He fucked me.

JD:        He screwed Dee's dad too.

UM:        He fucked me out of that, he fucked me out of that a
           couple of hundred thousand dollars.  At least a
           hundred and fifty, at least, at least let's say a

281A-NY-289758

                    conservative a hundred thousand dollars.

JD:         Where the hell does he keep this money.  Jeff (UI)
            do you think.

UM:         I personally, I'm just, I'm just...

JD:         Yeah, your theorizing.  Yeah.

UM:         Yeah, yeah, that's my opinion.   You guys (UI).

JD:         That's what I say too (UI) his mother in Florida.

UM:         Oh yeah.  (UI) mother in Florida they got money.
            They were literally broken fuckin' down.

JD:         Oh yeah.  And he...

UM:         Now they have house, they have fucking nice cars
            down there.  (UI) parent's are divorced...

JD:         That's why Cherri doesn't leave.

UM:         Hmm.  No.  She has the other kid.  I still didn't
            see when she came to the shop with the baby he sat
            in the fucking car so Cherri had nothing to say to
            you.  (UI) was you to go down and see him (UI).

JD:         She actually said that.

UM:         Oh yeah.  This was months ago.  She came to me.

JD:         She expected you to go see him.

UM:         When they had the baby how long ago was that.  How
            old is the baby nine months.

JD:         No, last January 8th.

UM:         Oh then a year ago.

JD:         A year ago.

UM:         A year ago, a year ago.  Around this time...

JD:         Why did she expect you to see him?  For what?

                              -93-

281A-NY-289758

UM:        I have no idea.  I have nothing to say to him.  I
           have nothing to say to you .  I said Cherri I have
           nothing to say to you, nothing against, just stay
           the f--, just stay out of my life.  You out of it,
           stay out of it.

JD:        She's another little scam artist, she's right in
           there with him.

UM:        She's right in there with him.   (UI) can only play,
           you can only play (UI) innocent.  What he did wrong
           is he put his wife and family into the picture and
           he should have never did that.

JD:        There all in on the whole...

UM:        That's what he did.

JD:        Their all in on the scam.

UM:        (Clearing throat)

JD:        I hear ya.  I knew that obviously.  Cause that's
           what makes it seem legitimate when, when his mother,
           you know, saying to you help my son you were his
           friend you knew him from years ago he was a good
           boy.  That's the talk I got.  He's a good boy.  I
           said I want to see this guy hurting let's see what I
           can do to help him yeah.  I help him ruin my life.
           How about that?

UM:        You fucked up, you...

JD:        Is that amazing though how you...

UM:        And that's his (UI).

UM:        Hmm.

JD:        The mobile...

UM:        Oh yeah the mobile I bought for him (laughs).

UM:        Oh.

JD:        What did he do?

-94-

281A-NY-289758

UM:         That's, that's, that's a fucking (UI), huh.

UM:         (UI).

JD:         Mold or molding?

UM:         Molding.

UM:         Molding.

JD:         Molding.

UM:         He was stealing my molding (UI).

JD:         No way.  At your house.

UM:         I was craving the molding myself.  My guy set up the
            table and literally craving the molding.

            (Sound of a phone ringing)

JD:         And he stole it from you.

UM:         In fifteen minutes I'll be back.  Bye, bye.

UM:         (UI) over a piece and Barry said to me, Paul said to
            me.  Where did you get this (UI) piece I knew.  And
            Dominic said to me (UI) put that molding.  And where
            did you get that and I said the other guy who took
            it and I confronted him and then I went next door he
            had fucking one who room done and they took it down
            and redid the whole remember when they did the
            molding on the first floor.

JD:         Wow!

UM:         In that house and we did the molding.  And they had
            my fucking molding, my crown molding.

JD:         (UI).

UM:         They couldn't finish it cause they couldn't match
            it.  Because my guy cut it on sight.  And he changed
            the knives.  We made our own knives, our own (UI).

JD:         So he made like a custom molding...

281A-NY-289758

UM:        He made a custom molding and you can't get my
           molding.  You can't go to the store anywhere to find
           that fucking molding I have in the house.  (UI) and
           he (UI).

JD:        Right.

UM:        He built a woman's house that I'm finishing now that
           I did the molding in that house because I used my
           same guy and I said you still have my knife and he
           said yeah.  I said curve the fucking molding so he
           sent it out (UI).

JD:        (UI) molding (UI).

UM:        Then he knew I bust him.

JD:        (UI).

UM:        The molding?

JD:        Yeah.

UM:        No, no, it was only (UI), but I heard he rip it all
           out.  (UI) walked into his house take it (laughs)
           and I have one for you if you go in your house right
           now, you know in your house right now (UI) house.

JD:        Yeah.

UM:        (UI) you know that white cabinet.

JD:        Yeah, yeah, yeah.

UM:        That was mine.  That was in my living room it was a
           custom made cabinet.

JD:        So he left it behind.

UM:        (Laughs)

JD:        That's why it's still there.  He left (UI).

UM:        But I told him, I honestly told him (UI) take this
           fucking.  He said I want to pay for it, I want to
           pay for it.  I said, I said take it.  It was done

-96-

281A-NY-289758

|        |                                                                                                              |
|--------|--------------------------------------------------------------------------------------------------------------|
|        | wrong...                                                                                                     |
| JD:    | Pay you for it.                                                                                              |
| UM:    | Fucking take it, take it.  And he put it in his house (UI) he put it in the fucking thing.  My guy made that. |
| JD:    | (UI).                                                                                                        |
| UM:    | He made that.                                                                                                |
| JD:    | That's amazing.                                                                                              |
| UM:    | When he wants something John he (UI) he's going for it.                                                      |
| JD:    | He should be doing a hundred years in jail, he should be doing a hundred years.                              |
| UM:    | (UI).                                                                                                        |
| JD:    | (UI).                                                                                                        |
| UM:    | (UI) out of it.                                                                                              |
| JD:    | For who (UI)?                                                                                                |
| UM:    | For the (UI).                                                                                                |
| JD:    | (UI) right.                                                                                                  |
| UM:    | (UI).                                                                                                        |
| JD:    | Could never imagine that.                                                                                    |
| UM:    | (UI).                                                                                                        |
| JD:    | Over a year.                                                                                                 |
| UM:    | Really.                                                                                                      |
| JD:    | Yeah.  My opinion is (UI) was been late.  Black balling it (UI).  Not one offer here, not one offer from (UI). |

281A-NY-289758

UM:        Um hmm.

JD:        For sale or for rent.

UM:        Nothing.

JD:        Nothing.  Are you following me.

UM:        I give this house to Chub to list...

UM:        (UI) three times already.

UM:        (UI) money too.

JD:        What's up.  How is that possible.

UM:        (UI) you got a fucking black cloud like me.

JD:        How's that possible.

UM:        (UI).  She's a great lady, man.

JD:        Yeah.  But you know what...

UM:        (UI).

JD:        ...she can't, she can't overcome...

UM:        (UI) (laughing), but she's good people, man.

JD:        Yeah, but you know...

UM:        Yeah, you know, I know, I hear ya where you taking
           me..

JD:        How's that possible.

UM:        Yeah.

JD:        How's that possible.  And he, and he knows what he's
           doing to me, he's doing it all from prison, he's
           doing it all from prison.  I can't wait to sell
           this, and I can't wait to sell (UI).  I don't have a
           CO and I can't finance Scarsdale.

UM:        (UI).

281A-NY-289758

JD:        I got, I got lien on (UI).

UM:        (UI).

JD:        He put a legal lien on (UI) 750,000.00.

UM:        For what?

JD:        Just because.

UM:        Did, did you get it lifted?

JD:        I'm trying.  Lawyers cost money.

UM:        He did a legal lien and you can't get it lifted.

JD:        Yeah.

UM:        (UI) research.

JD:        It's still on a lien.  Someone's got to research it
           and take care of it.

UM:        At three hundred dollars an hour.

JD:        I got to pay this mortgage to (UI) and all my
           expenses and my kids and this...

UM:        Let it go.

JD:        You know, you know part of it is a little...

UM:        Ego.

JD:        Ego and (UI) I mean....

UM:        Let it go.  You know (UI) let it go (UI) you want it
           fuck you.  Pull money out of it and let's give it
           fucking to him.  That's what I would do (UI).

JD:        I can't get the CO (UI) and Dominic next door and do
           you think...what's going on.  I know what he's
           trying to do.

UM:        Trying to get it from you.

-99-

281A-NY-289758

JD:        Oh absolutely.

UM:        (UI) to buy it back (UI) I'll get it.

JD:        Exactly.

UM:        Just like he did to the house over here, ah, ah, ah,
           in Lake (UI).

JD:        Yeah, that's his I don't know.

UM:        (UI).

JD:        That's his scam.

UM:        (UI) fucking bought it back and (UI).

JD:        Oh yeah, yeah.

UM:        Fucking what's his name...

UM:        Wild Bill.

UM:        No, no, no, no.

JD:        No, Wild Bill in that house (UI).

UM:        No, 115...

JD:        (UI) I know as 116.

UM:        Alright, who owns the one now in (UI).

JD:        Bill King owns 116, but 115 Lake Shore just happens
           to next to one another and had nothing to do with
           one another.

UM:        Yeah.

JD:        But he did something there.

UM:        Right, but what I'm saying is that he owns that
           house.  That's his house.  (UI) I mean (UI) house.
           They can't fucking figure out the pattern here it
           doesn't make sense, don't make sense, it don't
           fucking make sense.  I'm surprised you can't sell

281A-NY-289758

                    this house.  It's a nice house.

JD:          It's a great house.

UM:          Fucking nice a beautiful house.

JD:          Not a offer.

UM:          (UI).

UM:          Yeah, I know that (UI).

JD:          Not a offer, not a offer.

UM:          (UI).

JD:          You know I think people are (UI).  And I'll tell you
             why (static) she calls when she got back when said
             you want to hear a weird story.  There a (UI) at the
             pool talking to this elderly woman.  The elderly
             turns to her and says where do you live Westchester
             (UI).  What do you do I'm a realtor.  Yeah where.
             Well, I (UI) Purchase.  Oh my sister lives in
             Purchase.  Why is that house on (UI) beautiful
             house not selling.  Suzie says I actually have a
             listing.  Oh that's such a small world.  They start
             to feel one another out the lady says I know why the
             house is not selling.  Cause that mobster use to
             live there.

UM:          Oh my God.

JD:          She's in Aruba.

UM:          Holy fucking shit.

UM:          (UI).

UM:          Ah.

JD:          Who, so who do you think this spreading that too, I
             mean, who's (UI) the lies and who's this guy?
             Robert DeDomoto (PH).  I had that Dan Forbes past
             the comment when I first put the house up for sale
             and I didn't think Robert was a I thought he was a
             legitimate guy and I put it with him.  I figure he

281A-NY-289758

was the realtor for the area and I got nothing, nothing. He came to me and he said I have someone (UI) to buy the house at 1.25 million. That's what I (UI). I said who Robert. I can't tell you.

UM:     (UI).

JD:     They want to buy it back for Dominic.

UM:     They want to buy it back for (UI).

JD:     You want (UI).

UM:     Yeah, they want nothing. Or take back the second and we'll pay you.

JD:     Yeah.

UM:     Mortgage your house and get the what you call the guy in and you pay him off. You don't really (UI) about a second mortgage.

JD:     (UI).

UM:     (UI) in the cold and pull money out. Two fifty, three hundred thousand. So if this...

JD:     He would try, he would try and sell it.

UM:     I was like this how do you guys fucking sleep at night, man.

JD:     He would try and steal the house from me and I said wait a minute something's wrong here and I got away from Robert (UI). And when I got away from him I knew it and someone said that Dan Forbes I heard I forget who said how stupid (UI) is to put the house with Robert. Doesn't he, doesn't he know that, that's Dominic guy.

UM:     (UI).

JD:     Ah, ah, I'm thinking these people are legitimate. I, I don't know.

UM:     This is what, this is what (UI). And I know Joe's

281A-NY-289758

          good friends and I don't really know Joe and I think he's a nice guy, but what bothers me is why is he still dealing with fucking (UI) when he knows and everybody knows it, everybody knows it.

JD:         I think he has a choice, I think he has a choice.

UM:         (UI) Robert down there.

JD:         Ah...

UM:         Cause if I was him I sit with Robert you buying the house or not?

JD:         I think it's a little more elaborate than that I don't know the details, but I think it's more elaborate than that.

          (Conversation IA)

JD:         Alright (UI).

UM:         Okay take care.

JD:         I'm fine.

UM:         (UI).

JD:         Alright, I'm trying, but what are you gonna do, what you gonna do.  See you later.

          (JD speaking...hey come on home...I got to get the kids to bed.  Yeah, fine, just come on home please, so I can get them to bed.  Alright.  Okay.  Bye)

          (Pause)

          This is SA Michael B. Hartnett.  Time is now approximately 9:08 and the recorder will be turned off.

          (End of conversation)