**FEDERAL BUREAU OF INVESTIGATION**
**NEW YORK, NEW YORK**


FILE NUMBER:               281A-NY-289758


DATE:                       FEBRUARY 16, 2005


TAPE NUMBER:             1015


CASE AGENT:              SA JOHN PENZA


PARTICIPANTS:           JD - JOHN DEBELLO
                               JL - JOHN LISCIO
                               LC - LOUIS CORDASCO
                               UF - UNIDENTIFIED FEMALE


ABBREVIATIONS:          UI - UNINTELLIGIBLE
                               IA - INAUDIBLE
                               PH - PHONETIC

281A-NY-289758

(Job #71824:pg)

>           This is SA Michael B. Hartnett along with SA Earl
>           Anderson.  The date is February 16, 2005, the time is
>           approximately 2:40 p.m.  We're going to make a
>           consensual recording with John Debello and John Liscio.
>
>           (Background noise)

14:45

JL:        Beautiful, beautiful, beautiful, all right.  Thank you,
           thank you.

JD:        (UI), you wanna play?

JL:        Hah?

JD:        You wanna play?  Here's two bucks.

JL:        No, I don't (UI).  I was just, I was going up to the
           candy store and it started to rain.

JD:        Oh, I got your message.  I said let me just run over
           here.  I knew I was gonna be in town (UI).

JL:        I just, uh, (UI) Lou's gonna be coming in.

JD:        The what?

JL:        Lou is gonna be coming in.

JD:        Oh, here?

JL:        Yeah.

JD:        Oh, he's here today.

JL:        He told me he's gonna be around.

JD:        Oh, okay.  All right.  Close the door?

JL:        No, not yet, I'm gonna get some coffee.  Want some
           coffee?

JD:        Naw.

281A-NY-289758

JL:        Come on.

JD:        No, I don't drink coffee.

JL:        We got some bagels.

JD:        No, thanks.  No, thank you.

UF:        The coffee's fresh.

JL:        Coffee's nice and fresh, come on.

JD:        I don't drink coffee.

JL:        No?

JD:        No.  What are you doing, you got an appointment at,
           uh...for your heart?

JL:        No, I, um, I postponed it (UI).

JD:        You sure?  All right, you know, I don't wanna take you
           out of what you're doing.

JL:        I'm gonna be here till 3:30, 4:00.

JD:        All right.

           (JL talking in background)

JL:        (UI) and the best psychiatrist.

UF:        Oh, very nice, my pleasure.

JL:        Dr. John.

JD:        How are you?

UF:        My pleasure.

JL:        Dr. John.

JD:        Only, there's only one thing, I don't practice in the
           county.

UF:        Oh, then forget about it.

JD:        I'm (UI) in the Bronx and Queens.

281A-NY-289758

UF:        Forget about it.

JL:        In the Bronx.

JD:        In the Bronx and Queens.

UF:        Okay, we'll send (UI).

JD:        That's all right.  Even though I'm not here I'm still
           the best in this county.

JL:        There you go.

JD:        (Laughs)  Oh, God...  (UI) what was up with, uh,
           Midollo?  I didn't even know Midollo knew, uh, Lou.

JL:        Who's Midollo?

JD:        Robby Midollo, you know, he was there that night at my
           house.  What's up with him?

JL:        He does, he does a lot of stuff up there.

JD:        I had no idea.

JL:        A lot of contracting stuff.

JD:        I had no idea.

JL:        He knows about everything that happened with Dominic
           the whole time.

JD:        Yeah, he knows, I know.  I didn't know he knew, I
           didn't know he knew any of that stuff.

JL:        It's not a bad thing.

JD:        No, I don't care.  Doesn't matter to me.  No, I, I'm
           not, I don't dislike him or anything.  Truth is he just
           shocked me.  I'm like, what is this guy doing
           here...you know.

JL:        (UI) get people that are involved in certain things.
           People that, you know what I mean?

JD:        Yeah, yeah, yeah, I, I had no idea though.  Cause he
           says he's coming with this plumber and...

JL:        If we're gonna do something, we'll do something with

4

281A-NY-289758

|       | the right people. |
|-------|-------------------|
| JD:   | Right. |
| JL:   | You understand? |
| JD:   | I didn't, I didn't know that. I just didn't know. |
| JL:   | Uh, you (UI). |
| JD:   | Well... |
| JL:   | He had a valid point though, you know, Lou.  Lou had a valid point. |
| JD:   | About what, the, uh...well, Robby's saying he can't do it. |
| JL:   | Huh? |
| JD:   | Robby's saying he can't do it. |
| JL:   | Not lately with this weather that we're having. |
| JD:   | No, I know. I know, that's another thing. |
| JL:   | I want you to look at something. |
| JD:   | Go head. |
| JL:   | We're stooping down to his level, the scumbag, you understand? |
| JD:   | I know. |
| JL:   | The people that are involved have a lot to lose.  He has nothing to lose. |
| JD:   | He has nothing to lose, I know. |
| JL:   | You understand? |
| JD:   | But that's why, you know, initially, when you guys, when you said, you offered this to me, honestly, John, I said shit, if I could get a couple of months, uh, you know, mortgage, I said, this is fine for me.  And honest to God truth, what I saw, like, when you came by with Lou, I'm like, Lou's like, yeah, this is gonna get ruined, I'm like, shit, no, that's not what I want, |

5

281A-NY-289758

Lou.

JL:     John...

JD:     Cause if I, if I have another million dollar claim or
        whatever...

JL:     John, we have no control on what could happen.

JD:     Yeah, but what if a pipe breaks over the garage?  You
        understand?  What if a pipe breaks over the garage?
        That's not even the main part of my house.  Then I can
        still live in the house.  But seriously, Lou's come by
        and he says, no, no, you're gonna have to move.  Chubb
        pays well for you to move.  I'm, like, Lou, I mean you
        gotta be kidding me.  You know, that's not what I was
        looking for.  I'm looking for, you know, the $250,000
        claim or less where if I net out 50,000, great, you
        guys take your share, everybody's happy, you know.

JL:     I understand.

JD:     But the truth is, you know, he looked at it, like, no,
        no, no, what we're gonna do, I think we'll break this
        one.  I'm like, Lou, that's over my master bedroom, I
        mean...

JL:     Only thing, John...where the pipe can be broken, you
        know.  You can't just take a pipe and say...

JD:     Well, you know, look, the garage is the coldest spot,
        too, you know.

JL:     I know, but they're (UI)...

JD:     There's a bathroom in, over my, uh, garage.

JL:     They're not that stupid, the insurance companies.

JD:     Well, that's what I'm saying, we gotta be careful.

JL:     You know, that's why...

JD:     Did Robby help Dom, no?

JL:     Whatta you mean?

JD:     Did Robby help Dom?  How did, he knew a lot about Dom's
        claim, how did he...I mean did he help him do it?  I

6

281A-NY-289758

```
            mean...

JL:         Not that I know, no, no.

JD:         Oh.  No, I'm just saying cause if Robby did, look,
            Dominick got away with it obviously, right, okay.  They
            interviewed me too, and he got away with it.  What am I
            gonna say?  I walked away.

JL:         Well, (UI), well, that ain't (UI) cause you were (UI)
            the building.

JD:         Yeah, well, they put me under deposition and, you know,
            what did I know?  I knew nothing.  And they, they
            blamed it all on the plumber.  What do I know, I know
            nothing...you know.  And they thought, they really,
            Dominick did a wonderful job.  They really felt that
            the plumber did a bad job, and that he, it was his
            fault.

JL:         The person who built the house.  The person who built
            the house.

JD:         Yeah, exactly, the, the, Maryann's plumber.

JL:         Right.

JD:         But, you know, I mean, so I'm just...

JL:         Well, you know that (UI) you know, it's funny because
            the, the attachments from the boiler, okay, were never
            welded.  They were not welded when the, when the heat
            went through the pipes.

JD:         Really?

JL:         When the water came downstairs, down into the basement,
            the fuckin' boiler blew up.  We're having pizza in the
            kitchen and we hear this loud explosion.  And the smoke
            coming out from the basement going up the stairs.

JD:         Well, I knew the boiler had, there was something wrong
            with it afterwards.  I knew that it happened.

JL:         But the pipes were not welded to the boiler.

JD:         Oh, so (UI).

JL:         Yeah.
```

7

281A-NY-289758

JD:     Let me, let me throw something out at you too, hold on.
        I have a house in Long Island, right, and, and it's, I
        bought it for the value really of the property.
        There's a house on it.  We actually rented the house,
        my friend and I, you know, temporarily, while we, we
        were either going to get a variance and attempt to
        build two homes but he had a heart attack too.  That
        was, oddly enough. So we just, I just abandoned the
        idea.  I said, you know, I found these builders, they
        wanna buy it, so they're gonna buy it from us.  And a
        tenant was in there but they just moved out.  And it's
        a little nothing home, like, uh, 2500, you know, square
        foot home.  And it's just sitting there.  So I'm just,
        I don't know.  Is there something we could do there,
        could we switch...

JL:     (UI) vacant?

JD:     Yeah, but did, hold on, Scott Circle.  Wasn't Sherry
        gonna put in a claim that said Scott Circle was not
        vacant?  How did...

JL:     Scott Circle was vacant.

JD:     Uh, uh, it was vacant, right, it was vacant.  She
        wanted to put in a claim that said it wasn't.

JL:     There was a claim involved.

JD:     Well, how do you do that?

JL:     There was a claim.

JD:     Okay.

JL:     What company you have out there?

JD:     You know, I don't know.

JL:     You gotta find out because...

JD:     I could switch it to Chubb.

JL:     Okay.

JD:     What if we switch it to Chubb, hold on...

JL:     Okay.

8

281A-NY-289758

JD:     And then you tell me what we can do.  And it's a little
        nothing home, it's gonna get knocked down anyway.

JL:     Okay.  Get me all the paperwork.

JD:     I'll get you everything.

JL:     (UI) Chubb, that's what they did in Scott Circle was
        give an $80,000 deductible.

JD:     Whatever, I, uh, uh, uh...

JL:     Because they, they knew that the house was not vacant.
        They knew the house was vacant.

JD:     Vacant.

JL:     So technically it's your responsibility to tell the
        broker, okay, tenants moved out, the house is vacant.
        I don't know how long the house is gonna be vacant.
        And what they do is that they put on what's called a, a
        vacant surcharge.  You know, technically, there's more
        of a problem...

JD:     Oh, I see, if someone's not there than there.

JL:     Right.

JD:     Okay, I got you.

JL:     Okay, there's more of a problem when, when somebody's
        not there.  The pipes can freeze, this can happen,
        whatever, okay, than somebody being there, living
        there.

JD:     I got you.

JL:     Okay.  On top of that, we, we were never notified that
        the house was vacant.  All of a sudden the fucking roof
        collapsed, okay.  And there's a $300,000 claim.

JD:     I got you.

JL:     Chubb came in and says, look, you gotta suffer in this
        loss because you never told us.  So they took 80,000
        right off the guy.

JD:     I see.

9

281A-NY-289758

JL:     You know, you know, but these company guys, that's why
        you gotta be one step ahead of these companies.

JD:     I see what you're saying.

JL:     You know what I mean?

JD:     All right.  No, just, I, I always just remember saying,
        Joe saying to me, I didn't talk to him about it, you
        know, but that Sherry said she wanted to say that there
        was a tenant in the house.  But how could we do that?
        You can't do that.

JL:     No...you can't.

JD:     You can't, okay.

JL:     No, but (UI).  When the adjuster comes in, they're
        gonna wanna speak, you know, speak to the tenant.

JD:     Yeah.

JL:     They're gonna wanna see furniture, you know.  There was
        no furniture at Scott Circle.

JD:     Didn't she say her and Dan Forbes were gonna go buy
        furniture and throw it in there or something?

JL:     (UI).

JD:     I don't know, that's what Joe told me.  I did not hear
        that firsthand, I don't know.  All right, I'm just
        whatever...

JL:     You gotta be very careful, but you got a lot to lose.

JD:     Yeah, believe me, I know.  But that's why, honestly,
        when Robby showed up I was a little, like, I was
        shocked and I was a little, like, not pissed but I was,
        like, what the hell is he doing here.  Like, are we
        telling the whole world.

JL:     So who is it?  He's the plumber?

JD:     Robby?  You know Robby Midollo?  You don't know him,
        oh, okay.  He's Dominick's cousin, too, through
        Valerie.  He's Valerie's cousin.  But I think he grew
        up in Harrison, that's why we don't know him.

10

281A-NY-289758

JL:     Okay.

JD:     And he, he moved from Harrison to Purchase.  And then
        Dominick moved up there and he knew him, and
        then...that's it.  And then I guess they did some kind
        of business together, Oak Valley, and that's it.  Now,
        I had no idea that Cordasco...

JL:     Wasn't he the one who owned the auto body shop?

JD:     Yeah, exactly.  I had no idea...

JL:     (UI) for a fucking, uh...

JD:     Oh, Dominick took him too.  You know that, everybody
        knows it. Everybody knows it, yeah.  He took him too.

JL:     It just doesn't end.

JD:     No.

JL:     Have you been speaking to Joe Romano (ph)?

JD:     The truth is I try not to speak to anybody too much.  I
        put my head in the sand, I get up, I go to work.  I
        don't really bother too much with too many things, too
        many people.  You know, I work 12-hour days, you know.
        Today I took off, I was in surgery all day, I'm
        exhausted.  You know, (UI) I'm sick, so I said, ah, I'm
        just gonna go home, I can't, I can't do it, you know.
        But...but what are we doing, Cordasco's coming by?

JL:     Yeah.

JD:     All right.

JL:     (On phone/intercom)  Elaine?

UF:     (UI)

JL:     Elaine?

UF:     Yeah.

JL:     When Lou Cordasco comes, just send him in the back
        office.

UF:     Wait a minute, John, I can't hear you, you're not
        coming through.

11

281A-NY-289758

JL:        You there?  (Hangs up)

JD:        Well, what is, you think he's got a better idea or
           something?

UF:        You're not coming through, what did you say?

JL:        If Lou Cordasco comes...

UF:        Yeah.

JL:        Have him come in the back.

UF:        Okay.

JL:        No, he just wants to...

JD:        No, I just, I don't know, um, we...I mean, you know,
           the deal is I'm, I'm leaning on your expertise and him,
           like, to say, what do we do here.  I mean the truth is
           the other night he said to me...

JL:        I really don't know.

JD:        I know, that's fine.

JL:        Like, I just gotta, uh, you know...it's gotta be the
           right time and, uhh...

JD:        Well, the weather's gotta be right, I know.  I know
           that...I know that.

JL:        You know, then, you know, you know, Lou was talking to
           me about what's gonna happen, you know Dominick is
           gonna find out about it.

JD:        You think so?

JL:        Yeah...(UI).

JD:        Really, hah?

JL:        That's what Lou was talking about.  Dominick's gonna
           (UI).

JD:        I didn't think about that part.

JL:        Well, I'm telling ya he did, Lou thought about what's
           gonna happen, Danny Forbes gets fucking wind of it, you

12

281A-NY-289758

```
            know.

JD:         I didn't think about that.

JL:         What's gonna happen, Danny Forbes (UI) up in Purchase,
            you know, there's a $250,000, you know, water damage
            claim up in, uh, on, on Purchase Street on Dominick's
            property, it's gonna happen.  That's another thing we
            gotta worry about...you know.  Or the word's gonna go
            back to this fucking scumbag and who, who knows,
            because I hear he's doing shit behind fuckin' bars.
            He's doing, he, he's doing things behind bars.

JD:         Like what?

JL:         With the word, he's putting the word out to people,
            having things done...you know.

JD:         Oh, he's still conducting business from jail.

JL:         Still conducting business.

JD:         Well, there, there's no doubt.

JL:         He wants something to come down against you.

JD:         Yeah, I know.

JL:         With this.  All of a sudden, we planned it out
            perfectly, okay.

JD:         Everything's fine.

JL:         Three, four hundred thousand dollar claim and all of a
            sudden something happens, I don't know.

JD:         Right, and then he gets wind of it.

JL:         Right, that's another, that's the thought that he had.

JD:         What is he gonna do, call the authorities?  (Laughs)

JL:         I don't know, I don't know.  John...he fucked you out
            of 400,000 in the first claim, okay, (UI) in your name,
            fucked you out of that.

JD:         Well, I had no idea it happened.

JL:         You had no idea.  Well, you know, here, I mean here...
```

13

281A-NY-289758

                I understand.

JD:      He's good.  He's good.

JL:      Yeah, I don't know (UI).

JD:      How'd he get, seriously, how'd he get to be such a
         criminal like this?  You know, Lou said and Robby said,
         he said you know something, before he met these people
         he was never like that though.  And that's, that's the
         Dom I remember.  All right, happy go lucky, you know,
         living on the edge a little bit, that was always him,
         but...

JL:      All of a sudden...

JD:      Then all of a sudden he meets these people and...

JL:      And you take a chance, okay, you take another chance
         that you don't get caught.

         (Knock on door)

JL:      Yeah?

:        (IA)

JL:      Hey, bud.

JD:      Hey, what are you doing?

LC:      Hey.

JD:      How did he meet these guys?  What's going on?

LC:      How you doing?

JD:      How you doing?  How did he meet these guys?

JL:      You know, when you start getting involved with, uh,
         certain...

JD:      We're talking about Dominick DeVito right now.

JL:      If you get involved with certain people, especially as
         far as years ago in the carpentry business and then the
         horses and then, and then the gambling, you start
         taking numbers, you start doing this.  You, you get
         involved with, with the criminals, okay.

                                    14

281A-NY-289758

JD:      Did he have a, a, a bookie thing, Dom?

JL:      Yeah.

JD:      He did?

JL:      Well, with, with Darren (ph), Darren was (UI) he took the numbers.

JD:      Oh, yeah.

JL:      Through Dominick, through, uh, Rigoletto, through Patsy, everything was done through them.  You know, then all of a sudden, you know, you get, you get involved in union deals and, and, and you have problems.  And every time you get involved in a union, okay, there's big money.

JD:      Yeah.

JL:      And Dominick made a million dollars for Patsy...okay. And then he got involved in these other jobs and these other jobs and these other jobs, and you keep on fucking ripping off all these other fucking people. And then you build yourself up, you, okay, you start to get their trust and then, you know, all of a sudden, you start making money catering to them and you got carte blanche no matter where you go.  You're driving around, you got beautiful houses, you got fucking furs, you got Mercedes, you got this, you got all the cash in your pocket that you want and that was him.  (UI), you know.  (UI) I was, I was just telling him, you know, there's ways to do it and there's ways to do it, you know, and one thing that he didn't think of, if something does happen and Dominick gets wind of this...

LC:      That's what I told you, the next day I came back, (UI) everything goes through and you get the check.

JL:      Who was the guy that you brought with you?

LC:      Robby Midollo.

JL:      Why, who is he?

LC:      Well, Robby, you know, he, he's a friend of mine, he's a GC and he got ripped, Dominick took him for a million and a half.

281A-NY-289758

JD:     Well, I just, you know the truth, I know Robby, he's
        okay.

JL:     (UI) he was shocked.

JD:     No, Robby's good.  I was a little shocked to see him, I
        gotta be honest with you, (UI) what's going on.  And
        you know, he still is Dominick's cousin so I was like,
        like this, so I said, well, wait a minute.

LC:     Dominick, Dominick, Dominick took a million and a half
        from him.  He tried to do the same thing to him as he's
        trying to do to you and LaManna and the other guys.

JD:     Yeah.

LC:     But he, he was able to sell his other house, he got the
        money he needed, he walked in the next day and said, go
        fuck yourself, I got the money.  (UI) me, I don't owe
        you anymore.


        (JL having telephone conversation in background)

JD:     And he's, and you see him going off on him now.  He's,
        he's a bad dude, DeVito.  He's just...

LC:     Bad news, I said on the phone (UI).

JD:     Well, I was telling John...I have another house on Long
        Island that's about, not a big house at all, I bought
        it for the property, and I said maybe we can switch the
        policy there from whoever I have to him, like, at
        Chubb, put in a small claim on the house.

LC:     What, uh...

JD:     It's vacant.

LC:     See, the thing is (UI) you, you're paying, the guys
        you're dealing with, like, paying your monthly note to
        for Purchase, Dominick's guys got involved in that end
        of the deal, too?

JD:     No, no, no, no, no.

LC:     (UI) a legit bank?

JD:     What do you mean?  Say that again.

16

281A-NY-289758

LC:     Your mor--, your, your mortgage payments on this house
        in, in Purchase.

JD:     No, it's all mine.

LC:     It's all yours.

JD:     The bank.

LC:     Okay, it's not, not, not through, not through their
        guys, your guy.

JD:     Nooo, no, no, no, no, no, no, no, no...no, no, no, um-
        um.

JL:     But you gotta remember, Danny Forbes, Danny Forbes
        lives a few blocks from you.  You understand?

JD:     Yeah, he'll get wind of what happened, yeah.

LC:     (UI) you know, there, there, there, there's too much
        down side than up side.

JD:     I didn't think about that, honestly, I really didn't.
        I just didn't...cause you know I'm saying, I really
        didn't even think about it, number one, now that we did
        bring it up and I'm thinking about it, I'm like, well,
        what's he gonna do anyway?  Who's he, who's he gonna
        call?

JL:     You never know.

LC:     Hey, (UI) up to you.

JL:     But don't you know that he would not want to see you
        with any money?

JD:     Oh, he's, he's...

JL:     You know that?

JD:     Yeah.

JL:     And no matter what he would do, he would not, he would
        do everything in his power to know that if there's any
        water damage payment of a few hundred thousand dollars,
        you know, and the house is in your name, you know...

JD:     Yeah, he'll try and hurt me.

17

281A-NY-289758

LC:      Bottom line is he's looking to waste both of yous, not
           waste you, but I'm saying waste you you where you're
           drained financially.  I'd say, listen, sorry, bud,
           looks like, you know, they're gonna buy (UI).

JL:      Just like if (UI).

JD:      No, but that's...

JL:      (UI) kicked the wife out of the house.

JD:      ...(UI) oh, well, you gotta say that was his plan all
           along though.  You, do, do you see that?

JL:      (UI) that's another thing, you had no choice but to
           kick her out.  So now you kicked her out, okay, and,
           and...(UI).

JD:      Oh, he hates me more than any other person on the
           planet right now.  Oh, that's obvious.

LC:      I saw the ad in the paper, by the way, (UI) Sunday
           Times, the house, the, uh...Brae Burn.

JD:      Yeah.

JL:      That's another thing, that fucking thing's not gonna
           sell.

JD:      No.

JL:      But settle for a million dollars, take your fucking
           loss and go away.

JD:      Easier said than done.

JL:      I know.

LC:      How much, what do you, what do you owe on the house?

JD:      2.5.

LC:      Take 2.5 and get out of there.

JD:      We're about at that point.

LC:      Well, the bottom line is...you know, it, it's now or
           later.  I mean, you wanna...the (UI) is here.  You
           wanna order (UI) fucking drown (UI).

281A-NY-289758

JL:     No, now, right now in Purchase, sell the fucking thing.
        Move into something smaller.

JD:     Dude, you don't understand, it's been on the market for
        over a year.

JL:     Has it?

JD:     Yeah.

JL:     Oh, I didn't know that, I didn't know.  I didn't know.
        Reduce the fucking price (UI).

JD:     You remember Robert DiDonato he was talking about,
        Robby Midollo.

LC:     Yeah, (UI) is like this with DiDonato.

JD:     No, Di--, yeah, DiDonato, yeah, (UI).

LC:     (UI)

JD:     Yeah, yeah, they're thick as thieves, I mean what's,
        what's going on.  So what do you think Dominick's
        telling him to do?

JL:     So you have a (UI).

LC:     (UI) with Houlihan, aren't you?

JD:     Houlihan, yeah, but, come on, doesn't matter.  What do
        you think Robert DiDonato's trying at every, you know,
        every twist and turn?

JL:     Who, who's the head broker from Houlihan with you?

JD:     Susie (UI).

LC:     Susie (UI),  she's, she's the best.

JD:     She's the best, yeah.  That's what I'm saying, I went
        to the best (UI).  You know, it's not like I have it
        with, uh, whoever, you know what I mean?  I went to the
        best.

LC:     What are the taxes on the house in Brae Burn?

JD:     Forty-five.  I'm, I'm behind two years.

19

281A-NY-289758

LC:        You're what?

JD:        I'm behind two years.

LC:        On the taxes.

JL:        Did they increase because of all the new work that was
           done from, from last year?

JD:        I don't, I don't know.

LC:        If they file (UI).

           (Knock on door)

           (UF speaking to JL/non-pertinent)

LC:        Yeah, I'm looking, I'm looking for something in that
           price range but I'm not gonna pay (UI) taxes, fucking
           ridiculous.  Cause if my kids go to private school next
           year, I'm gonna (UI) another 40,000 on top of that.

JL:        Is that what it is, 50 thou--, 45,000?  Holy...that's a
           lot of fucking money.

LC:        There really has to be another way...

JL:        Buy Richie's house (UI).  You see the paper yesterday?

LC:        I called you, (UI) channel 12 news, the lead fucking
           story.

JL:        Hah, you didn't see the paper?

JD:        No, what happened?

LC:        Six hundred and fifty million dollars in four years.

JL:        Six hundred and fifty million.

JD:        I'm sorry.

JL:        My cousin Richie got picked up.

JD:        Richie...

JL:        The biggest...Martino, the biggest porn scam in U.S.
           history.

20

281A-NY-289758

JD:        Who's Richie Martino?

LC:        Well, Margaret's your cousin.

JL:        Margaret, Margaret.

LC:        What a doll she is (UI) fucking hooked up with him for
           the fucking rest of her life.

JD:        Where's he from?

JL:        The Bronx.

JD:        Richie Martino.

JL:        There was, um...

LC:        I was watching the newscast on channel 7.  I remember,
           I remember the house in the Bronx, when it had the
           water problem, remember, and he called us?

JL:        Yes.

LC:        He says don't touch any of the fucking wires whatever
           you fucking do.  That was the fucking house.

JL:        Which house?

LC:        Some house in the Bronx that he had that had all the
           fucking cable networking and all that bullshit.
           Remember he had the water problem, he said don't touch
           the fucking wires (UI).

JD:        Oh, what does he do, run the porn thing through his,
           uh, through his house?

LC:        What, what, what it was, they had it on, I, I watch the
           local news for business with my son every night and I
           heard the name.  I said, oh, that's fucking Johnny's
           cousin.  I said, oh, fuck.  What they would do is, you
           go on this porn site and they say, they ask for your
           credit card to see if you, if you were of legal age to
           do it, so they take your number, boom, on your credit
           card right away so, like, you're fucked there.  Then he
           would charge the credit card, then you would have to
           call another number which he was tapped in with the
           phone company and he would collect, like, I don't know,
           $20 a minute they, they were charging to look at some,
           to look at some porn site or something.  He, in, in

                               21

281A-NY-289758

              four years he made $650 million.

JD:        Six hundred and fifty million.

LC:        Million.

JD:        All these guys can rot in hell.

LC:        So he's got, he's got a mansion by you in the Purchase
            Estates.

JD:        Does he?

LC:        With a, with an in-house full court basketball court
            with stands, a fucking scoreboard, everything,
            regulation size basketball court in the fucking
            house...in the house.

JD:        Never met this guy ever, I don't know who he is.

LC:        (UI) Purchase Estates, he got a house, he got a $7
            million house (UI), they took that.

JD:        They took it?

LC:        (UI).

JL:        I can't find the paper but he lives up in (UI), he just
            bought a house and (UI) $650 million.

JD:        This is him?

JL:        That's him.

JD:        What is he about 50, 55?

JL:        Forty-two years old.

JD:        He's 42?

JL:        Forty-two.

JD:        He looks like he's 50.

JL:        Yeah.

JD:        See?

LC:        Just don't look at (UI).  If you fucking (UI) the last

281A-NY-289758

                three years, you would look like that too.

JL:     (UI)

LC:     Sal Locascio was involved in that, too?

JL:     Yeah.

JD:     Who?

JL:     Um, Tore Locascio.  You know how much money Ri--,
        Richie was sending out to him?

LC:     I could imagine.

JL:     Thirty million.  And Zef, and you know Zef?

LC:     He was included too.

JL:     Well, Zef is like a hitman, you know.

JD:     Who?

JL:     And then Andrew, Andrew Campos over here.  He bought a
        house across the street from Eastchester High School.
        Now Tore had the house in Scarsdale.

LC:     (UI)

JL:     And he's got fucking surveillance cameras on his house.

LC:     Yeah.  Yeah, (UI).

JL:     Right.

JD:     Who, who's that, who has surveillance cameras?

JL:     Tori Locascio, his father.

JD:     Is whose father?

JL:     Frankie Locascio was John Gotti's consigliere.  So now
        Gotti's dead, okay.  Frankie Locascio, the son John
        Gotti, Jr., he's in jail.  Well, now (UI) Tore.  You
        know, Tore's like the number one man.

LC:     (UI) Gambino crime family.

JL:     Richie...

                                23

281A-NY-289758

JD:     Lives here in Eastchester?

JL:     He, he lives here.

JD:     No shit.

JL:     Yeah.

LC:     All of them, all Westchester guys.

JL:     Richie made the biggest, he was the biggest earner for the Gambino family.  The biggest earner.  But that's four years of work, $650 million.

LC:     They got greedy but, he could, he could build fucking (UI) shit in his (UI).

JD:     Oh, my God.

JL:     They got fucking greedy, you know.  They, they billed everybody to their, uh, what do you call it.

LC:     Credit cards.

JL:     To their credit cards, you know.

LC:     All it takes (UI) you can rob banks for fifty fucking years, you get caught one fucking time (UI), you're dead, it's over.

JL:     Yeah.

LC:     I don't give a fuck (UI) fucking caught this guy.

JL:     Yeah.  No, you know what happened, they brought two other guys, this guy Norman Chanes who owns Screw magazine and High Society, he kind of blew the whistle on him cause he's started making too much money.  And then things, uh...

LC:     What they were making wasn't enough.

JL:     Apparently not.

LC:     What they want, fucking three billion dollars out of the fucking deal?  They were spending fucking (UI).

JD:     Who's this other guy who lives across from Eastchester High School, who's he?

24

281A-NY-289758

JL:        Andrew.

JD:        Who is he, he's in...he's in Dominick's group or...

JL:        No.

JD:        No.

JL:        No, he's another family.  Isn't (UI) family.  This is
           the Gambino family.  Amazing.

LC:        They showed every fucking house on TV last night, too.
           The one here in (UI).

JL:        But, now with this, he's gotta give everything back.

JD:        He's gotta give them 650 mil...

JL:        (UI) on the street.  He's gotta give his house over
           here on (UI) in Tuckahoe, his house in Purchase, the
           house in the Hamptons worth six million, the boat, the
           car, everything's (UI) with the RICO Act.  He gotta
           give up everything.  And I saw Margaret before.  She,
           she had lunch with Gloria (UI).

LC:        She all right?

JL:        Yeah, she said, uh, everything's gonna be okay,
           everything's gonna be okay.

LC:        What you need is a top flight attorney, that's what you
           need.

JL:        Well...

LC:        He can do time, what he (UI)?

JL:        (UI) ten years.

LC:        They say five to ten.  He got ten, he'll be out in
           five.

JL:        He got ten, gotta pay 13 million (UI).

JD:        Wait, for stealing $650 million he got five years in
           jail?

JL:        He got ten years.

25

281A-NY-289758

LC:      Yeah, but he'll do five.

JL:      Yeah.  And he gotta (UI).

LC:      The question is, the question is, where's the money
         buried.  That, that's the question.

JL:      Look, they had 64 companies.  You see, you read that?
         They had 64 companies.  Oh, my God.

JD:      (UI) here, it says just before Locascio entered his
         plea, so this is the same guy who lives in Eastchester?

JL:      He's a member (UI).

LC:      Yeah.

JL:      Used to play golf with him.

JD:      Yeah, Frank, who's Frank, his father?

JL:      Frank's his father.

JD:      It says Frank Locascio, who is serving a life sentence
         in a Federal prison.  Where is he?

JL:      That's John Gotti's, uh, consigliere.  He was, he, he
         was the, uh, the attorney...for Gotti.

JD:      Hmm.

JL:      Yeah.

JD:      It's unbelievable.

LC:      (UI)

JL:      So, then what I did was...

JD:      All right, I'll look into this other policy then, I'll
         switch it over.

JL:      Be patient, be patient.

JD:      Yeah.

JL:      I got a feeling if anything happens up there, Dominick
         will find out.

281A-NY-289758

LC:       Oh, I, there's no doubt about it.

JD:       Yeah, you don't think so, hah?

LC:       Because if, if, if it's not through his people, it'll
          be through fucking, uh, Robert.  He got the biggest
          fucking mouth in town.  He's a fucking (UI), that kid
          (UI).

JD:       That's right, DiDonato will tell him, yeah.

LC:       I mean he basically, he has that, like, 2-mile square,
          he knows everything that's going on.  He fucking (UI).

JD:       How do you know him?  You know him?

LC:       Yeah, through, you know, I do a lot of work with Julia
          B. Fee, you know,  my own business.

JD:       Right.

LC:       So I run into him often and he's the one who called me
          when I had the water problem.  So I get to the house,
          I'm looking around (UI) I said where's the fucking...

JD:       You see what Robby said, he, he was going in and
          checking the house.

JL:       Yeah.

JD:       How did he know that?

JL:       No, he was driving by.

JD:       No.

LC:       He was checking the house.

JD:       He was in on it.

LC:       He was driving by and the alarm went on, and the alarm
          was on.

JD:       He was in on it.

LC:       He knew (UI).

JD:       He was in on it, Robby said.  Robby said he was going
          in the house while Dominick was away and he was

27

281A-NY-289758

|       |                                                                                                                                                                                                                                                                    |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | checking to see the damage level or the water level and reached a real, a bad portion, then he set the alarm off and he said, oh, I heard the alarm. That's what he said, right?  Is that what he said?                                                              |
| LC:   | And she, Berliner, who built your house, so he used that money to pay her off.  Blamed her for it, and probably, the attorney's gonna probably sue her for subrogation because the pipes were supposedly not insulated, which I highly doubt.  Cause she, that was a pretty good house considering... |
| JL:   | Right, I was telling him, remember when you came over and we were having pizza in the kitchen and the boiler blew up?                                                                                                                                              |
| LC:   | Yeah.                                                                                                                                                                                                                                                             |
| JL:   | And the fucking smoke came right up.  Huh.                                                                                                                                                                                                                        |
| LC:   | And the steam.                                                                                                                                                                                                                                                    |
| JL:   | Now, I was telling him because the pipes were not welded and when the water went down, no, something happened and the fucking (UI) exploded.                                                                                                                       |
| LC:   | It was all staged.  If they put a nail, they put a nail into the, into the copper piping and once they got, the draft got in there and air got into this thing, it's gotta expand (UI) break.                                                                       |
| JD:   | I don't think Maryann...I, I don't think she built a bad house.  I don't think she left any stone unturned. He screwed everything up.                                                                                                                              |
| LC:   | We saw, we saw your house.                                                                                                                                                                                                                                        |
| JD:   | Come on.                                                                                                                                                                                                                                                          |
| LC:   | So I saw (UI) was insulated, correct?                                                                                                                                                                                                                             |
| JD:   | Yeah, exactly.                                                                                                                                                                                                                                                    |
| LC:   | Your house is beautifully insulated.                                                                                                                                                                                                                              |
| JD:   | But every pipe, everything, perfectly.                                                                                                                                                                                                                            |
| LC:   | There was nothing covered up in, in the house on Brae Burn, nothing.                                                                                                                                                                                              |

281A-NY-289758

JD:     Yeah, so he took it off.

LC:     Of course he did.

JD:     He got away with it.

LC:     Did good with that one.

JD:     He got away with it.  How does he, what is there, a
        book somewhere, like, for these guys?  They look
        through a book and say, uh, let's see, it's winter
        time, let's pull the old pipe breaking scheme and then
        summer comes and they do something else.

JL:     (UI) you know, because even, you know, now that that
        prick is in jail, the fucking wife wanted to do
        something when he was away, you know.

JD:     What she wanna do?

JL:     I forgot, one of the houses with Danny Forbes, to do
        something, you know.

LC:     I'm surprised the house on Oak Valley, where, where
        Robby lives, it's right across the street, they didn't,
        uh, they didn't do something there.

JD:     Yeah, they probably were planning it.

LC:     I'm fucking shocked cause he says, he lives right
        across the street, he says I see shit going there at
        night, I don't know what the fuck they're doing in that
        house.

JD:     They're in there at night?

LC:     Yeah, they're in there at night.

JL:     But Danny's living there.

LC:     No, he's not.

JL:     No, he's not living there?

LC:     No.

JD:     He's just holding that for Dom, it's not his.  No, but
        Dominick, you know, he goes around saying, he told me
        Robby Midollo's house was his...the one across from

281A-NY-289758

                him.  He said, Dominick said that was his house.

LC:        So they paid him off.

JD:        Well, whatever, but that, you know, that's typical
           Dominick, too.  Everything's his.  He thought Purchase
           was his.

LC:        He, see, he, he, he was in the same situation that you
           guys are in, and he tried to tap him, tap him, tap him,
           tap him.  And he said you ain't taking this fucking, I
           built this house, you ain't taking shit away from (UI).

JD:        What do you think I (UI) on Brae Burn, that was my
           house.  I bought that house.

LC:        He sold another house and got enough money to pay her,
           so he bought the thing (UI).

JD:        He tried to steal it from me a couple of times,
           obviously now.  I didn't know that.  Like, when Robby
           talked about Maryann Berliner and, and that he was
           dealing with her.  I never knew that.  He was dealing
           with her behind my back.  My opinion is they set me up
           with that house from Day One.

LC:        They, meaning Berliner and?

JD:        No, no, no, Robby, uh, Robert DiDonato and Dominick.
           Cause I never even knew the house had a sprinkler
           system.  I didn't know homes had sprinkler systems.

LC:        Yeah, from '95 on in Purchase, Harrison.

JD:        No idea.  So he probably told Robert to look for a
           house with a sprinkler system, right?  Found a good
           deal, he told me, John, this is a great deal for you,
           buy this house.  Right, I bought the house.  Then he
           made a deal and he says, listen, if we make money in
           other real estate ventures, you know, and I make you
           money, I wanna buy this house from you, I like this
           house.  I said, okay, that sounds good to me.  But he
           went around telling everybody it was his house.

LC:        Of course he did.  He's a big, big shot.

JD:        He's gotta be a big shot.

JL:        Oh, (UI) he lived there, I thought (UI).

                                    30

281A-NY-289758

JD:      (UI) never, it was mine.

JL:      But it made it even better that it was his cause he
         lived there, you know.

LC:      I would do the same thing, I would (UI) when that check
         came, had your name on it, right?

JD:      That's what I'm saying, I never saw the checks.

LC:      How they fucking do that, how (UI)?

JL:      He fucking (UI).

JD:      He said, you told me, with Phil Melillo, he signed my
         name, right?

JL:      Phil Melillo got his fucking 60,000.  Phil was on
         90,000.  Phil was on, uh, Phil's (UI).

LC:      Yeah, I know.

JD:      So I, I never saw the checks.  I saw one check for,
         like, 25, 30,000.  And that's what Dom said it cost to
         fix the walls and the floor.  That's it.

LC:      That guy never got paid.

JL:      Hah?

LC:      That guy never got paid.

JL:      What guy?

LC:      The floor guy.  The guy who did the floors in the house
         in Brae Burnburn.  (UI) didn't get a dime.

JL:      Really?

LC:      That was Robby's, one of Robby's sons.  (UI) told him,
         (UI) calling the cops but just make sure this fucking
         guy gets paid, don't fuck this guy.

JD:      Sure enough he does.

LC:      (UI) don't fuck him.  That's all he had to tell
         Dominick.  Oh, I'll fuck this guy for sure.  Heh, you
         kidding me?

31

281A-NY-289758

JL:       And he never got paid?

LC:       Never got paid.

JL:       Really?

LC:       I said, you know, (UI).

JL:       Robby DiDonato said that?

LC:       No, Robert Midollo.

JD:       I'm so cur--, how did Robby Midollo know that Robert
          DiDonato was doing that, checking for the water level?
          Do you know, have any idea?

L:        Oh, he knows it's a fucking game (UI).

JD:       Yeah, I'm just, I'm just curious cause I can't stand
          that kid.  I call him, like a kid, he's a little, yeah,
          he's like a little weasel.  He's just...you know.

LC:       He, he lives, he lives in, up in Brae Burn, right, he
          lives up in that area in the back there?

JD:       Yeah.

LC:       Or Pinehurst, one of those streets.

JD:       Yeah, he, he's a little liar, let me tell you
          something.  He's Dominick's little go-to boy.  He does
          anything he says now.  It's obvious.

LC:       I saw him one night, I took my kids for pizza in Rye, I
          guess he must have just left the office.  There's a
          (UI) which is right next to the pizzeria.  He was
          bombed out of his mind.

JD:       He's constantly drunk.

LC:       Yeah, I didn't know if he was having a problem or
          whatever but he was...

JL:       Every time I see him, he's always drunk.

LC:       He was yapping about the attorney, um...that had the
          property on, in front of the mansion.

JD:       Oh, Lou Cherico.

32

281A-NY-289758

LC:       Lou Cherico.

JD:       Yeah.

LC:       (UI) I got fucked, these guys (UI) fucked  (UI) my kids
          are right here, they were eight years old at the time,
          (UI).

JD:       Wait, what was he saying?

LC:       (UI)

JD:       What was he saying, that Lou Cher...

LC:       (UI) coming out of his mouth (UI) oh, this guy, he
          doesn't know what the fuck he's getting himself into,
          who (UI).

JD:       Oh, who Dominick is, you're saying.

LC:       I said, I said, Rob, I mean what the fuck do I care.

JL:       So he was hammered and his kids were there.

JD:       No, I know.

LC:       He'll be, he'll be spilling his guts (UI).

JD:       Well, I'm saying, cause he was drunk he was spilling
          his guts.

LC:       (UI) pay your friend Rob.  (UI) my friend Rob (UI)
          fucked on this deal if he (UI).  I said what the fuck
          do I, what do I care.

JD:       So you know, let me tell you something.  I've been
          around him a couple of times and the true him has come
          out when he's drunk.  And he's a different person.  And
          then he starts spilling the beans and stuff.

JL:       A scumbag.  Total scumbag.

LC:       I, I don't know how, I don't know how they're gonna
          make money selling that house.  That's gonna be a
          fucking, see what happens there.  Imagine buying that
          house, buying the property to that, building a big
          house and (UI).  Who, who the fuck would pay five
          million dollars for that house?  Who?

33

281A-NY-289758

JL:        Beautiful house.

JD:        Well, they're building (UI).

LC:        (UI) the house in front of it.

JL:        Hah?

LC:        The house in front of it I'm talking about.  The
           mansion  (UI) ruined it by putting a house in front of
           it and the people who bought the property, what, for a
           million seven, a million seventy-five, approximately.

JL:        Yeah, that's Cherico's, Cherico's place.

JD:        Well, you know, let me tell you what happened.

JL:        Lou Cherico had that property.

JD:        Cherico, Cherico buys the property from, from Dominick.
           Joe bought the mansion thinking the property was
           included.  Cherico represents Joe at the closing...and
           doesn't tell him he owns the property in front of the
           mansion.

LC:        The old, the old revolving door, remember?

JD:        Yeah, so months go by and he's like, Joe's like, what
           are you doing up there.  He goes, I'm building a house.
           "What are you talking about, it's my property."  He
           goes, "no, it's not."  That's how good Dominick is,
           he's good.

JL:        So the property was subdivided behind Joe's back.
           Never knew it.

LC:        What, what else (UI) did Robby tell you anything about
           the liens on the houses?  (UI) the fucking guy take him
           outside and (UI) fucking liens.  The next day, boom,
           the fucking lien's paid.  (UI) fucking best.  That was
           the fucking best, like, whoa...

JD:        Yeah, Howard whatever, Fat Howard, Howard (UI) or
           whatever his name is.

JL:        (UI) had no liens, no, no contractor liens on the
           house.

JD:        Well, I do on Brae Burn, he put a lien on Brae Burn.

                              34

281A-NY-289758

I'm trying to fight it right now.  So let, let me explain to you here.  He, he pulls an insurance fraud on the house, right, fixes the house, fixes it back up, right?  I, you know, I, I catch wind of all this shit, I throw his wife out.  So to spite me, he puts a lien on, on my house for the work that he, that he caused, the damage that he caused and got paid for by the insurance company.  Are you following that?

LC:     Yeah.  But the bottom line, he's, he's making, if he's wrong or he's right, he's wrong obviously, but if you gotta get an attorney it's gonna cost you money, now what the fuck you do?  That's tapping you even more than you're tapped already.

JD:     That's exact...

LC:     Even for you to make a phone call, costs you $500.

JD:     Yeah.

LC:     So you, you gotta call him like ten times, that's five grand.

JD:     Why do you think, why do you think I'm sitting here?

LC:     (UI) He, that's, that's, he tries to suck every fucking ounce of blood out of you.  And then when you're, when you're down, says okay, I'm, I'm buying it now, I'm taking it over.

JL:     Yeah, but what we can't do is get des--, we can't get desperate.

LC:     No.

JL:     You know, and you can't say, well, (UI).  There comes a time where (UI) attorney, uh, uh, the time is gonna be right.

LC:     You can't, you can't get rid of one of them and just, you know, at least get one of them off your (UI).

JD:     I'm trying.

LC:     Brae Burn you can't, you couldn't sell it for two and a half?  You'd sell that house in a fucking minute for two and a half.

281A-NY-289758

JD:        I don't know.  We, we, you know, it's sitting there.  I
           got no offers.  So there's nothing to negotiate.   No
           offers, nothing.  No offers.

LC:        Nobody's showing your house?

JD:        Yeah.

LC:        The house is being showed?

JD:        Yeah, a number of times.  There's no offers.  It's not
           as nice a house as you really think.  I like, you know,
           when I saw the house initially I thought it was a great
           investment.

LC:        Beautiful house.

JD:        I thought it was a great investment.  You know, the way
           it got explained to me, I, I...

LC:        (UI) it's the best house on the fucking block, that's
           the problem.

JD:        Yeah, the way it got explained to me, I fell right into
           it, you know.  But...you know, look, the truth is I
           think it would be a great investment, would've been a
           great house to sell but Dominick Devito is, is
           involved.  He put the stain on it now.  He lived there,
           he caused water damage there.  You know, his, his
           realtor friends are out there bad-mouthing me and the
           house.  So how am I supposed to sell the house right
           now?

LC:        I'll tell you what we'll do, what we'll try to do.

JD:        Yeah, go head.

LC:        We wanna help you out.  We don't want, we don't want
           any insurance out of it.  I know some people who can
           get you, can get the house sold.  What do you want?
           Robby knows a lot of people (UI) we won't, we won't do
           it through a realtor, we'll do it underground.  They'll
           deal with you direct.  Guy comes and offers you 2.7,
           2.8, you won't take the money?

JD:        Yeah, sure.

LC:        Okay.

36

281A-NY-289758

JD:     So find me that person.

LC:     Okay.  Well, I'll tell Rob, say look, look for somebody
        (UI) sell the house.  He's selling it privately, not
        through a broker.  You get the person.  We'll find
        someone for you.

JD:     I would sell it at that, that number, sure.

LC:     If you, if you owe 2.5 and you make 2.7, you make 200,
        hey.

JD:     Take the money and run.

LC:     Lessen, lessen your load on the, the other thing.

JD:     Yeah.

LC:     With that one (UI) the real estate and you see, you
        know, people are looking (UI).

JD:     Well, that's the problem, you understand, on a house
        that size, what's the realtor get, you know, 200,000?

JL:     No.

JD:     What are you talking about?

JL:     Five percent.

JD:     What's five percent of three million?

LC:     Five percent of three million is, uh...

JL:     Nah, it's not really five percent because on houses
        usually over about a million and a half, two, usually
        it's three and a half, four (UI).

LC:     Well, your wife would know, your wife would know.

JD:     Okay, hold on, all right.

LC:     So four times three is 120...that's 125.

JD:     Right, okay, so...that's what I'm saying, it's still a
        lot of number, it's a big number.  So you're getting
        2.7 minus your closing costs, minus the 125, be down to
        2.5.

37

281A-NY-289758

LC:      Right.

JD:      That's the problem.  So that's what I'm saying, I still
         need, like, through a realtor, two-seven fifty or
         something like that to somewhat break even.

LC:      Yeah, (UI).

JD:      I got back taxes of two, two years.  That's another
         thing.

JL:      And they're not coming after you for it?

JD:      I got notices and stuff, I'm trying to deal with it.

:        (UI) didn't pay at all?

JD:      He was supposed to pay the taxes too in his rent.

JL:      Yeah.

JD:      Now, well, you know, that's what I'm saying, he stuck
         me all around.

JL:      I know (UI).

JD:      He set me up all around, let's be honest.

JL:      Like you even got stuck with the car.

JD:      I got stuck with his wife's car, everything.

JL:      Yeah, he (UI) with the Mercedes, too.

LC:      He got you from the (UI) to the insurance, he got you
         fucking by the balls.

JD:      Yeah, he just...

LC:      Every, every, every possible scenario that's involved
         from, say, list from 1 to 100, he's involved in every
         fucking one of them.

JL:      Yeah.

JD:      You know what the biggest problem is, he's never gonna
         change.

LC:      Of course he's not.

38

281A-NY-289758

JL:     There's not too much that's gonna go beyond his eyes.
        He's gonna see a lot of shit.  And I'm sure he sees a
        lot shit that was going on even now.

JD:     Oh, from prison, yeah.

LC:     (UI)

JD:     Oh yeah, I know that.

JL:     But (UI) there's a lot of, uh, a lot of things can
        backfire.  (UI), you know.

JD:     Well, I don't know, think, think, think about it, call
        me back (UI) tell me.

JL:     We will, we will.

JD:     You know.

LC:     Okay, I, I have to leave here (UI), I'll get back to
        you guys in, uh...

JD:     I mean I got this other house sitting there.

JL:     (UI) make a few phone calls (UI).

LC:     No, I got a guy at home, I'll ask him if has a big
        enough car, we'll get a stretch and we'll, we'll (UI)
        be fine.  You know, I'll just tell him, I'll tell, I'll
        tell him we need a big enough car for three sets of
        clubs and three, three luggages.  All right?  I'll get
        back.

JD:     Go head.

LC:     Okay, I'll touch back.

JD:     All right, go head.

JL:     (UI) work out...(UI).

LC:     Okay, so I'm gonna, I'll make a couple of phone calls
        (UI).

JD:     Yeah, whatever you...

LC:     (UI) no realtors, no nothing.  If you know anybody
        who's looking...

39

281A-NY-289758

JD:        Yeah, I'll get rid of it in a heartbeat.  Yeah, really,
           at this point just get rid of it.

LC:        Who pays the taxes?

JD:        Well, I'll have to figure out at the clo--, I mean at
           the closing I'll have to pay 'em.  I mean what am I
           supposed to do?  That's what I'm saying, I gotta build
           that in, I can't come up with money, it just is not
           gonna happen.  You know, I owe 2.5, and, uh, now with
           the taxes really, it's really 2.6.

LC:        Right.

JD:        See what I'm saying?  So I can't, I can't say to
           someone, don't worry, take it for 2.5 and I'll pay the
           taxes.  Yeah, with what money?

LC:        You need, you need, you need 2.6 to walk away from that
           clean.

JD:        Yeah.

LC:        With no, obviously no realtor involved.

JD:        Right.

LC:        (UI) it wasn't for the fucking taxes yearly, I'd fuck,
           I'd, I'd grab it myself but...can't pay.

JD:        Yeah, it's a lot of money.

LC:        Four thousand dollars a month in taxes, (UI) out of
           your fucking mind.

JD:        Yeah, it's a lot of money. Go head, I'll meet you guys
           (UI).

LC:        Eighty thousand (UI).

JL:        (On Phone/non-pertinent)  What's up?

LC:        That's eighty thousand in taxes a year.

JD:        For what?

LC:        His cousin's house in Purchase Estates, 80,000.

JD:        Oh, yeah.

281A-NY-289758

LC:     (UI) 80,000...(UI) work out (UI) you're making, you
        know, that kind of dough.

JL:     I gotta go, uh (UI), I gotta do my cardio.

JD:     (UI) walk outside (UI).

LC:     I was at Peter Luger's (UI), I was thinking of you.

JL:     You were?

LC:     (UI).

JL:     You were at Peter Luger's?

LC:     Yeah, (UI) out in Long Island.

JL:     God bless you, man.  God bless you (UI).  God bless
        you.

        (UI)

JL:     Gotta go work out.  Bye-bye, (UI).

JD:     Bye, buddy.

LC:     All right.

JD:     So let me know about, uh, what you think.

L:      Yes, we'll talk.  Okay.

JD:     All right, I'll see you, yeah, thanks.

LC:     All right, (UI).

JD:     All right, (UI).

LC:     John, I'll put some feelers out for (UI).

JD:     Yeah, okay, see you later.  Okay.

LC:     (IA)

JD:     Yeah, I know.  That's the main thing, keep my head.

        (JD enters vehicle)

281A-NY-289758

        This is SA Michael B. Hartnett, the time is
        approximately 3:30 p.m. and the recorder is going to be
        turned off.