# Lawrence R. DiGiansante

Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

July 21, 2008

Fax (718) 904-1030

e-mail: Ldcrimlaw@optonline.net

**Via Facsimile (212) 805-6191**

Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10018

### Re: United States v. Robert Didonato S4 06 Cr. 1089 (BSJ)

Dear Judge Jones:

    I am writing regarding my client, Mr. Robert DiDonato. I am hereby requesting that my client be granted permission to travel to Niagara Falls, New York from July 22, 2008 through July 27, 2008. This family trip with his young daughter had been planned for some time. My client did not inform me of this earlier because we were in plea negotiations with the Government since last week and he forgot to inform me because of the added stress in his decision to enter a plea. I would like to inform the Court that a plea agreement has been reached and my client will be entering a plea upon his return if he is allowed to travel.

    Assistant United States Attorney Katie Goldstein has no objection provided my client has executed the plea agreement before his departure.

    I apologize to the Court for this late notice and pray Your Honor understands the fact my client has never been in this position and is coping the best he can.

*Application is granted*

Very truly yours,

Lawrence DiGiansante

SO ORDERED:

_____
HONORABLE BARBARA S. JONES, USDCJ
7/22/08

cc: AUSA Katherine R. Goldstein (212) 637-0097

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08