# Lawrence R. DiGiansante

Attorney at Law
984 Morris Park Avenue
Bronx, N.Y. 10462
Phone (718) 822-0707

Fax (718) 904-1030

e-mail: Ldorimlaw@optonline.net

August 1, 2008

**Via Facsimile (212) 805-6191**
Honorable Barbara S. Jones
United State Courthouse
500 Pearl Street, Rm 620
New York, NY:

> *Re: United States v. Robert Didonato*
> *S3 06 Cr.1089 (BSJ)*

Dear Judge Jones:

Pursuant to Your Honor's direction, please allow this correspondence to serve as my client's formal request for permission to travel to Cape Cod, Massachusetts from the time period of August 2nd to August 9, 2008.

I thank the Court for your cooperation and courtesy in granting this request.

Should you require anything further, please do not hesitate in contacting the undersigned.

Respectfully submitted,

Lawrence DiGiansante (*LLS*)

*Application is granted*

SO ORDERED:

_____
HONORABLE BARBARA S. JONES, USDCJ
8/1/08

cc: AUSA Kathrine R. Goldstein (212) 637-0097

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08